```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,              :

          - v. -                       : NOTICE OF APPERANCE AND
                                         REQUEST FOR ELECTRONIC
AHMED MOHAMMED EL GAMMAL,              : NOTIFICATION

          Defendant.                   : 15 Cr. 588 (ER)

                                       :
- - - - - - - - - - - - - - - - - - - x
```

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: New York, New York
       September 15, 2015

                                    Respectfully submitted,

                                    PREET BHARARA
                                    United States Attorney for the
                                    Southern District of New York

                              By:   _____
                                    Brendan F. Quigley
                                    Assistant United States Attorney
                                    (212) 637-2190