# Federal Defenders
## OF NEW YORK, INC.

52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Southern District

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __10/5/2015__

September 21, 2015

ECF – Quality Assurance & Statistics
Room 200
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   United States v. Ahmed Mohammed El Gammal, 15 Cr. 588 (ER)

To Whom It May Concern:

I am writing to request that you delete document #5 and document #6 on the above-listed docket. They are Notices of Appearance that the attorneys wish to re-file with the full name of the defendant.

Thank you for your attention to this.

> The Clerk of the Court is respectfully directed to delete documents 5 and 6.

Sincerely yours,

*Karen Van Outryve*

Karen Van Outryve
Administrative Assistant
Federal Defenders of New York
Tel: 212-417-8741

The application is ✓ granted
_____ denied

*Edgardo Ramos, U.S.D.J*
Dated: __10/5/2015__
New York, New York

cc:   Sabrina P. Shroff
      Annalisa Miron

SEP 25 2015
S.D.N.Y.