```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
```

| | | |
|---|---|---|
| **United States of America,** | : | **NOTICE OF APPEARANCE** |
| | | **AND REQUEST FOR** |
| | : | **ELECTRONIC NOTIFICATION** |
| - v - | | |
| | : | **15 Cr. 588 (ER)** |
| **Ahmed Mohammed El Gammal** | | |
| | : | |

```
----------------------------------x
```

To:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note her appearance as counsel in this case and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                                    Respectfully Submitted,


                                    **/s/Sabrina P. Shroff**
                                    Assistant Federal Defender
                                    Federal Defenders Of New York
                                    52 Duane Street
                                    New York, N.Y. 10007
                                    (212) 417-8713
                                    Sabrina__shroff@fd.org


TO:   Attorneys of Record