

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 2, 2015

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Ahmed Mohammed El Gammal</u>, 15 Cr. 588 (ER)

Dear Judge Ramos:

    A status conference in this case is currently scheduled for December 11, 2015 at 2:30 p.m. The undersigned has a previously scheduled suppression hearing before Judge Castel in *United States* v. *Gracesqui*, 10 Cr. 74 (PKC), at 2:15 p.m. on that same date.

    After conferring with defense counsel, the Government respectfully requests that the status conference be re-scheduled for a time convenient to the Court earlier on December 11 or on December 10.

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney

By:    _____
            Andrea Surratt/Brendan Quigley
            Assistant United States Attorneys
             (212) 637-2493/2190