

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __12/2/2015__

December 2, 2015

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States v. Ahmed Mohammed El Gammal**, 15 Cr. 588 (ER)

Dear Judge Ramos:

    A status conference in this case is currently scheduled for December 11, 2015 at 2:30 p.m. The undersigned has a previously scheduled suppression hearing before Judge Castel in *United States* v. *Gracesqui*, 10 Cr. 74 (PKC), at 2:15 p.m. on that same date.

    After conferring with defense counsel, the Government respectfully requests that the status conference be re-scheduled for a time convenient to the Court earlier on December 11 or on December 10.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Andrea Surratt/Brendan Quigley
Assistant United States Attorneys
(212) 637-2493/2190

The status conference will be held on December 10, 2015, at 4:00 pm.

The application is ✓ granted
                     ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __12/2/2015__
New York, New York