USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __12/10/2015__

Case 1:15-cr-00588-ER   Document 21   Filed 12/10/15   Page 1 of 1

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

## MEMO ENDORSED

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 9, 2015

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. El Gammal
15 Cr. 588 (ER)

Hon. Judge Ramos,

> The status conference is adjourned to December 11, 2015 at 10:00 am.

The application is ✓ granted
____ denied

Edgardo Ramos, U.S.D.J
Dated: __12/10/2015__
New York, New York

I write to request a one-day adjournment of the December 10, 2015, status conference so that Mr. El Gammal may review the government's response to his motion for pretrial release. The government filed its papers today around 6:00 p.m.

Time is automatically excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(1)(D).

Thank you for your consideration of our request.

Respectfully submitted,

Sabrina P. Shroff & Annalisa Miron
Assistant Federal Defenders

cc: AUSAs Surratt & Quigley (via email)
    Mr. Ahmed M. El Gammal, (via mail)

MEMO ENDORSED