**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # ________________
DATE FILED: 1/14/2016

January 13, 2016

**BY ECF**

MEMO ENDORSED

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Ahmed Mohammed El Gammal, 15 Cr. 588 (ER)**

Dear Judge Ramos:

A status conference in this case is currently scheduled for January 15, 2016 at 12:30 p.m. Since the last conference in this matter, the Government has produced additional discovery to defense counsel, and anticipates the production of additional discovery to defense counsel shortly. Accordingly, the Government respectfully requests that the January 15, 2016 conference be adjourned for approximately four weeks to allow defense counsel time to review the newly-produced discovery and decide whether any motions are appropriate in this case.

The Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between January 15, 2016 and the new conference date. A proposed order excluding time is attached for the Court's consideration. I have spoken with the defendant's counsel and she has consented to this request in order to continuing reviewing discovery and decide whether any pretrial motions are appropriate in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney

By: ______________________
Andrea Surratt/Brendan Quigley/Negar Tekeei
Assistant United States Attorneys
(212) 637-2493/2190

The status conference is adjourned to Thursday, February 11, 2016, at 10:00 am.

The application is ✓ granted
____ denied

______________________
Edgardo Ramos, U.S.D.J
Dated: 1/14/2016
New York, New York

MEMO ENDORSED