USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 1/14/2016

```
- - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :      ORDER

  -v.-                            :      15 Cr. 588 (ER)

AHMED EL GAMMAL,                  :

        Defendant.                :
- - - - - - - - - - - - - - - - - -x
```

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Andrea L. Surratt, of counsel, and with the consent of counsel for the defendant, it is hereby ORDERED that the time from January 15, 2016, through __February 11, 2016__, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the defendant to review discovery and determine whether any motions are appropriate.

SO ORDERED.

Dated:  New York, New York
        January 14, 2016

_____
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE