USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 3/24/2016

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 23, 2016

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: United States v. El Gammal
15 Cr. 588 (ER)

The application is ✓ granted
___ denied

[signature]
Edgardo Ramos, U.S.D.J
Dated: 3/24/2016
New York, New York

Hon. Judge Ramos,

I write with consent of the government to request an adjournment of the motion schedule. If the Court grants our request, <u>defense motions would be due on April 5, 2016. Government's opposition would be due on April 26, 2016.</u> Time until April 5, 2016, is automatically excluded under the Speedy Trial Act, pursuant to Title 18, United States Code, section 3161(h)(1)(D).

Thank you for your consideration of our request.

Respectfully submitted,

[signature]

Sabrina P. Shroff & Annalisa Miron
Assistant Federal Defenders

cc: AUSAs Surratt, Tekeei & Quigley (via email)
    Mr. Ahmed M. El Gammal, (via mail)