

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2016

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States** v. **Ahmed Mohammed El Gammal**, 15 Cr. 588 (ER)

Dear Judge Ramos:

    The Government writes to respectfully request that a status conference be scheduled in this case. The defendant's pretrial motions were due on April 5, 2016, and the defendant did not file any motions. Therefore, the Government requests a status conference for the purpose of discussing scheduling and other related matters in this case.

    The Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the new conference date, in order to allow the defendant to review discovery, and the parties to prepare for trial. A proposed order excluding time is attached for the Court's consideration.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By:    _____/s/_____
    Brendan Quigley/Andrea Surratt/ Negar Tekeei
    Assistant United States Attorneys
    (212) 637-2190 / 2493 / 2482

```
- - - - - - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA          :          ORDER
   -v.-                           :          15 Cr. 588 (ER)
AHMED EL GAMMAL,                  :
            Defendant.            :
- - - - - - - - - - - - - - - - - - -x
```

    Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Brendan F. Quigley, Andrea L. Surratt, and Negar Tekeei, of counsel, it is hereby ORDERED that the time from April 11, 2016, through _____, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the defendant to review the discovery in this case, and the parties to prepare for trial.

SO ORDERED.

Dated:  New York, New York
       April \_\_\_, 2016

                                              _____
                                              THE HONORABLE EDGARDO RAMOS
                                              UNITED STATES DISTRICT JUDGE