

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED:   4/11/2016

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 11, 2016

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    <u>United States</u> v. <u>Ahmed Mohammed El Gammal</u>, 15 Cr. 588 (ER)

Dear Judge Ramos:

      The Government writes to respectfully request that a status conference be scheduled in this case.  The defendant's pretrial motions were due on April 5, 2016, and the defendant did not file any motions.  Therefore, the Government requests a status conference for the purpose of discussing scheduling and other related matters in this case.

      The Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today and the new conference date, in order to allow the defendant to review discovery, and the parties to prepare for trial.  A proposed order excluding time is attached for the Court's consideration.

                                  Respectfully submitted,

                                  PREET BHARARA
                                  United States Attorney

> A status conference will be held on April 22, 2016, at 10 am.
>
> The application is ✔ granted
>                  ____ denied
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated:   4/11/2016
> New York, New York

By:        _____/s/_____
          Brendan Quigley/Andrea Surratt/ Negar Tekeei
          Assistant United States Attorneys
          (212) 637-2190 / 2493 / 2482