USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 4/11/2016

```
------------------x
UNITED STATES OF AMERICA         :     ORDER

   -v.-                          :     15 Cr. 588 (ER)

AHMED EL GAMMAL,                 :

          Defendant.             :
------------------x
```

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Brendan F. Quigley, Andrea L. Surratt, and Negar Tekeei, of counsel, it is hereby ORDERED that the time from April 11, 2016, through April 22, 2016, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the defendant to review the discovery in this case, and the parties to prepare for trial.

SO ORDERED.

Dated: New York, New York
       April 11, 2016

_____
THE HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE