```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 5/2/2016
```

```
------------------x
UNITED STATES OF AMERICA       :     ORDER

  -v.-                         :     15 Cr. 588 (ER)

AHMED MOHAMMED EL GAMMAL,      :

          Defendant.           :
------------------x
```

Upon the application of the United States of America, by and through Preet Bharara, United States Attorney, Brendan F. Quigley, Andrea L. Surratt, and Negar Tekeei, of counsel, it is hereby ORDERED that the time from April 29, 2016, through May 10, 2016, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the granting of such an exclusion best serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial because it will allow the defendant to review the discovery in this case, and the parties to prepare for trial.

SO ORDERED.

Dated: New York, New York
       May 2, 2016

                                      _____
                                      THE HONORABLE EDGARDO RAMOS
                                      UNITED STATES DISTRICT JUDGE