

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 3, 2016

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  **United States v. Ahmed Mohammed El Gammal**, 15 Cr. 588 (ER)

Dear Judge Ramos:

The Government writes to update the Court as to the parties' discussions regarding a potential trial date.  Since the Government's April 29, 2016 letter regarding the status of discovery, the Government has produced all remaining classified discovery to defense counsel.  This discovery is voluminous, and, as a result, we understand that defense counsel will need additional time to assess the discovery before engaging in further informed discussions regarding a trial date.  Therefore, the parties respectfully propose to report back to the Court regarding potential trial dates at or before the next conference in this case, which is currently scheduled for May 10, 2016.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:  _____/s/_____
Brendan F. Quigley/Andrea L. Surratt/ Negar Tekeei
Assistant United States Attorneys
(212) 637-2190 / 2493 / 2482