

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 13, 2016

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Ahmed Mohammed El Gammal</u>, 15 Cr. 588 (ER)

Dear Judge Ramos:

    The Government writes in response to the Court's directive that the parties provide a proposed trial date by today. The Government is available to begin trial on July 25, August 1, September 26, or October 2, 2016. The Government understands that the defense is not in a position to consent to a trial date at this time but has no objection to the Government submitting this letter.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By:    _____
    Negar Tekeei/Brendan Quigley/Andrea Surratt
    Assistant United States Attorneys
    (212) 637-2482/2190/2493