

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 20, 2016

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Ahmed Mohammed El Gammal</u>, 15 Cr. 588 (ER)

Dear Judge Ramos:

    The Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until a control date approximately 30 days away. Time is currently excluded through today. The requested exclusion will allow the parties to prepare for trial and for the defendant to review discovery. On May 13, 2016, the Government wrote the Court suggesting potential trial dates; the defense indicated it was unable to consent to any dates at that time.

    A proposed order excluding time is attached for the Court's consideration.

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By:    _/s/ Brendan F. Quigley_
    Andrea Surratt/Brendan Quigley/Negar Tekeei
    Assistant United States Attorneys
    (212) 637-2493/2190/2482

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :     ORDER
                                        :
       - v. -                           :     15 Cr. 588 (ER)
                                        :
                                        :
AHMED MOHAMMED EL GAMMAL,               :
                                        :
       Defendant.                       :
                                        :
                                        :
 ---------------------------------------X
```

Upon the application of the United States of America and the letter request of Brendan F. Quigley, Assistant United States Attorney for the Southern District of New York, dated May 20, 2016, it is found that the exclusion of time, for Speedy Trial Act purposes, between the date of this Order and June ___, 2016, serves the ends of justice, because the exclusion of time will allow the parties time prepare for trial and for the defendant to review discovery;

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted between the date of this Order and June ___, 2016.

Dated: New York, New York
       May ____, 2016

                                          _____
                                          THE HONORABLE EDGARDO RAMOS
                                          United States District Judge
                                          Southern District of New York