```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 5/23/2015
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

     v.

AHMED MOHAMMED EL GAMMAL,

                  Defendant.

ORDER

15 Cr. 588 (ER)

Upon the application of the United States of America and the letter request of Brendan F. Quigley, Assistant United States Attorney for the Southern District of New York, dated May 20, 2016, it is found that the exclusion of time, for Speedy Trial Act purposes, between May 20, 2016, and June 20, 2016, serves the ends of justice, because the exclusion of time will allow the parties time prepare for trial and for the defendant to review discovery;

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted between May 20, 2016, and June 20, 2016.

Dated:  New York, New York
        May 23, 2016

_____
THE HONORABLE EDGARDO RAMOS
United States District Judge
Southern District of New York