

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 20, 2016

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States</u> v. <u>Ahmed Mohammed El Gammal</u>, 15 Cr. 588 (ER)

Dear Judge Ramos:

    Speedy Trial Act time in this case is currently excluded through today. The Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until the September 19, 2016 trial date. The requested exclusion will allow the parties to prepare for trial and for the defendant to review discovery.

    A proposed order excluding time is attached for the Court's consideration.

                                     Respectfully submitted,

                                     PREET BHARARA
                                   United States Attorney

                 By:    _____
                        Andrea Surratt/Brendan Quigley/Negar Tekeei
                        Assistant United States Attorneys
                        (212) 637-2493/2190/2482

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ---------------------------------------X
                                        :
UNITED STATES OF AMERICA                :    ORDER
                                        :
        - v. -                          :    15 Cr. 588 (ER)
                                        :
                                        :
AHMED MOHAMMED EL GAMMAL,               :
                                        :
        Defendant.                      :
                                        :
                                        :
 ---------------------------------------X
```

    Upon the application of the United States of America and the letter request of Brendan F. Quigley, Assistant United States Attorney for the Southern District of New York, dated June 20, 2016, it is found that the exclusion of time, for Speedy Trial Act purposes, between the date of this Order and September 19, 2016, serves the ends of justice, because the exclusion of time will allow the parties time prepare for trial and for the defendant to review discovery;

    ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted between the date of this Order and September 19, 2016.

Dated: New York, New York
       June \_\_\_\_, 2016

                                                                      _____
                                                            THE HONORABLE EDGARDO RAMOS
                                                            United States District Judge
                                                            Southern District of New York