```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :
        - v. -                      :
                                    :
AHMED MOHAMMED EL GAMMAL,           :
                                    :
        Defendant.                  :
                                    :
                                    :
                                    :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __6/20/2016__

<u>ORDER</u>

15 Cr. 588 (ER)

Upon the application of the United States of America and the letter request of Brendan F. Quigley, Assistant United States Attorney for the Southern District of New York, dated June 20, 2016, it is found that the exclusion of time, for Speedy Trial Act purposes, between the date of this Order and September 19, 2016, serves the ends of justice, because the exclusion of time will allow the parties time prepare for trial and for the defendant to review discovery;

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted between the date of this Order and September 19, 2016.

Dated: New York, New York
       June __20__, 2016

_____
THE HONORABLE EDGARDO RAMOS
United States District Judge
Southern District of New York