G5A5gamC

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4               v.                           15 Cr. 588 (ER)

5   AHMED MOHAMMED EL GAMMAL,

6               Defendant.

7   ------------------------------x

8                                           New York, N.Y.
                                            May 10, 2016
9                                           11:40 a.m.

10

    Before:
11
                    HON. EDGARDO RAMOS,
12
                                        District Judge
13

14                      APPEARANCES

15  PREET BHARARA
        United States Attorney for the
16      Southern District of New York
    BRENDAN F. QUIGLEY
17  NEGAR TEKEEI
        Assistant United States Attorney
18
    FEDERAL DEFENDERS OF NEW YORK, INC.
19      Attorneys for Defendant
    BY:  SABRINA SHROFF
20

21

22

23

24

25

G5A5gamC

1          (Case called)

2          THE DEPUTY CLERK:  Counsel, please state your name for

3     the record.

4          MR. QUIGLEY:  Good morning, your Honor.  Brendan

5     Quigley and Negar Tekeei for the United States.

6          THE COURT:  Good morning.

7          MS. SHROFF:  Good morning, your Honor.  For

8     Mr. Gammal, Federal Defenders of New York by Sabrina Shroff.

9          THE COURT:  Good morning to you.  And good morning to

10    you, Mr. Gammal.

11         THE DEFENDANT:  Good morning.

12         THE COURT:  This matter is on for a status conference

13    so, Mr. Quigley, let me look to you in the first instance.

14    Where are we?

15         MR. QUIGLEY:  Your Honor, we have produced substantial

16    amount of discovery in this case.  I think we are in a position

17    now to set a trial date and a further schedule, and I would

18    just ask that the record reflect that there was a classified

19    proceeding before this.

20         THE COURT:  Yes.  The record will reflect that shortly

21    before -- immediately before coming out the Court met with the

22    parties and conducted a status conference concerning certain

23    classified materials that have been collected during the

24    investigation of this case and discussed motion practice that

25    may be had with respect to those materials as the trial date

G5A5gamC

1    nears.

2              Ms. Shroff, was there anything that you wanted to put

3    on the record?

4              MS. SHROFF:  No, your Honor.  I am joined by my

5    co-counsel Mr. Habib now.

6              THE COURT:  You can step forward.

7              MR. HABIB:  Thank you, your Honor.  I apologize.

8              THE COURT:  And your last name is Habib?

9              MR. HABIB:  Yes.

10             THE COURT:  Very well now.

11             As I understand from prior conferences, this case or

12   the trial of this case is likely to last between two to three

13   weeks, is that correct?

14             MR. QUIGLEY:  Yes, your Honor.

15             THE COURT:  And one of the things that was discussed

16   are potential trial dates, and I believe that the parties are

17   in agreement that this matter could be put down for trial

18   sometime mid to late October.

19             Ms. Rivera?

20             THE DEPUTY CLERK:  October 17, 2015.

21             THE DEFENDANT:  Oh my God.

22             THE COURT:  October 17.

23             THE DEFENDANT:  Why?

24             MS. SHROFF:  Mr. Gammal -- just give me one second?

25             Can we have a second?

G5A5gamC

1            THE COURT:  Absolutely.  Absolutely.

2            (Defendant and counsel conferring)

3            MS. SHROFF:  Your Honor, I'm sorry, but I am going to

4     require a little bit of time to talk to Mr. Gammal --

5            THE COURT:  Okay.

6            MS. SHROFF:  -- about the trial date.  I do apologize.

7     I will need to confer with him.

8            THE COURT:  Will you need more than 10 or so minutes?

9     Or shall we put this over?

10           MS. SHROFF:  I think we should put it over.

11           THE COURT:  Okay.

12           THE DEFENDANT:  No, we will do it in 10 minutes.

13           (Defendant and counsel conferring)

14           THE COURT:  It is going to take a couple of minutes I

15    can just go back.  If it is going to take longer then I am

16    happy to put it over.

17           MS. SHROFF:  Could we try the couple of minutes?

18           THE COURT:  Yes.  Thank you.

19           MS. SHROFF:  I appreciate it.

20           THE COURT:  If you want to use the conference room,

21    you are free to do that.

22           MS. SHROFF:  Thank you.

23           (recess)

24           THE COURT:  Everyone, be seated.

25           Ms. Shroff?

G5A5gamC

1          MS. SHROFF:  I think we are going to need a little bit

2     more time, your Honor.  I'm sorry.  I apologize.

3          THE COURT:  Okay.

4          MS. SHROFF:  We could either jointly confer and write

5     to the Court or come back and pick the trial date.  Whatever

6     the Court wants.  I'm available any time next week Monday,

7     Tuesday, Wednesday -- all week, actually.

8          THE COURT:  Well, I will leave that up to the parties.

9          Mr. Quigley, it makes sense rather than have us all

10     come back, to, if the parties can reach some sort of agreement

11     to do this?

12          MS. SHROFF:  That's fine.

13          MR. QUIGLEY:  That's fine with us, your Honor.

14          THE COURT:  So, why don't I direct the parties to

15     report back to me by Friday.

16          MS. SHROFF:  This Friday?

17          THE COURT:  Yes.

18          MS. SHROFF:  Sure.

19          MR. QUIGLEY:  That's fine with the government, your

20     Honor.

21          THE COURT:  And let me know whether or not there has

22     been some agreement and, if so, what that agreement is, and if

23     there is a trial date that's been agreed upon I will then issue

24     a scheduling order for motions.

25          Okay?

G5A5gamC

1        MS. SHROFF:  Thank you, your Honor.  We will consult

2   with Ms. Rivera and get the Court's availability again.

3        THE COURT:  Very well.

4        Is there anything else we need to do, Mr. Quigley?

5        MR. QUIGLEY:  No, your Honor.  I believe time is

6   excluded through May 20th per one of the Court's prior orders.

7        THE COURT:  Okay.

8        Ms. Shroff?

9        MS. SHROFF:  I have nothing to add.

10       THE COURT:  Then we are adjourned.

11                           o0o

12

13

14

15

16

17

18

19

20

21

22

23

24

25