

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 3, 2016

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

  Re: <u>United States</u> v. <u>Ahmed Mohammed El Gammal</u>, 15 Cr. 588 (ER)

Dear Judge Ramos:

  Following yesterday's conference, and after consultation with defense counsel, the parties respectfully request that the Court set the following pre-trial schedule:

  **August 12, 2016**
    Defense CIPA or FISA Motion

  **September 23, 2016**
    Government Opposition to Defense CIPA or FISA Motion[1]

  **September 30, 2016**
    Defense Reply to CIPA or FISA motion

  **October 3, 2016**
    Government Draft Exhibit List
    Government 404(b) Notice
    Government Expert Notice
    Any Jury Questionnaire
    Parties' Proposed Voir Dire
    Parties' Proposed Requests to Charge
    Parties' Proposed Verdict Sheet

  **October 17, 2016**
    Parties' Motions in Limine
    Defense Expert Notice

---

[1] The Government is requesting this deadline after consultation with officials at the Department of Justice in Washington, following yesterday's conference.

      Government Opposition to Jury Questionnaire (if any)

**October 31, 2016**
      Parties' Oppositions to Motions in Limine

**Week of November 14, 2016**
      If jury questionnaires are used, prospective jurors complete questionnaires and parties complete challenges based on questionnaires.

**November 21, 2016, 2:30 p.m.**
      Final Pre-Trial Conference

Respectfully submitted,

PREET BHARARA
United States Attorney

By: _____
Brendan Quigley/Negar Tekeei
Assistant United States Attorneys
(212) 637-2190/2482