

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __8/3/2016__

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 3, 2016

**BY ECF**

The application is ✓ granted
                  ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __8/3/2016__
New York, New York

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Ahmed Mohammed El Gammal**, 15 Cr. 588 (ER)

Dear Judge Ramos:

Following yesterday's conference, and after consultation with defense counsel, the parties respectfully request that the Court set the following pre-trial schedule:

**August 12, 2016**
   Defense CIPA or FISA Motion

**September 23, 2016**
   Government Opposition to Defense CIPA or FISA Motion[1]

**September 30, 2016**
   Defense Reply to CIPA or FISA motion

**October 3, 2016**
   Government Draft Exhibit List
   Government 404(b) Notice
   Government Expert Notice
   Any Jury Questionnaire
   Parties' Proposed Voir Dire
   Parties' Proposed Requests to Charge
   Parties' Proposed Verdict Sheet

**October 17, 2016**
   Parties' Motions in Limine
   Defense Expert Notice

---

[1] The Government is requesting this deadline after consultation with officials at the Department of Justice in Washington, following yesterday's conference.

    Government Opposition to Jury Questionnaire (if any)

**October 31, 2016**
    Parties' Oppositions to Motions in Limine

**Week of November 14, 2016**
    If jury questionnaires are used, prospective jurors complete questionnaires and parties complete challenges based on questionnaires.

**November 21, 2016, 2:30 p.m.**
    Final Pre-Trial Conference

    Respectfully submitted,

    PREET BHARARA
    United States Attorney

By: _____
    Brendan Quigley/Negar Tekeei
    Assistant United States Attorneys
    (212) 637-2190/2482