

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 8, 2016

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Ahmed Mohammed El Gammal**, 15 Cr. 588 (ER)

Dear Judge Ramos:

    The Government writes to respectfully request that the trial in this case, currently scheduled to begin on November 28, 2016, be rescheduled to begin December 5, 2016.  The Government has consulted with defense counsel, and defense counsel has no objection to this request.  The parties are not seeking any changes to the pretrial schedule that the court ordered on August 3, 2016.

    The Government also respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until December 5, 2016.  Time is currently excluded through November 28, 2016.  The requested exclusion will allow the parties to prepare for trial.  A proposed order excluding time is attached for the Court's consideration.

                        Respectfully submitted,

                        PREET BHARARA
                        United States Attorney

            By:    __/s/ Negar Tekeei_____ _____
                        Brendan Quigley/Negar Tekeei
                        Assistant United States Attorneys
                        (212) 637-2190/2482

cc:  Sabrina P. Shroff/Annalisa Mirón/Daniel Habib (by ECF)
     *Counsel for Ahmed Mohammed El Gammal*

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
  ---------------------------------------X
                                         :
UNITED STATES OF AMERICA                 :      ORDER
                                         :
       - v. -                            :      15 Cr. 588 (ER)
                                         :
                                         :
AHMED MOHAMMED EL GAMMAL,                :
                                         :
       Defendant.                        :
                                         :
                                         :
  ---------------------------------------X
```

Upon the application of the United States of America and the letter request of Negar Tekeei, Assistant United States Attorney for the Southern District of New York, dated August 8, 2016, it is found that the exclusion of time, for Speedy Trial Act purposes, between the date of this Order and December 5, 2016, serves the ends of justice, because the exclusion of time will allow the parties time prepare for trial;

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted between the date of this Order and December 5, 2016.

Dated: New York, New York
       August ___, 2016

                                        _____
                                        THE HONORABLE EDGARDO RAMOS
                                        United States District Judge
                                        Southern District of New York