

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/9/2016

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

The application is ✓ granted
_____ denied

August 8, 2016

Edgardo Ramos, U.S.D.J
Dated: _8/9/2016_
New York, New York

**BY ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Trial in this case shall begin on December 5, 2016. Time until then shall be excluded under the Speedy Trial Act for the reasons stated herein by counsel.

Re:  **United States** v. **Ahmed Mohammed El Gammal**, 15 Cr. 588 (ER)

Dear Judge Ramos:

The Government writes to respectfully request that the trial in this case, currently scheduled to begin on November 28, 2016, be rescheduled to begin December 5, 2016. The Government has consulted with defense counsel, and defense counsel has no objection to this request. The parties are not seeking any changes to the pretrial schedule that the court ordered on August 3, 2016.

The Government also respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until December 5, 2016. Time is currently excluded through November 28, 2016. The requested exclusion will allow the parties to prepare for trial. A proposed order excluding time is attached for the Court's consideration.

Respectfully submitted,

PREET BHARARA
United States Attorney

By:  ___/s/ Negar Tekeei_____
Brendan Quigley/Negar Tekeei
Assistant United States Attorneys
(212) 637-2190/2482

cc: Sabrina P. Shroff/Annalisa Mirón/Daniel Habib (by ECF)
*Counsel for Ahmed Mohammed El Gammal*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X
                                       :
UNITED STATES OF AMERICA               :     <u>ORDER</u>
                                       :
      - v. -                           :     15 Cr. 588 (ER)
                                       :
AHMED MOHAMMED EL GAMMAL,              :
                                       :
          Defendant.                   :
                                       :
                                       :
---------------------------------------X

     Upon the application of the United States of America and
the letter request of Negar Tekeei, Assistant United States
Attorney for the Southern District of New York, dated August 8,
2016, it is found that the exclusion of time, for Speedy Trial
Act purposes, between the date of this Order and December 5,
2016, serves the ends of justice, because the exclusion of time
will allow the parties time prepare for trial;

     ORDERED that the request for a continuance pursuant to 18
U.S.C. § 3161(h)(7)(A) is hereby granted between the date of
this Order and December 5, 2016.

Dated: New York, New York
       August ____, 2016


                              _____
                              THE HONORABLE EDGARDO RAMOS
                              United States District Judge
                              Southern District of New York