```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

United States                      :   NOTICE OF APPEARANCE
                                       AND REQUEST FOR
   - v. -                          :   ELECTRONIC NOTIFICATION

Ahmed Mohammed El Gammal,           :   15 Cr. 588 (ER)

         Defendant.                :

                                   :
- - - - - - - - - - - - - - - - - x
```

TO:     Clerk of Court
        United States District Court
        Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                          Respectfully submitted,

                          PREET BHARARA
                          United States Attorney for the
                          Southern District of New York


                     by:  _/S/_____
                          ANDREW DeFILIPPIS
                          Assistant United States Attorney
                          (212) 637-2231
                          Andrew.defilippis@usdoj.gov