```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

United States,                         :     NOTICE OF APPEARANCE
                                             AND REQUEST FOR
                                       :     ELECTRONIC NOTIFICATION
        - v -
                                       :     15 Cr. 588 (ER)

Ahmed Mohammed El Gammal,
                                       :
           Defendant.
----------------------------------x

To:    Clerk of Court
       United States District Court
       Southern District of New York
```

The undersigned attorney respectfully requests the Clerk to note his appearance in this case as counsel for Mr. El Gammal and to add him as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

_____/s/_____

**Daniel Habib, Esq.**
Assistant Federal Defender
52 Duane Street, 10th Floor
New York, N.Y. 10007
(212) 417-8769
daniel_habib@fd.org

CC:    Counsel of Record