**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 28, 2016

**By ECF**
Hon. Judge Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. El Gammal
      15 Cr. 588 (ER)

Hon. Judge Ramos:

    We write to respectfully request an extension of the time for filing our reply briefs to the government's oppositions to the defense CIPA and FISA motions, which are currently due this Friday. Without objection from the government we request that the deadline for these reply briefs be extended until Friday, October 7, 2016.

Respectfully submitted,

/s/
_____
Annalisa Mirón
Daniel Habib
Sabrina Shroff
Assistant Federal Defenders
212-417-8700

cc:   AUSAs DeFilippis Quigely, Tekeei (via ECF)
      Mr. Ahmed Mohammed El Gammal (MCC)