```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x
UNITED STATES OF AMERICA           :
                                   :
        - v -                      :    MOTION IN LIMINE
                                   :    15 Cr. 588 (ER)
AHMED MOHAMMED EL GAMMAL,          :
          Defendant.               :
- - - - - - - - - - - - - - - - -  x
```

PLEASE TAKE NOTICE, that on the attached Memorandum of Law, the undersigned will move this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for orders directing the government to specify its trial evidence and provide final translations of non-English-language exhibits; and to preclude certain evidence at trial.

Dated:    New York, New York
          October 18, 2016
                              Respectfully submitted,
                              Federal Defenders of New York

                              /s/
                              Daniel Habib, Esq.
                              Annalisa Miron, Esq.
                              Sabrina Shroff, Esq.
                              Attorneys for Defendant
                                  **Ahmed Mohammed El Gammal**
                              52 Duane Street - 10th Floor
                              New York, NY 10007
                              Tel.: (212) 417-8769

TO:       PREET BHARARA, ESQ.
          United States Attorney
          Southern District of New York
          1 St. Andrew's Plaza
          New York, NY 10007

Attn:     **Andrew De Filippis, Esq.**
          **Brendan Quigley, Esq.**
          **Negar Tekeei, Esq.**
          Assistant United States Attorneys