# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 25, 2016

BY EMAIL/ECF

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. El Gammal
     15 Cr. 588 (ER)

Dear Judge Ramos,

We write to request a conference this week on the following time-sensitive issues:

1. The government's failure to provide a workable exhibit list;
2. The government's failure to provide or commit to a deadline for its final translations; and
3. The government's failure to give proper expert notice under Rule 16 of the Federal Rules of Evidence.

We seek an appearance this week as Mr. Habib's wife is due to give birth any day now. The first two issues have been fully briefed.

Respectfully submitted,

/s/
Habib/Mirón/Shroff
Assistant Federal Defenders

cc:  AUSAs Tekeei, Quigley & DeFillipis
     Mr. Ahmed M. El Gammal (via mail)