# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __10/25/2016__

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 25, 2016

BY EMAIL/ECF

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. El Gammal
    15 Cr. 588 (ER)

A status conference is scheduled for Friday, October 28, 2016, at 11:30 AM.  The Government may submit a response by noon on Thursday, October 27, 2016.

The application is ✔ granted
                  ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __10/25/2016__
New York, New York

Dear Judge Ramos,

    We write to request a conference this week on the following time-sensitive issues:

1. The government's failure to provide a workable exhibit list;
2. The government's failure to provide or commit to a deadline for its final translations; and
3. The government's failure to give proper expert notice under Rule 16 of the Federal Rules of Evidence.

We seek an appearance this week as Mr. Habib's wife is due to give birth any day now. The first two issues have been fully briefed.

                    Respectfully submitted,

                    _____/s/_____
                    Habib/Mirón/Shroff
                    Assistant Federal Defenders

cc: AUSAs Tekeei, Quigley & DeFillipis
    Mr. Ahmed M. El Gammal (via mail)