**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 28, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 10/31/2016

VIA ECF
Honorable Edgardo Ramos
United States District Court
40 Foley Square
New York, NY 10007

Re: United States v. El Gammal,
15 Cr. 588 (ER)

Dear Judge Ramos,

    The parties ask the Court to extend the deadline for both the government and the defense to submit the papers in opposition to their motions in liminie from October 31, 2016 to November 4, 2016. The request is prompted by the birth of Daniel Habib's son, and the government has graciously consented to the extension.

    Thank you for your consideration of this request.

Respectfully submitted,

/s/_____
Shroff, Habib & Miron
Attorneys for Mr. El Gammal

SO ORDERED:

_____
Edgardo Ramos, U.S.D.J
Dated: 10/31/2016
New York, New York

cc: Government counsel