# EXHIBIT A

Adam Klasfeld, *New Yorker Died for Islamic State, U.S. Reveals*, COURTHOUSE NEWS (October 19, 2016 12:30 PM), http://www.courthousenews.com/2016/10/19/new-yorker-died-for-islamic-state-u-s-reveals.htm

Ashley Collman, *Manhattan college student was killed fighting for ISIS last year- and people at his mosque in Middletown, New York were told he died in a car crash*, DAILY MAIL (18 October 2016, 20:11 EDT), http://www.dailymail.co.uk/news/article-3848940/NY-students-IS-group-death-likely-evidence-trial.html

Erika Norton, *Community reacts to Goshen grad's alleged ISIS involvement*, WARWICK ADVERTISER (Oct. 27, 2016, 7:39 PM), http://www.warwickadvertiser.com/apps/pbcs.dll/article?AID=/20161027/NEWS01/161029957/-1/news01/Community-reacts-to-Goshen-grad%E2%80%99s-alleged-ISIS-involvement

Faith Karimi, *New York college student killed after joining ISIS in Syria*, CNN U.S., (October 19, 2016, 11:49 AM), http://www.cnn.com/2016/10/19/us/isis-new-york-student-killed-in-syria/

Jake Pearson, *Student killed fighting for IS group defended man in video*, KTAR NEWS (October 18, 2016, 11:50 AM), http://ktar.com/story/1320466/ny-students-is-group-death-will-likely-be-evidence-at-trial/

James Nani, *Goshen grad killed fighting for ISIS, prosecutors claim*, TIMES HERALD-RECORD (October 19, 2016, 9:47 AM), http://www.recordonline.com/news/20161019/goshen-grad-killed-fighting-for-isis-prosecutors-claim (last updated October 20, 2016, 12:18 PM).

Jen Kirby, *A New York City College Student Died Fighting for ISIS in Syria*, NEW YORK MAGAZINE (October 18, 2016, 6:37 AM) http://nymag.com/daily/intelligencer/2016/10/nyc-college-student-died-fighting-for-isis-in-syria.html

John Riley, *Arizona man helped NYC student join ISIS, prosecutors say*, NEWSDAY (October 18, 2016, 4:02 PM), http://www.newsday.com/news/new-york/arizona-man-helped-nyc-student-join-isis-prosecutors-say-1.12470666

Larry Neumeister, Goshen grad killed fighting for ISIS, prosecutors say, THE CHRONICLE (October 19, 2016, 4:34 PM), http://www.chroniclenewspaper.com/apps/pbcs.dll/article?AID=/20161019/NEWS01/161019941/0/OPINION03/Goshen-grad-killed-fighting-for-ISIS-prosecutors-say (updated October 20, 2016).

Larry Neumeister, *NYC Student Killed Fighting for IS Group Defends Arizona Man in Video*, NBC NEW YORK (October 18, 2016, 4:16 PM), http://www.nbcnewyork.com/news/local/New-York-City-College-Student-Killed-Syria-Fighting-for-IS-Group-Leaves-Video-Defending-Arizona-Man-397496211.html

Larry Neumeister, *Student killed fighting for IS group defended man in video*, THE WASHINGTON POST (October 18, 2016), https://www.washingtonpost.com/national/student-killed-fighting-for-is-group-defended-man-in-video/2016/10/18/d5726594-9590-11e6-9cae-2a3574e296a6_story.html

Mark Crudele, *NYC College Student Died Fighting with ISIS in Syria*, ABC 7 NEW YORK EYEWITNESS NEWS (October 18, 2016), http://abc7ny.com/news/nyc-college-student-died-fighting-with-isis-in-syria/1560911/

Michael Woyton, *Orange County Man Killed in Syria Fighting for ISIS*, MID-HUDSON VALLEY PATCH, (October 19, 2016, 12:03 PM), http://patch.com/new-york/midhudsonvalley/orange-county-man-killed-syria-fighting-isis

*New York college student killed after joining ISIS in Syria*, FOX 61 (October 19, 2016, 8:15 AM), http://fox61.com/2016/10/19/new-york-college-student-killed-after-joining-isis-in-syria/

*New York college student killed fighting for ISIS defended man in video*, FOX NEWS U.S. (October 19, 2016), http://www.foxnews.com/us/2016/10/19/new-york-college-student-killed-fighting-for-isis-defended-man-in-video.html

*Officials: Middletown student killed while fighting for Islamic State in Syria*, NEWS 12 WESTCHESTER (Oct. 18, 2016, 10:17 PM), http://westchester.news12.com/news/officials-middletown-student-killed-while-fighting-for-islamic-state-in-syria-1.12471495

Saagar Enjeti, *FBI reveals Arizona ISIS recruiter Sent US college kid to die for ISIS*, DAILY CALLER (Oct. 20, 2016, 12:47 PM), http://dailycaller.com/2016/10/20/fbi-reveals-arizona-isis-recruiter-sent-us-college-kid-to-die-for-isis/

Scott Heins, *NYC College Student Killed Fighting for ISIS in Syria*, GOTHAMIST (Oct 19, 2016, 11:30 AM), http://gothamist.com/2016/10/19/nyc_college_student_isis.php

Victoria Bekiempis, *NYC college student died fighting for ISIS in Syria a year ago,* DAILY NEWS NEW YORK (October 19, 2016, 1:10 AM), http://www.nydailynews.com/new-york/nyc-college-student-died-fighting-isis-syria-year-article-1.2835483

Wochit News, *NY Student Killed After Joining ISIS*, YOUTUBE (October 19, 2016), https://www.youtube.com/watch?v=EalaIZ_qf5g