```
                                          USDC SDNY
                                          DOCUMENT
UNITED STATES DISTRICT COURT              ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK             DOC #_____
---------------------------------------X  DATE FILED: 11/14/2016
                                       :
UNITED STATES OF AMERICA               :  ORDER
                                       :
    - v. -                             :  15 Cr. 588 (ER)
                                       :
                                       :
AHMED MOHAMMED EL GAMMAL,              :
                                       :
         Defendant.                    :
                                       :
                                       :
                                       :
---------------------------------------X
```

Upon the application of the United States of America and the letter request of Negar Tekeei, Assistant United States Attorney for the Southern District of New York, dated November 14, 2016, it is found that the exclusion of time, for Speedy Trial Act purposes, between the date of this Order and January 9, 2017, serves the ends of justice, because the exclusion of time will allow the defendant and defense counsel time prepare for trial;

ORDERED that the request for a continuance pursuant to 18 U.S.C. § 3161(h)(7)(A) is hereby granted between the date of this Order and January 9, 2017.

Dated: New York, New York
       November  14 , 2016

_____
THE HONORABLE EDGARDO RAMOS
United States District Judge
Southern District of New York