

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 11/14/2016

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 14, 2016

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>United States v. Ahmed Mohammed El Gammal</u>, 15 Cr. 588 (ER)

Dear Judge Ramos:

      The Government writes, on behalf of the parties, to update the Court regarding the defense's application for an adjournment of the trial date to January 2017. As contemplated at the November 10, 2016 status conference in this matter, the parties are available to begin trial on January 9, 2017. The Government respectfully requests that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until January 9, 2017. The requested exclusion will allow the defendant and defense counsel to continue to prepare for trial. We have conferred with defense counsel and the defendant has no objection to exclusion of time under the Speedy Trial Act.

> Trial is adjourned to January 9, 2017. Motions in limine, proposed jury instructions, voir dire questions, and verdict sheets should be filed by December 9, 2016, and oppositions thereto should be filed by December 23, 2016. A Final Pretrial Conference will be held on January 3, 2017 at 3:00 PM.
> SO ORDERED.   _/s/ Edgardo Ramos_
> Edgardo Ramos, U.S.D.J
> Dated: 11/14/2016
> New York, New York

Respectfully submitted,

PREET BHARARA
United States Attorney

By:   __/s/_____
Andrew J. DeFilippis
Brendan F. Quigley
Negar Tekeei
Assistant United States Attorneys
(212) 637-2231/2190/2482

cc:  Sabrina P. Shroff/Annalisa Mirón/Daniel Habib
     *Counsel for Ahmed Mohammed El Gammal*