

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 1, 2016

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   <u>United States</u> v. <u>Ahmed Mohammed El Gammal</u>, 15 Cr. 588 (ER)

Dear Judge Ramos:

      The Government respectfully requests that the Court enter the enclosed 3500 Material Stipulated Protective Order, which has been agreed to and consented to by the defendant as to the 3500 materials the Government produced to defense counsel on November 4, 2016.  Defense counsel has conveyed that the defense does not consent to the application of the enclosed 3500 Material Stipulated Protective Order to future 3500 materials produced by the Government in this case.

                            Very truly yours,

                            PREET BHARARA
                            United States Attorney

by: _____/s/_____
                            Andrew DeFilippis
                            Brendan Quigley
                            Negar Tekeei
                            Assistant United States Attorneys
                            (212) 637-2231/2190/2482

Enclosure

cc: Sabrina P. Shroff/Annalisa Mirón/Daniel Habib
    *Counsel for Ahmed Mohammed El Gammal*