```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -  x
UNITED STATES OF AMERICA           :
                                   :
       - v -                       :   SECOND MOTION IN LIMINE
                                   :   15 Cr. 588 (ER)
AHMED MOHAMMED EL GAMMAL,          :
           Defendant.              :
- - - - - - - - - - - - - - - - -  x
```

  PLEASE TAKE NOTICE, that on the attached Memorandum of Law, the undersigned will move this Court, before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, at a time to be designated by the Court, to preclude certain evidence at trial.

```
Dated:    New York, New York
          December 9, 2016
                                 Respectfully submitted,
                                 Federal Defenders of New York

                                 /s/
                                 Daniel Habib
                                 Annalisa Miron
                                 Sabrina Shroff
                                 Attorneys for Defendant
                                     Ahmed Mohammed El Gammal
                                 52 Duane Street - 10th Floor
                                 New York, NY 10007
                                 Tel.: (212) 417-8769

TO:       PREET BHARARA, ESQ.
          United States Attorney
          Southern District of New York
          1 St. Andrew's Plaza
          New York, NY 10007

Attn:     Andrew De Filippis
          Brendan Quigley
          Negar Tekeei
          Assistant United States Attorneys
```