known as Armed Men of the Naqshabandi Order also known as Naqshbandi Army also known as Naqshabandi Army also known as Men of the Army of al-Naqshbandia Way also known as Jaysh Rajal al-Tariqah al-Naqshbandia also known as JRTN also known as JRN also known as AMNO, committed, or poses a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the United States.

Consistent with the determination in section 10 of Executive Order 13224 that ''prior notice to persons determined to be subject to the Order who might have a constitutional presence in the United States would render ineffectual the blocking and other measures authorized in the Order because of the ability to transfer funds instantaneously,'' I determine that no prior notice needs to be provided to any person subject to this determination who might have a constitutional presence in the United States, because to do so would render ineffectual the measures authorized in the Order.

This notice shall be published in the **Federal Register**.

Dated: September 21, 2015.

**John F. Kerry,**
*Secretary of State.*
[FR Doc. 2015–24838 Filed 9–29–15; 8:45 am]
**BILLING CODE 4710–AD–P**

## DEPARTMENT OF STATE

[Public Notice: 9301]

**In the Matter of the Amendment of the Designation of Ansar Bayt al-Maqdis, Also Known as Ansar Jerusalem, Also Known as Supporters of Jerusalem, Also Known as Ansar Bayt al-Maqdes, Also Known as Ansar Beit al-Maqdis, Also Known as Jamaat Ansar Beit al-Maqdis, Also Known as Jamaat Ansar Beit al-Maqdis fi Sinaa, Also Known as Supporters of the Holy Place, as a Foreign Terrorist Organization Pursuant to Section 219 of the Immigration and Nationality Act, as Amended**

Based upon a review of the administrative record assembled in this matter pursuant to Section 219 of the Immigration and Nationality Act, as amended (8 U.S.C. 1189 (''INA''), and in consultation with the Attorney General and the Secretary of the Treasury, I have concluded that there is a sufficient factual basis to find that Ansar Bayt al-Maqdis, also known under the aliases listed above, uses the alias ISIL Sinai Province, also known as Islamic State-Sinai Province, also known as Wilayat Sinai, also known as Sinai Province, also known as The State of Sinai, also known as the Islamic State in the Sinai, as its primary name.

Therefore, pursuant to Section 219(b) of the INA, as amended (8 U.S.C. 1189(b)), I hereby amend the designation of Ansar Bayt al-Maqdis as a foreign terrorist organization to include the following new aliases: ISIL Sinai Province, also known as Islamic State-Sinai Province, also known as Wilayat Sinai, also known as Sinai Province, also known as The State of Sinai, also known as the Islamic State in the Sinai, as additional aliases.

This determination shall be published in the **Federal Register**.

Dated: September 22, 2015.

**John F. Kerry,**
*Secretary of State.*
[FR Doc. 2015–24866 Filed 9–29–15; 8:45 am]
**BILLING CODE 4710–AD–P**

## DEPARTMENT OF STATE

[Public Notice: 9299]

**In the Matter of the Designation of Jaysh Rijal al-Tariq al-Naqshabandi, Also Known as Army of the Men of the Naqshbandi Order, Also Known as Armed Men of the Naqshabandi Order, Also Known as Naqshbandi Army, Also Known as Naqshabandi Army, Also Known as Men of the Army of al-Naqshbandia Way, Also Known as Jaysh Rajal al-Tariqah al-Naqshbandia, Also Known as JRTN, Also Known as JRN, Also Known as AMNO as a Foreign Terrorist Organization Pursuant to Section 219 of the Immigration and Nationality Act, as Amended**

Based upon a review of the Administrative Record assembled in this matter, and in consultation with the Attorney General and the Secretary of the Treasury, I conclude that there is a sufficient factual basis to find that the relevant circumstances described in section 219 of the Immigration and Nationality Act, as amended (hereinafter ''INA'') (8 U.S.C. 1189), exist with respect to as Jaysh Rijal al-Tariq al-Naqshabandi also known as Army of the Men of the Naqshbandi Order also known as Armed Men of the Naqshabandi Order also known as Naqshbandi Army also known as Naqshabandi Army also known as Men of the Army of al-Naqshbandia Way also known as Jaysh Rajal al-Tariqah al-Naqshbandia also known as JRTN also known as JRN also known as AMNO.

