```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              15 Cr. 588 (ER)

 5   AHMED MOHAMMED EL GAMMAL,

 6              Defendant.

 7   ------------------------------x
                                                New York, N.Y.
 8                                              November 10, 2016
                                                4:00 p.m.
 9

10
     Before:
11
                        HON. EDGARDO RAMOS,
12
                                           District Judge
13

14                          APPEARANCES

15   PREET BHARARA
          United States Attorney for the
16        Southern District of New York
     NEGAR TEKEEI
17   ANDREW J. DeFILIPPIS
          Assistant United States Attorney
18
     FEDERAL DEFENDERS OF NEW YORK INC.
19        Attorneys for Defendant
     SABRINA P. SHROFF
20   ANNALISA MIRON
     HANNAH SOTNICK, Paralegal
21

22

23

24

25
```

1             (Case called)

2             MS. TEKEEI:  Good afternoon, your Honor.  Negar Tekeei
3    and Andrew DeFilippis on behalf of the United States.

4             THE COURT:  Good afternoon.

5             MS. SHROFF:  Good afternoon, your Honor.  Sabrina
6    Shroff and Annalisa Miron from the Federal Defender's Office on
7    behalf of Mr. Gammal.  Also present is Ms. Hannah Sotnick, she
8    is the paralegal on the case.

9             Mr. Gammal is not here because of -- well, the
10   government offered to produce him.  We indicated that they
11   should not produce him because it was the first time he was
12   getting to see his mom and his wife since his arrest.

13            THE COURT:  Very well.  This matter is on for status
14   conference because we received a communication from the
15   government indicating that there were some scheduling matters
16   that may have arisen.  Mr. El Gammal's presence is excused
17   since I think we will only be talking about scheduling issues.

18            Have the parties spoken, and what, if anything, is
19   there to report or request?

20            MS. TEKEEI:  Your Honor, by way of background, we
21   understood from earlier this week that defense counsel may be
22   asking for a short adjournment of the trial for various reasons
23   that we took no position on.  From our perspective, we asked
24   for this conference so that we could have a final, firm trial
25   date for our scheduling purposes so that we can schedule

accordingly with our witnesses, for example, especially those who are traveling, as well as the agents, and to be able to handle logistical matters in the most efficient way.  So we asked for this conference so we could discuss whether defense counsel was going to make that application and what dates would be contemplated.

    THE COURT:  Ms. Shroff.

    MS. SHROFF:  Well, your Honor, I laid out in the letter that I sent to the Court what prompted my reaching out to the government, and I included for the Court some information that I don't think should be shared with the government.  I think that's fair.  Look, I'm not trying to mess with anybody's trial date.  It's really not.  We just thought we might run into a crunch, and it looks more likely we would run into a crunch.

    THE COURT:  I did receive defense counsel's ex parte letter, and I know from having presided over this case since the beginning that there are a lot of issues yet to be dealt with pretrial.  I know that there is a great deal of voluminous discovery, discovery that is subject to various protective orders and various statutes concerning the treatment of confidential information, and I know that counsel on both sides have been working very diligently.  I know this from the submissions that have been made, and obviously, I want to make sure that everyone is as ready as they can possibly be as this

1   matter is very important for both sides.

2              I have looked at my calendar and have determined that
3   I can accommodate the parties with a January trial, beginning
4   January 9, and I have three weeks blocked out for that purpose,
5   if that's what you want to do.

6              MS. SHROFF:  Your Honor, Ms. Rivera was kind enough to
7   email that information and front it to us when we were here.  I
8   think Ms. Tekeei would need a day or two to talk to her third
9   colleague, who is not here, our third colleague is out on at
10  least two weeks of paternity leave, coming back, and then going
11  back out on paternity leave.  So if we could just let the Court
12  know by tomorrow or Monday, if that's possible?

13             THE COURT:  Absolutely.  Right now we're keeping the
14  December date?

15             MS. SHROFF:  I just don't have an answer because I
16  don't have -- I haven't consulted with the third, and I think
17  Ms. Tekeei also needs to consult with her third.  But honestly,
18  there's no working day between today and Monday, or late
19  Sunday.  I know the government works around the clock, but --

20             MS. TEKEEI:  Your Honor, our understanding is that the
21  trial date is currently, as of today, still December 5th.  What
22  I think Ms. Shroff is indicating is that we will go back to our
23  respective trial members, trial team members, confirm that that
24  week in January does work for everyone, and then perhaps
25  Ms. Shroff will make an application, or defense counsel will

1   make an application for an adjournment to the date that the
2   Court has suggested.
3             THE COURT:  Okay.
4             MS. SHROFF:  Okay.
5             THE COURT:  Anything more?
6             MS. TEKEEI:  That's all for us, your Honor.
7             MS. SHROFF:  No.  Thank you very much.
8             THE COURT:  We're adjourned.
9             (Adjourned)