|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#<br>DATE FILED: 12/20/16 |

UNITED STATES OF AMERICA,

v.

AHMED MOHAMMED EL GAMMAL,

                Defendant.

**ORDER**

15 Cr. 588 (ER)

Ramos, D.J.:

On December 19, 2016, this Court held a hearing to address various pretrial motions filed by the parties. For the reasons stated on the record:

- The Court GRANTS in part and DENIES in part the Government's October 17, 2016 Motions *in Limine* and reserves judgment on the Government's motion to preclude reference to the fact that certain materials were derived pursuant to Foreign Intelligence Surveillance Act of 1978 ("FISA") searches. Doc. 80.

- The Court GRANTS in part and DENIES in part the Defendant's October 17, 2016 Motions *in Limine*, Doc. 82, and reserves judgment on the admissibility of the July 2014 Facebook post regarding the Islamic Caliphate pending the parties' further briefing on the issue. *See* Doc. 83 at 9; Doc. 91 at 9-10; Doc. 104 at 6-8. Additionally, the Government has represented that it will produce final translations of exhibits by **December 23, 2016,** and is so ORDERED.

At the hearing, the Court also ruled regarding Defendant's December 11, 2016 request regarding protected material under the Stipulated Protective Order. *See* Docs. 106 (Letter); 108 (Opposition); 109 (Reply); 110 (Sur-reply); 112 (Further Support).

Accordingly, the Clerk of the Court is respectfully directed to terminate the pending motions, Docs. 80, 81, 82, 84, 109, 110, and 112.

SO ORDERED.

Dated: December 20, 2016
New York, New York

_____
Edgardo Ramos, U.S.D.J.