UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA          :
                              **CERTIFICATION**
    - v. -                      :
                              15 Cr. 588 (ER)
AHMED MOHAMMED EL GAMMAL,         :
    a/k/a "Jammie Gammal,"
                             :

                             :
Defendant.
- - - - - - - - - - - - - - - - - x

    We the undersigned -- Sabrina P. Shroff, Esq., Annalisa Mirón, Esq., and Daniel Habib, Esq., attorneys for the defendant, Ahmed Mohammed El Gammal; Anna Finkel and Sarah Howard, investigators employed by the Federal Defenders of New York, Inc.; Jason Fischer and John Lee, litigation support specialists employed by the Federal Defenders of New York, Inc.; and Hannah Sotnick, paralegal employed by the Federal Defenders of New York, Inc. -- certify, pursuant to the Court's order of December 19, 2016, as follows:

- We will not disclose documents that have been designated confidential under the protective order in this case (Dkt. No. 9) or materials provided by the Government under 18 U.S.C. § 3500 to other persons, except where we have a good-faith basis to believe that such persons could be useful to Mr. El Gammal's defense, or that such persons could be called as fact witnesses by the defense;

2

- We will not disclose to any persons any sealed court filings, including sealed search warrant applications, except as permitted by the terms of the protective order entered on September 16, 2015 (Dkt. 9), or the procedures set forth therein;

- With respect to showing materials provided by the government under 18 U.S.C. § 3500 to persons where we have a good-faith basis to believe that showing such materials could be useful to Mr. El Gammal's defense, or that such persons could be called as fact witnesses by the defense, we will not tell such persons that the materials were prepared by law enforcement officers, if such is the case.

Dated:   New York, New York
         December 20, 2016

_____
Sabrina P. Shroff, Esq.

_____
Annalisa Miron, Esq.

_____
Daniel Habib, Esq.

_____
Anna Finkel

_____
Sarah Howard

_____
Jason Fischer

_____
John Lee

_____
Hannah Sotnick