```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 12/23/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

        - against -

AHMED MOHAMMED EL GAMMAL,

                Defendant.
-------------------------------------------------------x

**NOTICE OF COURT CONFERENCE**

15 Cr. 588 (ER)

      A pretrial conference will be held before the Hon. Edgardo Ramos, U.S.D.J. on **December 29, 2016 at 3:00 pm** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 619.

                                                  S/ Jazmin Rivera
                                          Jazmin Rivera, Courtroom Deputy

Dated: New York, New York
           December 23, 2016