# Exhibit A

Ashkan Soltani
r e s u m e

Summary — Leading technology researcher with over 20 years experience in industry, government, and media on matters of privacy, security, and policy.

Experience — **SENIOR ADVISOR, WHITE HOUSE OFFICE OF SCIENCE AND TECHNOLOGY POLICY (2015-2016)**
Senior Advisor under the Chief Technology Officer. Responsible for developing US policy on emerging technology issues, including privacy, artificial intelligence, and big data. Lead report on "Big Data: Algorithmic Systems, Opportunity, and Civil Rights".

**CHIEF TECHNOLOGIST, FEDERAL TRADE COMMISSION (2014-2015)**
Leading technologist role responsible for guiding agency on technology policy issues relating to privacy, security, and consumer protection. Responsible for spearheading a new Office of Technology Research and Investigation.

**TECHNOLOGY EXPERT, SOLTANI LLC. (2012–2014)**
Court recognized expert on matters concerning privacy, security, and technology. Provide analysis and reporting, testimony, forensics, and development of forensics tools for the Federal Trade Commission and Attorneys General for California, New Jersey, and Ohio.

**INVESTIGATIVE REPORTER, THE WASHINGTON POST (2013–2014)**
Reporting and technical analysis for the Pulitzer Prize winning series documenting the extent of the National Security Agency's surveillance programs.

**CO-FOUNDER, MOBILESCOPE (2012–2013)**
Co-founded a platform-agnostic privacy forensics company allowing smartphone users to examine the data that apps collect and signal alerts when sensitive information is transferred. Acquired by Evidon in 2013.

**INVESTIGATIVE REPORTER, THE WALL STREET JOURNAL (2009, 2011–2012)**
Consultant for the Pulitzer Prize finalist investigative series *What They* Know, examining the state of online tracking. Developed methods and tools to identify tracking technologies and their use, including demonstrating evidence of price discrimination online.

**STAFF TECHNOLOGIST, FEDERAL TRADE COMMISSION (2010)**
Served as one the first in-house technology expert for the FTC's Privacy and Identity Protection division. Conducted investigations into online security and privacy matters, including behavioral advertising, online tracking, and mobile privacy. Assisted staff in data gathering/forensics, analysis, reports, access letters, subpoenas, complaints and consent agreements on cases including Twitter, Google, Facebook, Myspace, and HTC.

**PROFESSIONAL SERVICES CONSULTANT, SOPHOS INC. (1999–2005)**
Network security and architecture consultant servicing clients such as AT&T, Bank of America, Cisco, Amazon.com, NTT Japan, and the US Department of Homeland Security.

**CO-FOUNDER & CTO, TECHNOGENESIS (1998)**
Created one of the first online music streaming and sales websites focused on a niche electronic music market. Developed recommendation engine utilizing weighted collaborative filtering that dynamically tracked and predicted music preferences for users.

Awards — 2014 Pulitzer Prize for Public Service (The Washington Post)
2014 Gerald Loeb Award (The Washington Post)
2013 George Polk Award for National Security Reporting (The Washington Post)
2012 Pulitzer Prize Finalist for Explanatory Reporting (The Wall Street Journal)
2011 Gerald Loeb Award (The Wall Street Journal)
2009 Pulitzer Prize for Investigative Reporting (Researcher, The New York Times)

Ashkan Soltani
r e s u m e

| | |
|---|---|
| Education | **UNIVERSITY OF CALIFORNIA, BERKELEY**<br>School of Information<br>Master of Information Management and Systems (2007–2009) - GPA: 3.9<br>*Studies focused on behavioral economics, analytics, technology law, and policy.*<br><br>Masters Thesis: KnowPrivacy<br>*The Current State of Web Privacy, Data Collection, and Information Sharing.*<br>Published June 1, 2009. http://knowprivacy.org<br><br>**UNIVERSITY OF CALIFORNIA, SAN DIEGO**<br>B.S. Cognitive Science, Minor Computer Science (1993–1998) - GPA: 3.6<br>*Studies focused on learning algorithms, collaboration, and data mining.* |
| Academic | **TEAM FOR RESEARCH IN SECURE UBIQUITOUS TECHNOLOGY (TRUST)**<br>*Project Mentor (06/2009–08/2009)*<br>Worked with the *Berkeley Center for Law & Technology* to mentor students in research for and production of an objective report on the online advertising use and prevalence of "Flash Cookies" for tracking users online.<br><br>**SAMUELSON LAW, TECHNOLOGY & PUBLIC POLICY CLINIC**<br>*Researcher (06/2009–08/2009)*<br>Worked with the Center for Democracy and Technology to develop a simplified method for users to file online complaints to consumer protection agencies, such as the Federal Trade Commission or the California Office of Privacy Protection, which incorporated social media techniques to increase public awareness and participation.<br><br>**UNIVERSITY OF CALIFORNIA, BERKELEY**<br>*Graduate Student Researcher (01/2009 v05/2009)*<br>Conducted research on Legal Frameworks for Cyber Security for Deirdre Mulligan, *Clinical Professor of Law* and *Director, Samuelson Law, Technology & Public Policy Clinic*, at the UC Berkeley School of Information.<br><br>**UNIVERSITY OF CALIFORNIA, BERKELEY**<br>*Graduate Student Instructor (08/2008–12/2008)*<br>Taught lab sections for INFO 206: Distributed Computing Applications and Infrastructure. Designed assignments, graded assignments and tests, and tutored students. |
| Speaking | "Increased Transparency and Accountability for NSA Surveillance Programs." Panel for the Privacy and Civil Liberties Oversight Board. Washington, DC (07/09/2013)<br><br>"*Keynote*" ACM Conference on Security and Privacy in Wireless and Mobile Networks. Budapest, Hungary (04/18/2013)<br><br>"The End of Privacy?" The Ford Foundation's Wired for Change Conference. New York, NY (10/23/2012)<br><br>"Tools for Web Privacy Measurement." Berkeley Center for Law and Technology, Conference on Web Privacy Measurement. Berkeley, CA (05/31/2012)<br><br>"Protecting Mobile Privacy: Your Smartphones, Tablets, Cell Phones and Your Privacy." Testimony before the Senate Committee on the Judiciary, Subcommittee on Privacy, Technology, and the Law. Washington, DC (05/10/2011)<br><br>"The State of Online Consumer Privacy." Testimony before the Senate Commerce Committee. Washington, DC (04/16/2011) |