# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 27, 2016

By ECF
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:  United States v. El Gammal
15 Cr. 588 (ER)

Hon. Judge Ramos,

We write to the Court on three matters: (1) the government's partial production of the 3500 material for Tarek El Goarany; (2) our request for a 9:30 a.m. to 4:00 p.m. trial day; and (3) a renewal of our October motion to preclude expert testimony of government forensic experts Craig M. Roth and Mary F. Horvath.

**3500 material for Tarek El Goarany**

The government previously informed the Court it had produced 3500 material for Tarek El Goarany ahead of the December 30, 2016 deadline for the production of all 3500 material. Omitted from the government's production of 3500 material for this witness were 3501-16 and 3501-17 which the government has still have not provided to the defense, nor have they responded to our inquiry as to why those documents were not produced to the defense, and were omitted.

Additionally, since its initial production, the government had not responded (until day last week Friday) to our request that they augment their 3500 production, and now inform they will provide the remainder of the 3500 material on Tarek El Goarany on December 30, 2016 or

Hon. Edgardo Ramos                    December 27, 2016
United States District Judge          Page 2
Southern District of New York

Re:  <u>United States v. El Gammal</u>
     15 Cr. 588 (ER)


earlier. We ask the Court to Order the government to do so
now.

**Trial Day**

    For many reasons, one of which is the delay in final
translations, we respectfully request a 9:30 a.m. – 4:00
p.m. trial day.[1]  As the Court is aware, the defense has
unique variables to juggle that are not faced by the
government.

    As it relates to translations, the government produced
approximately 40 PDF files containing revised translations.[2]
We learnt today these are not "final translations." We had
provided to the government our disagreements with their
prior attempts at translation (Marwan Abdul Rahman, an SDNY
court certified translator has been working with us for
months and at considerable cost), the government's recent
batch of translated documents do not reflect Mr. Rahman's
changes. Mr. Abdul Rahman is now traveling and will not
return to work until early in 2017, and only then can he
tell us if the government's most recent iterations are
accurate, or require further revision. The government's new
interpreter has not reviewed our expert translator's
changes, and is working at it now. Additionally, this
production of "final translations" does not identify the
speakers / participants.

---

[1] Attempts to reach agreement with the government on the issue of trial
day were unsuccessful.  We first asked the government to agree to a
trial schedule of 9:00 a.m. to 2:00 p.m. The government did not agree.
We proposed a compromise of 9:30 to 4:00. The government did not
respond.

[2] A copy of the government's production is available for the Court's
review. As no discovery letter accompanied the production, we cannot
attach it here. We are, if the court wishes, able to provide the
government's production on a disc.

```
Hon. Edgardo Ramos                    December 27, 2016
United States District Judge          Page 3
Southern District of New York

Re:  United States v. El Gammal
     15 Cr. 588 (ER)
```

        A 9:30 a.m. to 4:00 p.m. schedule would allow for a
full trial day and also accommodate the defense's need to
consult and prepare for the next trial day. We ask the
Court to adopt such a trial schedule.

**The government's notice of expert witnesses**

        For months, the defense has demanded adequate notice
relating to the government's forensic expert witnesses. To
date the government has not complied. We hereby renew our
October 17, 2016 letter motion to preclude Mr. Roth and Ms.
Horvath from testifying.

        The government has never provided a narrative, written
summary with the conclusions or bases for either expert's
testimony as required by Rule 16(b)(1)(C).[3] Instead the
government recently provided a copy of Mr. Roth's
presentation which is indecipherable to us and is attached
for the Court's review (along with the government's
generalized cover letter). Additionally, the government
informed us that they will provide a copy of Ms. Horvath's
presentation, but has not done so yet. It is too late for
the defense to retain a testifying expert to examine Mr.
Roth and/or Ms. Horvath's conclusions and testify at a
January 9 trial. For these reasons, the Court should grant
our motion to preclude this testimony.

        We thank the Court for its consideration of these
three requests.

