# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

December 29, 2016

**BY ECF**

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. El Gammal
      15 Cr. 588

Honorable Judge Ramos:

We respectfully request that the Court endorse the enclosed order directing that the Bureau of Prisons (Metropolitan Correctional Center) and the United States Marshal Service accept certain clothing for Mr. El Gammal, Register Number 47198-408, to wear for appearances at his trial commencing on January 9, 2017 and throughout the duration of his trial. We understand that an order is necessary for this clothing to be accepted, so that Mr. El Gammal may be properly attired for trial.

We also request that the Court endorse the enclosed Order authorizing defense counsel's use of laptops for the duration of Mr. El Gammal's trial.

Thank you for your consideration of this request.

Respectfully submitted,

/s/
Habib/Mirón/Shroff
Assistant Federal Defenders

cc:   Government Counsel (by ECF)
      Mr. Ahmed M. El Gammal (by mail)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA :

- v. - : 15 Cr. 588 (ER)

AHMED MOHAMMED EL GAMMAL, :

Defendant. :
------------------------------------------------------------x

Upon the request of defendant Ahmed Mohammed El Gammal, by his counsel Daniel Habib, Esq., Annalisa Mirón, Esq., and Sabrina Shroff, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center-New York, and the United States Marshal Service accept the following clothing for Mr. Ahmed Mohammed El Gammal, Register Number 47198-408, to wear for appearances at his trial commencing on January 9, 2017 and continuing thereafter:

1. at most three sweaters;
2. at most three pairs of slacks;
3. at most four button-down shirts;
4. six pairs of socks;
5. one pair of shoes;
6. one belt; and
7. six undershirts.

Dated: New York, New York
       December    , 2016

**SO ORDERED:**

_____
**HONORABLE EDGARDO RAMOS**
United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL
------------------------------------------------------------x

      The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

      ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned __United States v. Ahmed Mohammed El Gammal_____

_____, No. _15 Cr. 588_

The date(s) for which such authorization is provided is (are) _January 9, 2017 until end of trial_.

| Attorney | Device(s) |
|---|---|
| 1. Annalisa Mirón, Esq., Sabrina Shroff, Esq. | Laptop computers, Connector cables |
| 2. John Lee and Jason Fischer, Litigation Support | Laptop computers, Connector cables |
| 3. Hannah Sotnick, Paralegal, Sarah Howard, Inv( | Laptop computers, Connector cables |

*(Attach Extra Sheet If Needed)*

      The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

      SO ORDERED:

Dated: _____

_____
United States Judge

Revised: February 26, 2014