USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 12/29/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA           :

    - v. -                             :     15 Cr. 588 (ER)

AHMED MOHAMMED EL GAMMAL,          :

    Defendant.                         :
-------------------------------------------------------------x

Upon the request of defendant Ahmed Mohammed El Gammal, by his counsel Daniel Habib, Esq., Annalisa Mirón, Esq., and Sabrina Shroff, Esq., and with good cause shown it is hereby

**ORDERED** that the Bureau of Prisons, the Metropolitan Correctional Center-New York, and the United States Marshal Service accept the following clothing for Mr. Ahmed Mohammed El Gammal, Register Number 47198-408, to wear for appearances at his trial commencing on January 9, 2017 and continuing thereafter:

1. at most three sweaters;
2. at most three pairs of slacks;
3. at most four button-down shirts;
4. six pairs of socks;
5. one pair of shoes;
6. one belt; and
7. six undershirts.

Dated: New York, New York
       December 29, 2016

**SO ORDERED:**

**HONORABLE EDGARDO RAMOS**
United States District Judge