USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 12/29/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

——————————————————————— x

IN THE MATTER OF AN APPLICATION
TO BRING PERSONAL ELECTRONIC DEVICE(S)
OR GENERAL PURPOSE COMPUTING DEVICE(S)
INTO THE COURTHOUSES OF THE
SOUTHERN DISTRICT OF NEW YORK
FOR USE IN A PROCEEDING OR TRIAL

——————————————————————— x

The following Order is subject to the definitions, obligations and restrictions imposed pursuant to Standing Order M10-468, as Revised. Upon submission of written application to this Court, it is hereby

ORDERED that the following attorney(s) are authorized to bring the Personal Electronic Device(s) and/or the General Purpose Computing Device(s) (collectively, "Devices") listed below into the Courthouse for use in a proceeding or trial in the action captioned  United States v. Ahmed Mohammed El Gammal

, No. 15 Cr. 588 .

The date(s) for which such authorization is provided is (are) January 9, 2017 until end of trial .

| Attorney | Device(s) |
| --- | --- |
| 1. Annalisa Mirón, Esq., Sabrina Shroff, Esq. | Laptop computers, Connector cables |
| 2. John Lee and Jason Fischer, Litigation Support | Laptop computers, Connector cables |
| 3. Hannah Sotnick, Paralegal, Sarah Howard, Inv. | Laptop computers, Connector cables |

*(Attach Extra Sheet If Needed)*

The attorney(s) identified in this Order must present a copy of this Order when entering the Courthouse. Bringing any authorized Device(s) into the Courthouse or its Environs constitutes a certification by the attorney that he or she will comply in all respects with the restrictions and obligations set forth in Standing Order M10-468, as Revised.

SO ORDERED:

Dated:  December 29, 2016

_____
United States Judge

Revised: February 26, 2014