**EXHIBIT A**

December 27, 2016

<u>By E-mail</u>
Andrew J. DeFilippis, Esq.
Brendan F. Quigley, Esq.
Negar Tekeei, Esq.
Assistant United States Attorneys
United States Attorney Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

Re:     <u>United States v. Ahmed Mohammed El Gammal, a/k/a "Jammie Gammal,"</u>
15 Cr. 588 (ER)

Dear Counsel:

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, Mr. El Gammal provides the following information regarding anticipated expert witness testimony.

**I.     Prof. Andrew March**

We intend to call Andrew March an expert witness in militant jihadist groups, including the Islamic State of Iraq and the Levant ("ISIL"). Mr. March was previously qualified as an expert on militant jihadist groups in *United States v. Mehanna*, 09 Cr. 10017 (GAO).

Mr. March is an associate professor (Adjunct) of Law at Yale Law School. His detailed biography is available at www.law.yale.edu. His curriculum vitae is attached here. He was also appointed Adjunct Professor of Law at NYU Law to teach Islamic Law.
https://its.law.nyu.edu/facultyprofiles/index.cfm?fuseaction=profile.overview&personid=44591

Mr. March will be called to testify as an expert in the global jihadist movements and the designated foreign terrorist organization, ISIL as well as the Muslim Brotherhood. In particular, he is expected to testify about the principals and customs of Islam, The history, structure, strategic goals, geographic location, and methods and means, including current and historical sources and influences on ISIL's ideology as well the ideology of the Muslim Brotherhood.  In addition, Mr. March will testify about the meaning of certain jargon used by Samy El Goarany including the terms "daesh," "the State," "caliphate," "Sham," and "mujahedeen."

Mr. March may be asked to testify about certain physical evidence the Government will offer at trial, including videos from Samy El Goarany's Facebook page as well as Mr. El

Andrew J. DeFilippis, Esq.                                              December 27, 2016
Brendan F. Quigley, Esq.                                                Page 2
Negar Tekeei, Esq.
Assistant United States Attorneys

      Re:    United States v. Ahmed Mohammed El Gammal, a/k/a "Jammie Gammal,"
            15 Cr. 588 (ER)

Gammal's Facebook so as to explain the significance of those materials and the phrases, images, and symbols contained therein.

Mr. March's experience in this field and his academic writings on these subjects, as extensively detailed in his curriculum vitae, will serves as the bases for his testimony and opinions.

      **II.**    **Arabic Language**

In addition, we expect to elicit testimony from Marwan Abdel Rahman regarding English translations of certain Arabic-language materials, including electronic communications, social media content, documents, e-mails, and recordings, as well as certain aspects of Arabic vernacular, slang terminology, and idioms used in those materials. Mr. Abdel Rahman is a court certified Arabic interpreter and we are in the process of getting his resume for you from Ms. Paula Gold.

                                                           Sincerely,

                                                             ___/s/_____
                                                              Habib/Miron/Shroff
                                                             Counsel for Ahmed Mohammed El Gammal