**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 1, 2017

By ECF/Email
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. El Gammal
      15 Cr. 588 (ER)

Hon. Judge Ramos,

We located summaries of Aboulala's Facebook communications in a prior discovery production and therefore write to withdraw that portion of yesterday's letter. As our chief complaint is with the government's innumerable revisions to its Arabic language exhibits, we nevertheless seek preclusion of the government's new Arabic language expert.

Respectfully submitted,

_____/s/_____
Habib/Shroff/Miron
Assistant Federal Defenders

cc:   Govt counsel
      Mr. Ahmed M. El Gammal, (via mail)