**EXHIBIT A**

```
GadWfloC
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

            v.                           15 Cr. 765 (PAC)

EFRAIN ANTONIO CAMPO FLORES and
FRANQUI FRANCISCO FLORES DE FREITAS,

                                         Conference
              Defendants.
------------------------------x
                                         New York, N.Y.
                                         October 13, 2016
                                         4:00 p.m.
Before:

                HON. PAUL A. CROTTY,

                                         District Judge

                      APPEARANCES

PREET BHARARA
     United States Attorney for the
     Southern District of New York
EMIL J. BOVE III
BRENDAN F. QUIGLEY
     Assistant United States Attorneys

BOIES, SCHILLER & FLEXNER LLP
     Attorneys for Defendant Campo Flores
RANDALL W. JACKSON
JOHN T. ZACH

SIDLEY AUSTIN LLP
     Attorneys for Defendant Flores DeFreitas
DAVID M. RODY
ELIZABETH A. ESPINOSA
MICHAEL D. MANN

ALSO PRESENT:  Mirta Hess
               Selma Marks
               Interpreters (Spanish)
```

1    per defendant?
2            THE COURT:  Oh, no.
3            MR. JACKSON:  That was sort of the clarification, your
4    Honor, because normally when there's two, many of the judges
5    often will have some sort of modification, not ten per person
6    but some other reflection on the fact that there are two
7    defendants.
8            THE COURT:  If you want to submit your views, I
9    haven't done that in the past.
10           MR. JACKSON:  OK.
11           THE COURT:  I've done ten to be shared jointly.  So if
12   you want to submit your views on that, Mr. Jackson and
13   Mr. Rody, I will be happy to consider it.
14           MR. JACKSON:  Appreciate it.
15           THE COURT:  In the past, when I've had multiple
16   defendants, the defendants have shared the ten.
17           MR. JACKSON:  We appreciate that, your Honor.
18           THE COURT:  I haven't gone over the number of ten.
19   We'll have separate challenges as called for in the federal
20   rules for the alternates.
21           Anything else you want to take up, Mr. Jackson?
22           MR. JACKSON:  The very last question, your Honor, and
23   we appreciate all of the Court's rulings that we received
24   yesterday.  One thing that is, I think, slightly outside of
25   that is we were wondering if the Court would set a deadline for

GadWfloC

1   the government to produce, even though we're not going to get
2   early 3500, for us to have clarity as to when they're going to
3   produce the actual exhibits for trial and the 3500 pursuant to
4   the normal schedule.
5            THE COURT:  I thought it was the 28th of October.
6            Right, Mr. Bove?
7            MR. BOVE:  For the 3500 material, yes, your Honor.  We
8   would propose to do the same with respect to exhibits.
9            THE COURT:  All right.
10           MR. JACKSON:  If it's the same for exhibits, your
11  Honor, that's understood.
12           THE COURT:  Yes.
13           MR. JACKSON:  And related to that, your Honor, I would
14  just note we know your Honor the Court ruled against us with
15  regard to our motion for early production of Spanish materials.
16           THE COURT:  Yes.
17           MR. JACKSON:  I just wanted to raise, and I didn't
18  know if the Court could inquire of the defendants before we
19  file the additional motion with regard to the Spanish
20  materials, we've now received expert notice for two Spanish
21  experts.  We think we could avoid the need for any motion on
22  that if the government could confirm to the Court that they
23  intend to have the Spanish experts' expert disclosure, identify
24  what documents and records they each are responsible for so
25  that we know which expert goes with what.  But that's our only,

1  last request, your Honor.
2              THE COURT:  Mr. Bove, do you want to respond?
3              MR. BOVE:  We'll do that by the 28th as well.
4              THE COURT:  OK.
5              Mr. Rody.
6              MR. RODY:  Same issue, your Honor.  Thanks.
7              THE COURT:  Anything else to take up?
8              MR. BOVE:  No, your Honor.
9              THE COURT:  Then let's review the schedule.  Motions
10 *in limine* by Thursday, October 20; responses by Wednesday,
11 October 26.  We'll let you know about the final pretrial
12 conference.  It will be on 11/2 or 11/3, depending upon what we
13 do with the hardship questionnaire.  The trial remains at
14 Monday, November the 7th.  If you have any suggestions on the
15 hardship questionnaire or any additional questions or phrasing
16 you want us to take up or consider, please let us know, and
17 you'll let us know by Monday or Tuesday.
18              Is there anything else?
19              MR. JACKSON:  No.  Thank you very much.  Your Honor.
20              MR. RODY:  Thanks, your Honor.
21              THE COURT:  OK.  Thank you very much.
22              (Adjourned)
23
24
25