

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 2, 2017

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Ahmed Mohammed El Gammal</u>, 15 Cr. 588 (ER)

Dear Judge Ramos:

    Pursuant to the Court's December 29, 2016 ruling granting the Government's motion *in limine* asking that the Court take judicial notice of the Islamic State of Iraq and Levant as a designated foreign terrorist organization, the Government encloses a proposed Order and statement regarding judicial notice.

                                 Respectfully submitted,

                                 PREET BHARARA
                               United States Attorney

                   by:     /s/
                               Andrew DeFilippis
                               Brendan Quigley
                               Negar Tekeei
                               Assistant United States Attorneys
                               (212) 637-2231/2190/2482

Enclosure

cc: Sabrina P. Shroff/Annalisa Mirón/Daniel Habib
    *Counsel for Ahmed Mohammed El Gammal*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

AHMED MOHAMMED EL GAMMAL,
a/k/a "Jammie Gammal,"

Defendant.

**ORDER**

15 Cr. 588 (ER)

(Judicial Notice of Designated Foreign Terrorist Organization)

EDGARDO RAMOS, District Judge:

WHEREAS the United States of America, by Preet Bharara, United States Attorney for the Southern District of New York, Andrew J. DeFilippis, Brendan F. Quigley and Negar Tekeei, Assistant United States Attorneys, of counsel, have requested that the Court take judicial notice at trial of the designation of the Islamic State of Iraq and the Levant—including its aliases the Islamic State of Iraq and al-Sham, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, Al-Furqan Establishment for Media Production, Islamic State, ISIL, and ISIS—as a foreign terrorist organization;

THEREFORE, the Government's motion is GRANTED, and the Court hereby takes judicial notice that:

The Islamic State of Iraq and the Levant—including its aliases

- the Islamic State of Iraq and al-Sham,
- the Islamic State of Iraq and Syria,
- ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham,
- Daesh,
- Dawla al Islamiya,
- Al-Furqan Establishment for Media Production,

- Islamic State,

- ISIL, and

- ISIS

—is a designated foreign terrorist organization, and has been designated a foreign terrorist organization by the United States Secretary of State since October 15, 2004.

SO ORDERED:

_____     _____
HONORABLE EDGARDO RAMOS            Date
UNITED STATES DISTRICT JUDGE