USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 1/3/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- v. -

AHMED MOHAMMED EL GAMMAL,
a/k/a "Jammie Gammal,"

Defendant.

---

**ORDER**

15 Cr. 588 (ER)

(Judicial Notice of Designated Foreign Terrorist Organization)

EDGARDO RAMOS, District Judge:

WHEREAS the United States of America, by Preet Bharara, United States Attorney for the Southern District of New York, Andrew J. DeFilippis, Brendan F. Quigley and Negar Tekeei, Assistant United States Attorneys, of counsel, have requested that the Court take judicial notice at trial of the designation of the Islamic State of Iraq and the Levant—including its aliases the Islamic State of Iraq and al-Sham, the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, Al-Furqan Establishment for Media Production, Islamic State, ISIL, and ISIS—as a foreign terrorist organization;

THEREFORE, the Government's motion is GRANTED, and the Court hereby takes judicial notice that:

The Islamic State of Iraq and the Levant—including its aliases

- the Islamic State of Iraq and al-Sham,
- the Islamic State of Iraq and Syria,
- ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham,
- Daesh,
- Dawla al Islamiya,
- Al-Furqan Establishment for Media Production,

- Islamic State,
- ISIL, and
- ISIS

—is a designated foreign terrorist organization, and has been designated a foreign terrorist organization by the United States Secretary of State since October 15, 2004.

SO ORDERED:

_____
HONORABLE EDGARDO RAMOS
UNITED STATES DISTRICT JUDGE

Jan. 3, 2017
Date