USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1\6\17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

AHMED MOHAMMED EL GAMMAL,

            Defendant.

**ORDER**

15 Cr. 588 (ER)

---

Ramos, D.J.:

On January 6, 2017 this Court held a hearing to address various pretrial motions filed by the parties. For the reasons stated on the record:

- The Court DENIES the Government's Motion to Preclude the Testimony of Josiah Roloff, Doc. 140. The Court GRANTS the Defendant's Motion for Josiah Roloff to testify via closed circuit television, Doc. 135.

- The Court DENIES the Government's Motion to Exclude the Testimony of Andrew March, Aymenn Jawad Al-Tamimi, and Marwan Abdel Rahman, Doc. 130.

- The Court DENIES the Defendant's Motion to Preclude Arabic translations, Doc. 131.

- The Court DENIES in part, GRANTS in part, and DEFERS in part the Government's December 27, 2016 Motions *in Limine*, Doc. 122.

Accordingly, the Clerk of the Court is respectfully directed to terminate the pending motions, Docs. 140, 135, 130, 122.

Additionally, the Clerk of the Court is respectfully directed to terminate the following pending motions, which the Court has previously addressed:

- The Government's Letter Motion regarding proposed trial dates, Doc. 41;
- The Government's Letter Motion regarding exclusion of time, Doc. 47; and
- The Defendant's Letter Motion regarding the length of the trial day, the production of 3500 material, and the Government's notice of expert witnesses, Doc. 123.

SO ORDERED.

Dated: January 6, 2017
New York, New York

_____
Edgardo Ramos, U.S.D.J.