USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1/5/17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

AHMED MOHAMMED EL GAMMAL,

Defendant.

**ORDER**

15 Cr. 588 (ER)

---

Ramos, D.J.:

On December 29, 2016, this Court held a hearing to address various pretrial motions filed by the parties. For the reasons stated on the record:

- The Court DENIES Defendant's Motion for an order suppressing evidence obtained in violation of the Foreign Intelligence Surveillance Act of 1978 ("FISA"), Doc. 61.

- The Court DENIES Defendant's Motion for an order compelling notice and discovery of searches, seizures, and surveillance techniques used in this case, and their legal bases, Doc. 64.

- The Court GRANTS the Government's October 17, 2016 Motion *in Limine* regarding preclusion of any reference to or cross-examination of the fact that certain materials were obtained through searches conducted pursuant to FISA, *see* Doc. 80 at 12-14.

- The Court GRANTS in part and DENIES in part the Government's December 9, 2016 Motions *in Limine*, Doc. 105. The Court previously ruled regarding the admissibility of GX-1000 after the submission of Doc. 105.

- The Court GRANTS in part and DENIES in part the Defendant's December 9, 2016 Motions *in Limine*, Doc. 103, and reserves judgment on whether the Court will withdraw its previous ruling admitting evidence of Defendant's discussion with CC-2 regarding an

AK-47 pending additional argument by the parties regarding the accuracy of the translations.

Accordingly, the Clerk of the Court is respectfully directed to terminate the pending motions, Docs. 61, 64, 103.

SO ORDERED.

Dated: December 30, 2016
       New York, New York

                                            Edgardo Ramos, U.S.D.J.