```
                                                USDC SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
UNITED STATES DISTRICT COURT                    DOC#
SOUTHERN DISTRICT OF NEW YORK                   DATE FILED: 1-18-2017
```

-----------------------------------------------------------x
UNITED STATES OF AMERICA,                   :

   -against-                              :        <u>ORDER</u>

AHMED MOHAMMED EL GAMMAL,                   :        15 Cr. 588 (ER)
               Defendant,            :
-----------------------------------------------------------x

The Subpoena seeking information concerning AT&T Account Number 996578200, regarding telephones with the call number 845-667-2217 and 646-715-6657, has been withdrawn.

IT IS HEREBY ORDERED that New Cingular Wireless d/b/a AT&T, is directed not to provide the information sought by this subpoena.

Dated: New York, New York
        January <u>18</u>, 2017

                                                              SO ORDERED,

                                                              _____
                                                               Edgardo Ramos
                                                               United States District Judge