```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 2/3/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

        - against -

AHMED MOHAMMED EL GAMMAL,

        Defendant.
-------------------------------------------------------x

NOTICE OF COURT CONFERENCE

15-cr-588 (ER)

      A status conference will be held before the Hon. Edgardo Ramos, U.S.D.J. on **February 10, 2017 at 10:30 am** at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, Courtroom 619.

                                              s/ Jazmin Rivera
                                              Jazmin Rivera, Courtroom Deputy

Dated: February 3, 2017
       New York, New York