USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 2/14/2017

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------x
:
UNITED STATES OF AMERICA                  :
:
-against-                          :       **ORDER**
:
:
Ahmed Mohammed El Gammal                  :
:       15 CR 588 (ER)
:       Docket #
------------------------------------------x

_____Edgardo Ramos_____, **DISTRICT JUDGE**:
Judge's Name

The C.J.A. attorney _____Megan Wolfe Benett_____ is hereby ordered to assume representation of the defendant in the above captioned matter.

**SO ORDERED**.

_____
Edgardo Ramos
**UNITED STATES DISTRICT JUDGE**

February 14, 2017
**Dated:** New York, New York