**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :        ORDER
                                    :
                                    :
   Ahmed Mohammed El Gammal         :
                                    :      15 CR 588 (ER)
                                    :        Docket #
------------------------------------x
```

Edgardo Ramos
—————————————————— ,  **DISTRICT JUDGE**:
        Judge's Name

```
The C.J.A. attorney assigned to receive cases on this day,
```

Donald DuBoulay
—————————————————————  is hereby ordered to assume

```
representation of the defendant in the above captioned

matter.
```

**SO ORDERED**.

————————————————————————————————
                Edgardo Ramos
        **UNITED STATES DISTRICT JUDGE**

February 14, 2017
**Dated:   New York, New York**