**Donald D. duBoulay**                     **305 Broadway, Suite 602**
  Attorney at Law                              New York, NY 10007

Telephone: (212) 966-3970
Fax:          (212) 941-7108
E-mail:    dondubesq@aol.com

                                                        February 24, 2017

The Honorable Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York, 10007

             Re: United States v. Ahmad Mohammad El Gammal
                  15 Cr. 588 (ER)

Dear Judge Ramos:

      I write pursuant to the Court's directive after reviewing the case file in this matter to respectfully request that the defendant be allowed an additional sixty days from the signing of the Order to further review the file, consult with the defendant and submit a Rule 29 motion in this case.

      I have consulted with the Government and they consent to this request. The Government would request three weeks to respond to the defense motion.

      If the Court has any questions, I may be reached at (212) 966-3970.

                                                        Respectfully submitted,
                                                         /s/
                                                        Donald D. duBoulay

cc: All counsel (ECF)