

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2017

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: **United States v. Ahmed Mohammed El Gammal,**
     15 Cr. 588 (ER)

Dear Judge Ramos:

  After speaking with defense counsel earlier today, the Government understands that the defense will not be filing any post-trial motions. Accordingly, the parties respectfully request that the Court order a Pre-Sentence Investigation and set a sentencing schedule.

          Respectfully submitted,

          JOON H. KIM
          Acting United States Attorney

      by: _____/s/_____
         Andrew DeFilippis
         Brendan Quigley
         Negar Tekeei
         Assistant United States Attorneys
         (212) 637-2231/2190/2482

cc: Counsel of record (via ECF)