

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #_____
DATE FILED: 12/19/2017

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2017

**By ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Ahmed Mohammed El Gammal,**
             15 Cr. 588 (ER)

Dear Judge Ramos:

    After speaking with defense counsel earlier today, the Government understands that the defense will not be filing any post-trial motions. Accordingly, the parties respectfully request that the Court order a Pre-Sentence Investigation and set a sentencing schedule.

                            Respectfully submitted,

                            JOON H. KIM
                            Acting United States Attorney

            by:      /s/_____
                            Andrew DeFilippis
                            Brendan Quigley
                            Negar Tekeei
                            Assistant United States Attorneys
                            (212) 637-2231/2190/2482

cc: Counsel of record (via ECF)

---

PSI ordered. Sentencing is scheduled for March 22, 2018 at 11:00 am.

The application is ✓ granted
                      ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 12/19/2017
New York, New York