```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              15 Cr. 588 (ER)

 5   AHMED MOHAMMED EL GAMMAL,

 6              Defendant.

 7   ------------------------------x

 8                                              New York, N.Y.
                                                January 20, 2017
 9                                              9:15 a.m.

10
     Before:
11
                       HON. EDGARDO RAMOS,
12
                                              District Judge
13

14                          APPEARANCES

15   PREET BHARARA
          United States Attorney for the
16        Southern District of New York
     BRENDAN F. QUIGLEY
17   NEGAR TEKEEI
     ANDREW J. DeFILIPPIS
18        Assistant United States Attorneys

19   FEDERAL DEFENDERS OF NEW YORK, INC.
          Attorneys for Defendant
20   BY:  SABRINA SHROFF
          ANNALISA MIRÓN
21        DANIEL G. HABIB
```

1              (In open court; jury not present)
2              MR. HABIB:  A few matters, your Honor.  First we're
3     moving pursuant to Rule 29 for a judgment of acquittal on the
4     grounds of insufficiency.
5              MR. QUIGLEY:  Your Honor, we think the government has
6     established a prima facie case certainly to allow the jury to
7     convict the defendant on all counts of the indictment.  So
8     there's a sufficient basis to find that Samy El-Goarany did
9     travel in fact to join ISIS.  There are numerous pictures of
10    him appearing to be in ISIS, social media communications where
11    he indicates that he's in ISIS especially when combined with
12    the expert testimony about the training that ISIS recruits
13    receive.  There's certainly a basis to find that the defendant
14    both aided and abetted and conspired with El-Goarany by helping
15    him get to Turkey and link up with Attiya, and there's a basis
16    to find that the defendant knew what he was doing from the
17    social media communications, from post-travel communications
18    and from various attempts to conceal his actions.  So we think
19    certainly there's a basis for a reasonable jury to find guilt
20    on each and every count.
21             THE COURT:  The application is denied.
22             Mr. Habib?
23             MR. HABIB:  Thank you.  With respect to the objections
24    the government raised as to Defense Exhibits 140AA and 113BB,
25    we don't intend to offer 140AA.

```
H1O3GAM1
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,

4           v.                                15 Cr. 588 (ER)

5  AHMED MOHAMMED EL GAMMAL,

6                Defendant.

7  ------------------------------x

8                                         New York, N.Y.
                                           January 25, 2017
9                                          9:15 a.m.

10
   Before:
11
                    HON. EDGARDO RAMOS,
12
                                           District Judge
13

14                      APPEARANCES

15  PREET BHARARA
         United States Attorney for the
16       Southern District of New York
    BRENDAN F. QUIGLEY
17  NEGAR TEKEEI
    ANDREW J. DeFILIPPIS
18       Assistant United States Attorneys

19  FEDERAL DEFENDERS OF NEW YORK, INC.
         Attorneys for Defendant
20  BY:  SABRINA SHROFF
         ANNALISA MIRÓN
21       DANIEL G. HABIB

1  several text messages back and forth.  So I expect to hear a
2  lot of those conversations again, and there is nothing, I don't
3  see how the defense is prejudiced in any event.
4         But, again, we've gotten the representation it is
5  going to be approximately two hours give or take for the
6  government and we'll take it from there.
7         Anything else?
8         MS. MIRON:  And we also renew our Rule 29 motion.
9         MR. QUIGLEY:  Again, your Honor, for the same reasons
10 we stated at the conclusion of the government's case, we think
11 there is certainly evidence for a reasonable jury to find the
12 defendant's guilt on each and every count of the indictment,
13 there's significant evidence that -- frankly, very strong
14 evidence that Samy El-Goarany joined ISIS, that the defendant
15 assisted him in getting to Turkey and linking up with Attiya,
16 and evidence that the defendant knew what he was doing.
17        THE COURT:  The Rule 29 motion is denied.
18        MS. MIRON:  One last issue, we renew our request that
19 the summary exhibit not be given to the jury.  It is the better
20 practice not to provide the jury with a summary exhibit.  It's
21 not a comprehensive display of the evidence, the government's
22 going to make their arguments and the jury can consider it.
23        THE COURT:  Mr. Quigley.
24        MR. QUIGLEY:  Your Honor, I think the Court
25 appropriately ruled before that the summary exhibits can go