

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 1, 2018

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    **United States v. Ahmed Mohammed El Gammal,**
            15 Cr. 588 (ER)

Dear Judge Ramos:

    The Government writes to respectfully request an adjournment of the sentencing in this case, which is currently scheduled to take place on June 27, 2018, and the corresponding presentence investigation report deadlines by 30 days.  Two of the undersigned Assistant United States Attorneys will be on trial before the Honorable Ronnie Abrams in *United States v. Galanis, et al.*, 16 Cr. 371 (RA), beginning May 22 for approximately four to six weeks, which may conflict with the current sentencing date in this case.  Defense counsel have no objection to this request.

                      Respectfully submitted,

                      GEOFFREY S. BERMAN
                      United States Attorney

        by: _____/s/_____
                  Andrew DeFilippis
                  Brendan Quigley
                  Negar Tekeei
                  Assistant United States Attorneys
                  (212) 637-2231/2190/2482

cc: Counsel of record (via ECF)