

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 5/2/2018

May 1, 2018

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:   **United States v. Ahmed Mohammed El Gammal,**
      15 Cr. 588 (ER)

Dear Judge Ramos:

    The Government writes to respectfully request an adjournment of the sentencing in this case, which is currently scheduled to take place on June 27, 2018, and the corresponding presentence investigation report deadlines by 30 days. Two of the undersigned Assistant United States Attorneys will be on trial before the Honorable Ronnie Abrams in *United States v. Galanis, et al.*, 16 Cr. 371 (RA), beginning May 22 for approximately four to six weeks, which may conflict with the current sentencing date in this case. Defense counsel have no objection to this request.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

by: _____/s/_____
    Andrew DeFilippis
    Brendan Quigley
    Negar Tekeei
    Assistant United States Attorneys
    (212) 637-2231/2190/2482

---

Sentencing is adjourned to Thursday, August 2, 2018 at 10:00 am, and the presentence report deadlines are extended accordingly.

The application is ✓ granted
                    ___ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 5/2/2018
New York, New York