USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: 10/19/2018



**KREINDLER & KREINDLER** LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

October 18, 2018

<u>Via ECF/CM</u>

The Honorable Edgardo Ramos
United States District Court
 for the Southern District of New York
40 Foley Square
New York, NY 10007

> Sentencing is rescheduled to Tuesday, December 18, 2018, at 12:30 p.m.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: 10/19/2018
> New York, New York

Re: *United States v. El Gammal*, 15-cr-588 (S.D.N.Y.) (ER)

Dear Judge Ramos:

This Court scheduled the sentencing for my client Ahmed el-Gammal for Friday Dec. 21, 2018 at 2:30 p.m. I failed to note that I have personal travel plans that conflict with that date. My client very much would like to not further adjourn his sentencing, however. After consulting with counsel for the government, who have no objection to this request, I ask the Court to move Mr. Gammal's sentencing earlier in the week. I understand that Dec. 18, 2018 around 12:00 p.m. (a time when both parties are available), might work for the Court and therefore respectfully request that Mr. Gammal's sentencing be moved to that date.

Respectfully submitted,

/s/ Megan W. Benett
MEGAN WOLFE BENETT, Esq.
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel.: (212) 973-3406
Fax: (212) 972-9432
Email: mbenett@kreindler.com

cc: All counsel of record via ECF/CM

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120