# EXHIBIT B

Re: Ahmed El Gammal

Page 1 of 7

**Michael B. First, M.D.**
**1051 Riverside Drive – Unit 60**
**New York, NY  10032**

Phone: 646-774-7935
Fax: 646-774-7933
e-mail: mbf2@columbia.edu

December 6, 2018

Re : USA v. Ahmed Mohammed El Gammal, 15 CR. 588 (ER)

Megan Benett
Attorney At Law
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY 10017-2703

Dear Ms. Benett:

Mr. Gammal is a 46-year-old male currently incarcerated at the Metropolitan Corrections Center in Manhattan and awaiting sentencing, after having been found guilty on January 30, 2017 of intentionally providing material support or resources to a designated foreign terrorist organization.  Pursuant to your request, I have conducted a forensic evaluation of Mr. Gammal to provide psychological background and context to assist in sentencing.

**Sources of Information**

1) Interviews with Mr. Gammal at MCC on August 23, 2016 (3 hours, 30 minutes) and October 12, 2018 (3 hours 5 minutes)
2) MCC Medical records (September 23, 2015-September 12, 2018)
3) Criminal Complaint (filed August 20, 2015)
4) Criminal Indictment (filed August 27, 2015)
5) E-mail exchanges, January 11,2016-June 16, 2016
6) Facebook Business Records August 14, 2013-January 29, 201

**My Qualifications**

I am a Professor of Clinical Psychiatry at Columbia University in New York, a Research Psychiatrist at the New York State Psychiatric Institute, and an attending at New York-Presbyterian Hospital in New York City.  I obtained my undergraduate degree from

1

Princeton University in 1978 and my Medical Degree from the University of Pittsburgh School of Medicine in 1983. My residency in Psychiatry was at the New York State Psychiatric Institute/Columbia University Department of Psychiatry. I completed a two-year fellowship in Biometrics Research which is a specialty in the diagnosis and assessment of psychiatric disorders. I am Board Certified in Psychiatry. In addition to my research and teaching responsibilities, I maintain a part-time (10-15 hours per week) psychopharmacology and psychotherapy private practice on the Upper West Side of Manhattan. I was the Editor of the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition, Text Revision (DSM-IV-TR) and the editorial and coding consultant for the current edition, DSM-5. The DSM is the American Psychiatric Association's diagnostic manual which provides scientifically-based definitions of mental disorders and is the diagnostic standard for defining mental disorders used by mental health professionals, other health care professionals, administrators, policy makers, lawyers, and judges in the United States and internationally. The manual is 948 pages in length and provides diagnostic criteria for over 250 mental disorders that form the basis for the clinical assessment and treatment of mental disorders. I am the lead author of the Structured Clinical Interview for DSM-5 Disorders (SCID-5) and the Structured Clinical Interview for DSM-5 Personality Disorders (SCID-PD) which are assessment instruments useful in both clinical and research settings for making reliable and valid psychiatric diagnoses. I am also a co-editor of the two volume Psychiatry, 4th edition textbook.

I have had considerable experience doing forensic evaluations on individuals charged with terrorism crimes, including Zacarias Moussaoui (charged with conspiracy in the 9/11 attacks), Abdulrahman El Bahnasawy (charged with plotting a terror attack targeting Times Square and the subway system in New York City), Akayed Ullah (charged with providing material support to foreign terrorist organization and use of a weapon of mass destruction), and Akror Saidakhmetov (charged with providing material support to foreign terrorist organization).

My complete CV is attached.

**Background**

Mr. Gammal was born in Cairo, Egypt and has one younger sister who has two children and has lived in Dubai since 2000. His father, an architectural engineer, died in 1998 of cancer. His mother is a manager of a big insurance company in Cairo. Mr. Gammal brought her to the US two years before his arrest.

Prior to his arrest and incarceration, Mr. Gammal was living in Phoenix Arizona where he had been living since 2005. He grew up in Cairo, Egypt where he finished a Bachelor of Arts degree. He came to the United States in 1997 to attend Cal State Fullerton for a

Re: Ahmed El Gammal

Page 3 of 7

Master's degree in Business Administration.  He reported that he decided to come to the US to get an MBA because he had friends from Egypt who were studying at Cal State Fullerton and that "a Master's degree from a school in California is way more prestigious than a master's in Egypt."  He reported that he ultimately did not finish his Master's degree because "I got busy with life and I got discouraged – things did not go smoothly." Although his original plan was for him to earn his degree and go back to Egypt, he decided to stay in the US after meeting his future wife, whom he met while studying at Fullerton.  He reported that he came to the US on a regular 5-year B1B visa, but that after marrying his wife he became a citizen (although he denied that this was the reason for marrying her).