Therefore, I hereby designate the aforementioned organization and its aliases as a foreign terrorist organization pursuant to section 219 of the INA.

This determination shall be published in the **Federal Register**.

Dated: September 21, 2015.

**John F. Kerry,**
*Secretary of State.*
[FR Doc. 2015–24878 Filed 9–29–15; 8:45 am]
**BILLING CODE 4710–AD–P**

## DEPARTMENT OF STATE

[Public Notice: 9291]

**In the Matter of the Amendment of the Designation of Islamic State of Iraq and the Levant, Also Known as Islamic State, Also Known as ISIL, Also Known as ISIS, as a Specially Designated Global Terrorist Pursuant to Section 1(b) of Executive Order 13224**

Based upon a review of the administrative record assembled in this matter, and in consultation with the Attorney General and the Secretary of the Treasury, I have concluded that there is a sufficient factual basis to find that the Islamic State of Iraq and the Levant uses the additional aliases the Islamic State, ISIL, and ISIS. Therefore, pursuant to Section 1(b) of Executive Order 13224, I hereby amend the designation of the Islamic State of Iraq and the Levant as a Specially Designated Global Terrorist to include the Islamic State, ISIL, and ISIS as aliases.

This determination shall be published in the **Federal Register**.

Dated: September 21, 2015.

**John F. Kerry,**
*Secretary of State.*
[FR Doc. 2015–24892 Filed 9–29–15; 8:45 am]
**BILLING CODE 4710–AD–P**

## DEPARTMENT OF STATE

[Public Notice: 9290]

**In the Matter of the Amendment of the Designation of Islamic State of Iraq and the Levant, Also Known as Islamic State, Also Known as ISIL, Also Known as ISIS, as a Foreign Terrorist Organization Pursuant to Section 219 of the Immigration and Nationality Act, as Amended**

Based upon a review of the administrative record assembled in this matter pursuant to Section 219 of the Immigration and Nationality Act, as amended (8 U.S.C. 1189 (''INA''), and in consultation with the Attorney General and the Secretary of the Treasury, I have

concluded that there is a sufficient factual basis to find that the Islamic State of Iraq and the Levant uses the additional aliases the Islamic State, ISIL, and ISIS. Therefore, pursuant to Section 219(b) of the INA, as amended (8 U.S.C. 1189(b)), I hereby amend the designation of the Islamic State of Iraq and the Levant as a Foreign Terrorist Organization to include the Islamic State, ISIL, and ISIS as aliases.

This determination shall be published in the **Federal Register**.

Dated: September 21, 2015.

**John F. Kerry,**
*Secretary of State.*
[FR Doc. 2015–24893 Filed 9–29–15; 8:45 am]
**BILLING CODE 4710–AD–P**

## DEPARTMENT OF STATE

[Public Notice: 9296]

### In the Matter of the Designation of Emilie Konig as a Specially Designated Global Terrorist Pursuant to Section 1(b) of Executive Order 13224, as Amended

Acting under the authority of and in accordance with section 1(b) of Executive Order 13224 of September 23, 2001, as amended by Executive Order 13268 of July 2, 2002, and Executive Order 13284 of January 23, 2003, I hereby determine that the individual known as Emilie Konig, poses a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the United States.

Consistent with the determination in section 10 of Executive Order 13224 that "prior notice to persons determined to be subject to the Order who might have a constitutional presence in the United States would render ineffectual the blocking and other measures authorized in the Order because of the ability to transfer funds instantaneously," I determine that no prior notice needs to be provided to any person subject to this determination who might have a constitutional presence in the United States, because to do so would render ineffectual the measures authorized in the Order.