---

[3] The Court overruled our request for a narrative summary relating to
the testimony of Eric Perry, the government's cell site expert. The
Court determined that Mr. Perry's PowerPoint presentation was
sufficient. To the extent the government's cell site expert testifies
to material issues not apparent from his presentation, we will lodge a
renewed objection.

```
Hon. Edgardo Ramos                    December 27, 2016
United States District Judge          Page 4
Southern District of New York

Re:  United States v. El Gammal
     15 Cr. 588 (ER)


                              Respectfully submitted,


                              /s/
                              Habib/Shroff/Miron
                              Assistant Federal Defenders


cc:  Govt counsel (via email)
     Mr. Ahmed M. El Gammal, (via mail)
```

# Exhibit A



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 23, 2016

By Email
Sabrina Shroff, Esq.
Daniel Habib, Esq.
Annalisa Miron, Esq.
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007

      Re:    **United States v. Ahmed Mohammed El Gammal,**
              **15 Cr. 588 (ER)**

Dear Counsel:

        We write in response to your December 8, 2016 letter in which you request further "expert notice about forensic analysis on the devices listed in the exhibit list" and demand additional information concerning conclusions to be offered by the Government's experts regarding particular data contained on these devices. As you are aware, we provided notice on October 3, 2016 that FBI Computer Forensic Examiner Craig M. Roth and FBI Senior Digital Forensic Examiner Mary F. Horvath will testify concerning their analysis of these electronic devices.

        As an initial matter, we note that complete forensic extraction reports of the relevant devices were produced to you in discovery. The contents of those reports will comprise the basis for the testimony of the Government's two forensic experts. Specifically, Mr. Roth will testify concerning his analysis of a Toshiba laptop (GX-1) and two cellular phones (GX-2 and GX-4), and Ms. Horvath will testify concerning her analysis of an Apple iPad (GX-3). In order to provide you with additional information concerning the expected expert testimony of Mr. Roth, the Government attaches an initial draft PowerPoint presentation prepared by Mr. Roth that highlights the substance of his expected testimony (including his testimony concerning the videos which are referenced in your December 8 letter). Ms. Horvath has not yet prepared a similar draft presentation, but we will provide one to you as soon as it is available.

December 23, 2016

       We remain available to answer any questions you have concerning the expected testimony of the Government's expert witnesses.

Very truly yours,

PREET BHARARA
United States Attorney

By: _____/s/_____

Andrew J. DeFilippis
Brendan F. Quigley
Negar Tekeei
Assistant United States Attorneys
(212) 637-2231/2190/2482

Enclosures

# Exhibit B

# Toshiba Laptop

- 1B1





# Registry - Windows Logon

Registry Information 

Registry Viewer
Report

## Registry Report

**Microsoft\Windows NT\CurrentVersion\Winlogon**

| Last Written Time | 8/19/2015 10:34:19 UTC |
|---|---|

| Name | Type | Data |
|---|---|---|
| AutoRestartShell | REG_DWORD | 0x00000001 (1) |
| Background | REG_SZ | 0 0 0 |
| CachedLogonsCount | REG_SZ | 10 |
| DebugServerCommand | REG_SZ | no |
| DisableBackButton | REG_DWORD | 0x00000001 (1) |
| EnableSIHostIntegration | REG_DWORD | 0x00000001 (1) |
| ForceUnlockLogon | REG_DWORD | 0x00000000 (0) |
| LegalNoticeCaption | REG_SZ | (value not set) |
| LegalNoticeText | REG_SZ | (value not set) |
| PasswordExpiryWarning | REG_DWORD | 0x00000005 (5) |
| PowerdownAfterShutdown | REG_SZ | 0 |
| PreCreateKnownFolders | REG_SZ | {A520A1A4-1780-4FF6-BD18-167343C5AF16} |
| ReportBootOk | REG_SZ | 1 |
| Shell | REG_SZ | explorer.exe |
| ShellCritical | REG_DWORD | 0x00000000 (0) |
| ShellInfrastructure | REG_SZ | sihost.exe |
| SiHostCritical | REG_DWORD | 0x00000000 (0) |
| Userinit | REG_SZ | C:\Windows\system32\userinit.exe, |
| VMApplet | REG_SZ | SystemPropertiesPerformance.exe /pagefile |
| WinStationsDisabled | REG_SZ | 0 |
| scremoveoption | REG_SZ | 0 |
| ShutdownFlags | REG_DWORD | 0x00000007 (7) |
| EnableFirstLogonAnimation | REG_DWORD | 0x00000001 (1) |
| AutoLogonSID | REG_SZ | S-1-5-32 |
| LastUsedUsername | REG_SZ | (value not set) |
| DisableCad | REG_DWORD | 0x00000001 (1) |
| AutoAdminLogon | REG_SZ | 0 |
| DefaultUserName | REG_SZ | MicrosoftAccount\elgammal44@yahoo.com |
| ShutdownWithoutLogon | REG_SZ | 0 |