Mr. Gammal married Celeste Durboand in 2000 after dating for two years.  They got divorced in 2015.  His ex-wife is a behavioral health technician; she is currently working in an outpatient clinic.  He reported that his wife was difficult to live with because she was suffering from a mental disorder and that he and Celeste separated and re-united around 6 or 7 times during their 15 years of marriage and but remain friends.  She continued to live in Mr. Gammal's house in Phoenix with her mother. ("After we left for court, we went to lunch together.") Mr. Gammal reports that they have been in regular contact since his incarceration ("She has been very supportive of me – I'm blessed to have her.").

Mr. Gammal's work experience has been in the business of sales.  His first sales job was at a Pasadena Ford car dealership where he worked for three years.  One of the desk managers became a manager at a Toyota dealership and recruited him to run the used car lot.  During the 2004 real estate boom, Mr. Gammal started working at Capital One mortgage selling mortgages and refinancing.  After about a year at Capital Once, he moved to Phoenix Arizona which is where his mother-in-law lived ("You could get a nice big newly built house in Arizona compared to what you could get in Pasadena. People going there to buy houses for fun and rent them out").  He worked for Ameriquest ("the number two mortgage provider") as a loan officer during the height of the subprime loan boom (2016) for a year until it was suddenly shut down owing to the mortgage crisis.   Mr. Gammal then decided to start his own business, first by finishing processing the loans he had been working on at Ameriquest and then going back into car sales, selling used cars obtained from auctions.  According to Mr. Gammal, "the business grew fast—I was very good at it.".  He expanded the business by adding a body shop and a car dealership.  He then got into importing evaporative coolers from China ("very popular in Arizona") and then started importing towing dollies for automobiles.  He also made arrangements to import ice machines from China, and he was expecting three containers of ice machines and auto dollies at the time of his arrest.

**Political Concerns**

3

Mr. Gammal noted that when he first came to the US, he had "forgot totally what was going on in Egypt." When he left Egypt in 1997, "things were normal." However, when the Arab Spring started happening in 2011 with the removal of the president of Tunisia, he got very excited about the possibility of it happening in Egypt as well ("now we can be like the US"). He started closely following the Arab Spring every day. ("it grew on Facebook – it grew and it became a revolution and finally Mubarak left.  People in the square were posting on Facebook   I read the newsfeeds – and posting it on my page.  I would check my phone all the time--whenever I was bored I would check my phone.  Celeste used to hate that. People would like what I posted.  I was enjoying the likes and the shares.  It gave me a feeling that I was part of it all."  Mr. Gammal reported previously that he had developed a preoccupation with on-line posting on Google Forum during the 2008 presidential election ("I was pro-Obama") but that after the election he stopped posting on-line until the Arab Spring.

Mr. Gammal became especially preoccupied with what was going on Facebook after the coup by the Egyptian Army in 2013.  He proudly reported having over 900 followers of his postings on Facebook and that at the time he spent over 2 hours a night commenting on other people's posts ("In the beginning I was confident that we could defeat the coup.").  In 2013, during his biannual visit to Egypt to see his mother, Mr. Gammal went to Rabat Square where the protests occurred. ("I was hoping I could be part of history but It was evacuated.")  He reported that at this point he began to give up on his hopes for Egypt and then decided that he wanted to get his mother out of Egypt.  (she came to the US in 2014.)

Mr. Gammal first became acquainted with Samy El-Goarany from his YouTube channel, where Samy was considered to be a "personality" with many followers.  Mr. El-Goarany was an Egyptian-American but had never been to Egypt.   According to Mr. Gammal, in 2009 Samy posted a video about racism on his YouTube channel which Mr. Gammal felt to be particularly elegant in its speech but also quite provocative.  Mr. Gammal posted Samy's video on his own YouTube channel, which resulted in Samy getting a wave of bad reviews from Mr. Gammal's followers.  The first actual contact between Mt. Gammal and Samy involved Mr. Gammal sending a message via YouTube to Samy apologizing for the negative responses from his followers.

Mr. Gammal reported that he contacted Samy again around the time of the Arab Spring to ask Samy whether he was supporting the Muslim Brotherhood.  Samy replied that he was much more focused on what was going on in Syria, being anti-Assad, but that he did not like the Muslim Brotherhood, and that right before the coup, he said that they got what they deserved.  However, after the massacre in Rabat Square, his tone was softer and was very compassionate about what happened.

**Religious Background**

4

Mr. Gammal reports that he was never a practicing Muslim while living in Egypt or since coming to the United States.  Although he would celebrate festivals, he was not praying five times a day or fasting on Ramadan ("I consider myself a "social Muslim").  Now that he is in jail, however, he has been practicing Islam with other inmates in order to be less isolated.