This notice shall be published in the **Federal Register**.

Dated: September 7, 2015.

**John F. Kerry,**
*Secretary of State.*
[FR Doc. 2015–24896 Filed 9–29–15; 8:45 am]
**BILLING CODE 4710–AD–P**

## DEPARTMENT OF STATE

[Public Notice: 9300]

### In the Matter of the Designation of Boubaker Ben Habib Ben Ali Hakim, Boubakeur al-Hakim, Boubakeur el-Hakim, Boubaker el Hakim, Abou al Moukatel, Abou Mouqatel, Abu-Muqatil al-Tunisi as a Specially Designated Global Terrorist Pursuant to Section 1(b) of Executive Order 13224, as Amended

Acting under the authority of and in accordance with section 1(b) of Executive Order 13224 of September 23, 2001, as amended by Executive Order 13268 of July 2, 2002, and Executive Order 13284 of January 23, 2003, I hereby determine that the individual known as Boubaker Ben Habib Ben Ali Hakim, also known as Boubakeur al-Hakim, also known as Boubakeur el-Hakim, also known as Boubaker el Hakim, also known as Abou al Moukatel, also known as Abou Mouqatel, also known as Abu-Muqatil al-Tunisi, committed, or poses a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the United States.

Consistent with the determination in section 10 of Executive Order 13224 that "prior notice to persons determined to be subject to the Order who might have a constitutional presence in the United States would render ineffectual the blocking and other measures authorized in the Order because of the ability to transfer funds instantaneously," I determine that no prior notice needs to be provided to any person subject to this determination who might have a constitutional presence in the United States, because to do so would render ineffectual the measures authorized in the Order.

This notice shall be published in the **Federal Register**.

Dated: September 21, 2015.

**John F. Kerry,**
*Secretary of State.*
[FR Doc. 2015–24876 Filed 9–29–15; 8:45 am]
**BILLING CODE 4710–AD–P**

## DEPARTMENT OF STATE

[Public Notice: 9292]

### In the Matter of the Designation of Maxime Hauchard, Also Known as Abou Abdallah Al Faransi, as a Specially Designated Global Terrorist Pursuant to Section 1(b) of Executive Order 13224, as Amended

Acting under the authority of and in accordance with section 1(b) of Executive Order 13224 of September 23, 2001, as amended by Executive Order 13268 of July 2, 2002, and Executive Order 13284 of January 23, 2003, I hereby determine that the individual known as Maxime Hauchard, also known as Abou Abdallah Al Faransi, committed, or poses a significant risk of committing, acts of terrorism that threaten the security of U.S. nationals or the national security, foreign policy, or economy of the United States.

Consistent with the determination in section 10 of Executive Order 13224 that "prior notice to persons determined to be subject to the Order who might have a constitutional presence in the United States would render ineffectual the blocking and other measures authorized in the Order because of the ability to transfer funds instantaneously," I determine that no prior notice needs to be provided to any person subject to this determination who might have a constitutional presence in the United States, because to do so would render ineffectual the measures authorized in the Order.

This notice shall be published in the **Federal Register**.

Dated: September 21, 2015.

**John F. Kerry,**
*Secretary of State.*
[FR Doc. 2015–24890 Filed 9–29–15; 8:45 am]
**BILLING CODE 4710–AD–P**

## DEPARTMENT OF STATE

[Public Notice: 9297]

### In the Matter of the Designation of Peter Cherif, Also Known as Peter Cheraf, Also Known as Abu Hamza Cheraf, as a Specially Designated Global Terrorist Pursuant to Section 1(b) of Executive Order 13224, as Amended

Acting under the authority of and in accordance with section 1(b) of Executive Order 13224 of September 23, 2001, as amended by Executive Order 13268 of July 2, 2002, and Executive Order 13284 of January 23, 2003, I hereby determine that the individual known as Peter Cherif, also known as