| Name | Type | Data |
|---|---|---|
| AutoAdminLogon | REG_SZ | 0 |
| DefaultUserName | REG_SZ | MicrosoftAccount\elgammal44@yahoo.com |
| ShutdownWithoutLogon | REG_SZ | 0 |

# Videos from Toshiba Laptop 1B1

| File Comments: | |
|---|---|
| **Name** | 29798_1_iraq-isis-massacre_wg_480p[1].mp4 |
| **Label** | n/a |
| **Item Number** | 314968 |
| **Extension** | mp4 |
| **Path** | |
| NY0017035_1B1.E01/Basic data partition (4)/TI10700000B [NTFS]/[root]/Windows.old/Users/AHMED/AppData/Local/Microsoft/Windows/INetCache/Low/IE/G092TD8E/29798_1_iraq-isis-massacre_wg_480p[1].mp4 | |
| **File Type** | MPEG 4.0 Video |
| **Physical Size** | 21184512 B |
| **Logical Size** | 21182872 B |
| **MD5 Hash** | 05A013B39CECA55F1230C86B12EB385F |
| **SHA1 Hash** | n/a |
| **SHA256 Hash** | n/a |
| **Created Date** | 2/21/2015 6:44:31 PM (2015-02-21 23:44:31 UTC) |
| **Accessed Date** | 2/21/2015 6:44:31 PM (2015-02-21 23:44:31 UTC) |
| **Modified Date** | 2/21/2015 6:45:30 PM (2015-02-21 23:45:30 UTC) |
| **Exported as** | files\29798_1_iraq-isis-massacre_wg_480p[1].mp4.mpg |

# Videos from Toshiba Laptop 1B1

| File Comments: | |
|---|---|
| **Name** | 10670401_893144887394599_712441214_n[1].mp4 |
| **Label** | n/a |
| **Item Number** | 314592 |
| **Extension** | mp4 |
| **Path** | |
| NY0017035_1B1.E01/Basic data partition (4)/TI10700000B [NTFS]/[root]/Windows.old/Users/AHMED/AppData/Local/Microsoft/Windows/INetCache/Low/IE/CX1AOEDU /10670401_893144887394599_712441214_n[1].mp4 | |
| **File Type** | MPEG 4.0 Video |
| **Physical Size** | 655360 B |
| **Logical Size** | 655000 B |
| **MD5 Hash** | 9C0D6D335DDE4B0DDBCCE43ACB04F965 |
| **SHA1 Hash** | n/a |
| **SHA256 Hash** | n/a |
| **Created Date** | 2/3/2015 2:13:11 AM (2015-02-03 07:13:11 UTC) |
| **Accessed Date** | 2/3/2015 2:13:11 AM (2015-02-03 07:13:11 UTC) |
| **Modified Date** | 2/3/2015 2:13:22 AM (2015-02-03 07:13:22 UTC) |
| **Exported as** | files\10670401_893144887394599_712441214_n[1].mp4.mpg |