**Psychiatric History**

Prior to his brief interactions with psychologists at MCC, Mr. Gammal has never been evaluated or treated by a mental health professional.  He reports, however, having struggled with excessive gambling in the years prior to being incarcerated. His first experience with gambling was when he was working in sales in California, where he was introduced to gambling by the closer at the car dealership.  He and the other sales people would go to the Las Vegas casinos but later started going to the Commerce Casino in California, which was only an hour away.  Eventually he started going every night by himself, sometimes staying all night.  At that point he felt he had developed a gambling problem, which was one of the reasons he decided to move to Arizona.  Within a year of moving, however, he found a casino in Arizona, and reported that he was gambling regularly up to the time he was arrested.  Mr. Gammal described his gambling problem and his tendency for risk taking as follows: "I used to have gambling problem– I would play every day.  I was addicted.   I liked the money, I liked the greed.  All the people sitting at the table are good at making money Overall, I ended up losing.  That is why I stopped.  Even starting my business, I was taking a risk.  They all thought I was crazy.  I'm risky in by business dealings as well, like sending $20,000 to a business prospect I am chatting with whom I didn't know very well.   If you don't take the risk – you will always be a slave."

In 2013, he broke his hip joint in a car accident and was unable to walk for 6 months.  He reported initially being prescribed Percocet and Vicodin (both opioid painkillers) but that then he started buying them on his own, taking 7-8 pills a day ("in the beginning I took them as a pain killer but then continued to take them to make me in a good mood and function better.") Although he denies ever having had a problem with alcohol, he admits to smoking two packs of cigarettes a day and drinking 12 to 14 cans of Red Bull a day.

He has had only two interactions with Psychology at MCC.  On May 24, 2015, he was seen by Psychology due to a staff referral who reported that Mr. Gammal's e-mails stated that he was depressed.  According to the chart note, Mr. El-Gammal denied significant problems with his mood but stated his main stressors at that time were the fact that his trial was postponed from June to September/October and that he was frustrated with his attorney, feeling that she has not been doing what she needs to do. Regarding the emails, Mr. El-Gamma stated that he was "exaggerating some of the email, saying I am depressed to my wife for attention." Mental status examination showed neutral mood with a full range of

appropriate affect.  He was offered supportive therapy but denied a need or interest for any cognitive-behavioral techniques. On November 9, 2017, Mr. El Gammal was again seen by Psychology due to feelings of sadness regarding incarceration and distance from his support system.  Mental status examination showed dysphoric mood with appropriate range of affect and expressed having difficulty sleeping and overeating.  He was offered cognitive-behavioral techniques to address insomnia.

When asked about depression, he stated "I do not know what depression is. I usually thought people who get this stuff are weak.  With me, I never had these types of things – I was always running after something."  He did, however, admit to having a strong tendency to worry about things. ("I am a worried person – I am always worried – I have an itch  I have a habit of shaking my leg  every time when I make a car deal –I like things to be done perfectly.  I cannot relax.  I am always doing something."

**Impression**

In the 24 years since Mr. El Gammal come to the United States, he became thoroughly Americanized, trying to live the American dream.   Religion has played a minor role in his life, being a social Muslim whose connection with Islam is more social than anything else.  Like many of us, he has strong political opinions which he enjoys expressing on social media, as he did during the 2008 Presidential election of Obama, as well as during the unfolding of the Arab Spring.  His preoccupation with the social media during the Arab Spring was his way of continuing to feel involved in Egyptian events and to express his hopes for the establishment of a democracy in Egypt, following the model of the United States.   He clearly derived both excitement and satisfaction by feeling that he was participating in the process in a meaningful way through his posting on Facebook, which were validated by the large number of followers of his postings.

From a psychiatric perspective, there is no evidence that he has ever suffered from a major mental disorder although he has Gambling Disorder and has an addiction to opioids and tobacco.  He does have a number of potentially maladaptive personality traits, such as his craving for excitement and his tendency to act impulsively without taking into consideration potential negative consequences, as evidenced by his ongoing struggles to control his gambling behavior, which may have contributed to his engaging in the behavior for which he was convicted.

It is notable how different Mr. Gammal's profile is from the typical individual who has become affected by the pull of radical Islam.  These individuals tend to be much younger (in their 20's), are strong rigid adherence to the beliefs and practices of Islam, have trouble adapting to the demands of life in the United States, feel unmoored in their lives and thus are susceptible to the call for action by the proponents of radical Islam.  In contrast, Mr.

Re: Ahmed El Gammal

Page 7 of 7

Gammal has made a stable and successful life for himself in the United States, with a thriving business, strong family support, and no more than a cultural interest in the practice of Islam, and thus do not at all fit the typical profile.

Please notify me if you have additional information about this matter that you wish for me to consider.

Very truly yours,

*Michael B. First*

Michael B. First., M.D.
Diplomate, Psychiatry, American Board of Psychiatry & Neurology
Professor of Clinical Psychiatry, Columbia University College of Physicians and Surgeons