# Videos from Toshiba Laptop 1B1

**File Comments:**

| | |
|---|---|
| **Name** | 10673835_1538697966347925_1197342728_n[1].mp4 |
| **Label** | n/a |
| **Item Number** | 315063 |
| **Extension** | mp4 |
| **Path** | |
| | NY0017035_1B1.E01/Basic data partition (4)/TI10700000B [NTFS]/[root]/Windows.old/Users/AHMED/AppData/Local/Microsoft/Windows/INetCache/Low/IE/H6RBVB3G /10673835_1538697966347925_1197342728_n[1].mp4 |
| **File Type** | MPEG 4.0 Video |
| **Physical Size** | 1810432 B |
| **Logical Size** | 1808624 B |
| **MD5 Hash** | FEA9FA90C12FD6FAD7DF86B9170AC4A7 |
| **SHA1 Hash** | n/a |
| **SHA256 Hash** | n/a |
| **Created Date** | 12/24/2014 1:52:07 AM (2014-12-24 06:52:07 UTC) |
| **Accessed Date** | 12/24/2014 1:52:07 AM (2014-12-24 06:52:07 UTC) |
| **Modified Date** | 12/24/2014 1:52:29 AM (2014-12-24 06:52:29 UTC) |
| **Exported as** | files\10673835_1538697966347925_1197342728_n[1].mp4.mpg |

# Videos from Toshiba Laptop 1B1

| File Comments: | |
|---|---|
| **Name** | 10878157_951070228268731_1586355924_n[1].mp4 |
| **Label** | n/a |
| **Item Number** | 314732 |
| **Extension** | mp4 |
| **Path** | |
| NY0017035_1B1.E01/Basic data partition (4)/TI10700000B [NTFS]/[root]/Windows.old/Users/AHMED/AppData/Local/Microsoft/Windows/INetCache/Low/IE/F9EAAAU9 /10878157_951070228268731_1586355924_n[1].mp4 | |
| **File Type** | MPEG 4.0 Video |
| **Physical Size** | 5726208 B |
| **Logical Size** | 5724610 B |
| **MD5 Hash** | 63DD27558ACE85D1260C7E06C7C8759A |
| **SHA1 Hash** | n/a |
| **SHA256 Hash** | n/a |
| **Created Date** | 12/31/2014 6:27:50 PM (2014-12-31 23:27:50 UTC) |
| **Accessed Date** | 12/31/2014 6:27:50 PM (2014-12-31 23:27:50 UTC) |
| **Modified Date** | 12/31/2014 6:30:07 PM (2014-12-31 23:30:07 UTC) |
| **Exported as** | files\10878157_951070228268731_1586355924_n[1].mp4.mpg |

# Videos from Toshiba Laptop 1B1

| **File Comments:** | |
|---|---|
| **Name** | 10909794_395271750632675_1753756572_n[1].mp4 |
| **Label** | n/a |
| **Item Number** | 314855 |
| **Extension** | mp4 |
| **Path** | |
| NY0017035_1B1.E01/Basic data partition (4)/TI10700000B [NTFS]/[root]/Windows.old/Users/AHMED/AppData/Local/Microsoft/Windows/INetCache/Low/IE/FUGDEFEP /10909794_395271750632675_1753756572_n[1].mp4 | |
| **File Type** | MPEG 4.0 Video |
| **Physical Size** | 1142784 B |
| **Logical Size** | 1139342 B |
| **MD5 Hash** | A988DFE6A2C044F783A4DD3D0F20FE03 |
| **SHA1 Hash** | n/a |
| **SHA256 Hash** | n/a |
| **Created Date** | 1/5/2015 2:52:17 AM (2015-01-05 07:52:17 UTC) |
| **Accessed Date** | 1/5/2015 2:52:17 AM (2015-01-05 07:52:17 UTC) |
| **Modified Date** | 1/5/2015 2:52:36 AM (2015-01-05 07:52:36 UTC) |
| **Exported as** | files\10909794_395271750632675_1753756572_n[1].mp4.mpg |

# Videos from Toshiba Laptop 1B1

**File Comments:**

| | |
|---|---|
| **Name** | 10978828_1406829992954151_1928526418_n[1].mp4 |
| **Label** | n/a |
| **Item Number** | 315071 |
| **Extension** | mp4 |
| **Path** | |

NY0017035_1B1.E01/Basic data partition (4)/TI10700000B [NTFS]/[root]/Windows.old/Users/AHMED/AppData/Local/Microsoft/Windows/INetCache/Low/IE/H6RBVB3G /10978828_1406829992954151_1928526418_n[1].mp4

| | |
|---|---|
| **File Type** | MPEG 4.0 Video |
| **Physical Size** | 6004736 B |
| **Logical Size** | 6001492 B |
| **MD5 Hash** | 9DFFE184D85A8EA3574E2C12BB5973FE |
| **SHA1 Hash** | n/a |
| **SHA256 Hash** | n/a |
| **Created Date** | 2/21/2015 11:41:47 PM (2015-02-22 04:41:47 UTC) |
| **Accessed Date** | 2/21/2015 11:41:47 PM (2015-02-22 04:41:47 UTC) |
| **Modified Date** | 2/21/2015 11:42:41 PM (2015-02-22 04:42:41 UTC) |
| **Exported as** | files\10978828_1406829992954151_1928526418_n[1].mp4.mpg |

# iPhone 6 Plus

- 1B2




# iPhone 6 Plus 1B2

| **General** | |
|---|---|
| Apple ID | elgammal44@yahoo.com |
| Last Used ICCID | 89148000001846572609 |
| ICCID | 89148000001846572609 |
| Phone Number | 6236927880 |

# iPhone 6 Plus 1B2

## User Accounts

| # | ☆ | ✖ | 👤 | Name | Username | Password | Service Type |
|---|---|---|---|------|----------|----------|--------------|
| 1 | | | | | elgammal44@yahoo.com | | D9B89E87-A721-454D-8C38-3D1DC0FB1D5B |
| 2 | | | | | elgammal44@yahoo.com | | 42F3901E-3EF7-4763-BA88-F3CE6A80AD90 |
| 3 | | | | | elgammal44@yahoo.com | | 28791330-E32E-41CB-8543-AA29451D8CF7 |
| 4 | | | | | elgammal44@yahoo.com | | 6847419E-6358-4D53-AA35-511DCBA7350A |
| 5 | | | | | elgammal44@yahoo.com | | B69DBCB9-B9EA-4A29-8B94-1209931B924F |
| 6 | | | | | jimmygammal@hotmail.com | | 5E12CB50-5FBE-486B-8E23-F882FC591396 |
| 7 | | | | | elgammal44@yahoo.com | | 0C243118-0E45-4AEA-B340-BAD508DA0CC9 |
| 8 | | | | | elgammal44@yahoo.com | | 503C7A50-0B8E-4EF2-93E5-613FA0C1F5C2 |
| 9 | | | | | | | WhatsApp |
| 10 | | | | | jimmygammal@hotmail.com | | ABC95C8D-86E8-433D-B4B8-09497124FF15 |
| 11 | | | | | elgammal44@yahoo.com | | 171B8BB5-8FE9-40AE-87B4-E86B17D0F73B |
| 12 | | | | | elgammal44@yahoo.com | | E330EC3C-9791-4888-AEA0-786425074B41 |
| 13 | | | | | elgammal44@yahoo.com | | 332F1F5F-0A21-4E09-B686-9228CD700E5B |
| 14 | | | 👤 | Ahmed El gammal | jimmygammal44 | | Skype |
| 15 | | | 👤 | Jammie Gammal | | | Facebook |
| 16 | | | | Jim | +1 623-692-7880 | | Viber |
| 17 | | | 👤 | Jimmy | 16236927880@s.whatsapp.net | 7024dd8e81be3173... | WhatsApp |

# iPhone 6 Plus 1B2

User Accounts



# iPhone 6 Plus 1B2

User Accounts



# iPhone 6 Plus 1B2

User Accounts



# iPhone 6 Plus 1B2

SMS Message Log

| ▬ | ✔ | # | ☆ | ✖ | Timestamp ▲ | Parties | Source |
|---|---|---|---|---|---|---|---|
| ☑ | | 5 | | | 10/8/2014 4:20:31 AM(UTC+0) | +18452839079 | iPhoneRecentsLog |
| ☑ | | 4 | | | 10/8/2014 3:15:34 PM(UTC+0) | +18452839079 | iPhoneRecentsLog |
| ☑ | | 3 | | | 10/8/2014 4:48:24 PM(UTC+0) | +18452839079 | iPhoneRecentsLog |
| ☑ | | 2 | | | 10/9/2014 4:16:48 AM(UTC+0) | +18452839079 | iPhoneRecentsLog |
| ☑ | | 1 | | | 10/24/2014 3:54:16 PM(UTC+0) | +18452839079 | iPhoneRecentsLog |

# iPhone 6 Plus 1B2

Whatsapp Chat Log




# iPhone 6 Plus 1B2

Whatsapp Chat Log





# iPhone 6 Plus 1B2

Tango Chat Log



# iPhone 5C

- 1B4

 

# iPhone 5C 1B4



# iPhone 5C 1B4

| − ✔ | # | ☆ | ✖ | 👤 | Name | Username | Password | Service Type | Organizations | Other Entries |
|---|---|---|---|---|---|---|---|---|---|---|
| ☑ | 1 | | | | | elgammal44@yahoo.com | | 887E0FB8-... | | |
| ☑ | 2 | | | | | elgammal44@yahoo.com | | 1EA395A7-... | | |
| ☑ | 3 | | | | | elgammal44@yahoo.com | | D34D64B0-17F3-45... | | |
| ☑ | 4 | | | | | | 728d5a7c86f7ae12e... | WhatsApp | | |
| ☑ | 5 | | | | | elgammal44@yahoo.com | | 2BEEE2D4-... | | |
| ☑ | 6 | | | | | elgammal44@yahoo.com | | C7169458-... | | |
| ☑ | 7 | | | | | elgammal44@yahoo.com | | 1E861D84-94FF-492... | | |
| ☑ | 8 | | | | | elgammal44@yahoo.com | | 9467B955 ... | | |
| ☑ | 9 | | | | | elgammal44@yahoo.com | | B22FC0C1-4288-4A... | | |
| ☑ | 10 | | | | | elgammal44@yahoo.com | | 65AA69DA-41DC-4... | | |
| ☑ | 11 | | | | | elgammal44@yahoo.com | | 31D2C740-... | | |
| ☑ | 12 | | | | | jimmygammal@hotmail.c... | | 1A0FCA34-7BC9-4F... | | |
| ☑ | 13 | | | | Ahmed | +1 623-692-7880 | | Viber | | Phone '+1 623-692-7880' |
| ☑ | 14 | | | | elgammal44 | elgammal44 | | Yahoo Messenger | | |
| ☑ | 15 | | | 🖼 | Jammie Gammal | | | Facebook | | Facebook user ID '1231043183' email address 'elgammal44@yahoo.com' |
| ☑ | 16 | | | | Jimmy | 16236927880@s.whatsap... | d2ad6c4b486dd354... | WhatsApp | | |

# iPhone 5C 1B4

Call Log

| | # | ☆ | ✹ | 🖿 | Parties | Timestamp ▲ | Duration | Type |
|---|---|---|---|---|---|---|---|---|
| ☑ | 7 | | | | 🔹 8452839079 | 1/6/2015 9:11:02 PM(UTC+0) | 00:00:00 | Missed |
| ☑ | 6 | | | | 🔸 +18452839079 | 1/8/2015 2:10:14 AM(UTC+0) | 00:00:00 | Outgoing |
| ☑ | 5 | | | | 🔸 +18452839079 | 1/8/2015 2:10:22 AM(UTC+0) | 00:07:01 | Outgoing |
| ☑ | 4 | | | | 🔹 8452839079 | 1/13/2015 3:46:28 AM(UTC+0) | 00:00:00 | Missed |
| ☑ | 3 | | | | 🔹 8452839079 | 1/14/2015 9:39:09 PM(UTC+0) | 00:03:25 | Incoming |
| ☑ | 2 | | | | 🔸 8452839079 | 1/15/2015 8:47:57 PM(UTC+0) | 00:00:33 | Outgoing |
| ☑ | 1 | | | | 🔹 8452839079 | 1/15/2015 10:10:15 PM(UTC+0) | 00:04:03 | Incoming |

# iPhone 5C 1B4

Tango Chat





# iPhone 5C 1B4

Tango Chat





# iPhone 5C 1B4

Viber Chat



# iPhone 5C 1B4

Viber Chat



# iPhone 5C 1B4

Whatsapp Chat



# iPhone 5C 1B4

Whatsapp Chat





# iPhone 5C 1B4

Whatsapp Chat



