# EXHIBIT C



| WORLD | U.S. | N.Y. / REGION | BUSINESS | TECHNOLOGY | SCIENCE | HEALTH | SPORTS | OPINION | ARTS | STYLE | TRAVEL | JOBS | REAL ESTATE | AUTOS |

AFRICA   AMERICAS   ASIA PACIFIC   EUROPE   **MIDDLE EAST**

**June 23, 2014**

**Egyptian Court Convicts 3 Al Jazeera Journalists**

A judge convicts three journalists from Al Jazeera's English-language service of conspiring with the Muslim Brotherhood to broadcast false reports of civil strife in Egypt. The network says the punishment, each sentenced to seven years in prison, defies "logic, sense, and any semblance of justice."

In a potentially embarrassing turn for the Obama administration, the verdict comes a day after Secretary of State John Kerry visits Cairo and declares that President Abdel Fattah el-Sisi, "gave me a very strong sense of his commitment" to "a re-evaluation of human rights legislation."



Journalists from Al Jazeera listening to the verdict on Monday, from left, Peter Greste, Mohamed Fadel Fahmy and Baher Mohamed.   Khaled Desouki/Agence France-Presse — Getty Images

- Related Article
- Sentencing of Journalists in Egypt Draws Condemnation

**June 8, 2014**

**Sisi Sworn In as President and Vows 'Inclusive' Egypt**

Gen. Abdel-Fattah el-Sisi, who gave himself the title field marshal earlier this year and led the military takeover nearly one year ago, is sworn in as president, testing the bet that a new strongman can overcome the economic dysfunction and political polarization that bedeviled Egypt's three-year experiment with democracy.



He won the pro forma presidential election with nearly 97 percent of the vote. Turnout was about 47 percent of eligible voters, far short of what he had sought to prove he had a mandate to lead and less than the 52 percent who voted in the 2012 election won by Mr. Morsi, whom Mr. Sisi overthrew last year. Foreign observers have said the election fell short of international standards.

- International Observers Find Egypt's Presidential Election Fell Short of Standards
- Egypt's New Strongman, Sisi Knows Best
- Citing Pressure and Threats, Egypt's Answer to Jon Stewart Calls It Quits
- At Swearing-In, Ex-General Vows 'Inclusive' Egypt
- General Who Led Takeover of Egypt to Run for President

1

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                                               Feb. 11, 2011

Embezzlement, and His Sons Get 4

A criminal court convicts Mr. Mubarak, who is 86 and living in a military hospital overlooking the Nile, of embezzling millions of dollars of public money for his personal use in private homes and palaces, in a case that rights advocates say could now implicate the current prime minister and spy chief.

He is sentenced to three years in prison. His sons, Gamal and Alaa, are each sentenced to four years for their roles in the embezzlement scheme. The court orders the three to pay penalties and make repayments totaling more than $20 million, apparently in addition to $17 million they have already repaid.

- Related Article
- Timeline on Hosni Mubarak

March 24, 2014

**Hundreds of Egyptians Sentenced to Death**

An Egyptian criminal court sentences 529 people to death after a single session of their mass trial, convicting them of murder for the killing of a police officer in the city of Minya during riots last summer after the ouster of Mr. Morsi.

Legal experts call the case the largest mass trial or conviction in the history of modern Egypt.

Another court in Cairo continues the trial of several journalists for Al Jazeera who have been charged with broadcasting false reports of unrest in Egypt as part of an Islamist conspiracy to bring down the new government.


Relatives of the supporters of Mohamed Morsi, the ousted Egyptian president, reacted to news of the verdict outside the courthouse in Minya.   Agence France-Presse — Getty Images

- Related Article

Jan. 24, 2014

**Deadly Cairo Bomb Attacks Raise Fears of New Insurgency**

Four separate bombings rock Cairo on the eve of the third anniversary of the Arab Spring revolt, killing at least six people, injuring more than 70, and evoking comparisons to Baghdad in a city that for decades has been among the most stable in the Arab world.

The bombs, all targeting the police, appear to trigger spontaneous outpourings of

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                 Feb. 11, 2011



An Egyptian man carried an injured girl at the scene.   Mahmud Khaled/Agence France-Presse — Getty Images

**Jan. 18, 2014**

**Egyptians Vote on New Constitution in Key Referendum**

The military-led government announces that Egyptians backed a charter with an extraordinary 98.1 percent of the vote, raising concern from Secretary of State John Kerry.

The proposed charter is not radically different from the Constitution drafted by an Islamist-led assembly and approved by a margin of almost two to one slightly more than a year ago.

• Related Article



An Egyptian received a ballot for the constitutional referendum at a polling station in Cairo on Tuesday.   Tara Todras-Whitehill for The New York Times

**Dec. 24, 2013**

**Bomb Rips Through Egyptian Police Building**

A powerful bomb rips through a police headquarters north of Cairo, killing at least 15 people. It was Egypt's deadliest bombing since militants began a campaign of assassinations and other attacks against the security services in July, when Mr. Morsi was ousted.

The attack, the second on the headquarters since July, renews doubts about the government's ability to provide security just weeks before millions of Egyptians are expected to vote in a referendum on a draft constitution.

• Related Article



Men inspected the destruction in the Egyptian city of Mansura on Tuesday after a powerful car bomb.   Mahmoud Khaled/Agence France-Presse — Getty Images

3

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                                                    Feb. 11, 2011

court's authority and proclaims himself to be the country's legitimate ruler.

The trial is Mr. Morsi's first public appearance since his removal from office on July 3 and, in a dizzying turn for Egypt, the second criminal trial of a former head of state in less than three years. The trial was soon adjourned until Jan. 8.


Video from Egyptian state television of Mohamed Morsi, the deposed president, in court on Monday. Reuters

- Morsi Calls Trial in Egypt 'Illegitimate,' and Case Is Delayed
- Tahrir Square Sealed Off as Morsi Appears in Court

**Oct. 8, 2013**

### Obama Expected to Reduce Military Aid to Egypt

The Obama administration plans to suspend a substantial portion of American military aid to Egypt, several administration officials say. The decision, which is expected to be announced in the coming days, will hold up the delivery of several types of military hardware to the Egyptian military, these officials said, including tanks, helicopters and fighter jets. But it will not affect aid for counterterrorism operations or for border security issues involving the Sinai Peninsula and Gaza.

- Related Article

**Oct. 6, 2013**

### Mayhem Returns After Surge of Violence

Grim, familiar scenes of violence returned to Egypt on Sunday, with at least 51 people killed and hundreds injured in street clashes across several Egyptian cities.

The next day, foes of the military-appointed government carried out three brazen attacks, killing six soldiers in a drive-by shooting near the Suez Canal, bombing a security building in the tourist-dependent southern Sinai that left at least three police officers dead, and firing grenades at a Cairo compound housing the country's main satellite transmitter.


A wounded supporter of the ousted President Mohamed Morsi was taken for treatment amid clashes in Giza on the anniversary of the 1973 Arab-Israeli war.   Mosaab Elshamy/European Pressphoto Agency

**Sept. 23, 2013**

### Court Bans Muslim Brotherhood

An Egyptian court orders the dissolution of the Muslim Brotherhood and the confiscation of its assets, making it harder for the new military-backed government to fulfill its promises of a new, inclusive democratic process — one that would be open even to Mr. Morsi's Islamist supporters.

Instead, the ruling pushes the Brotherhood back underground, where it was for most of its 85-year history before the 2011 revolution that ousted Hosni Mubarak allowed the group to operate in the open.

- Related Article
- Secret Recordings Reveal Mubarak's Frank Views on a Range of Subjects

4

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                                          Feb. 11, 2011



Mubarak from Tora Prison to the Maadi Military Hospital in Cairo, a day after an Egyptian court ruled that he could no longer be incarcerated.

- Related Article
- Timeline of Mubarak's Political Career
- Egypt Military Enlists Religion to Quell Ranks
- Other Nations Offer a Lesson to Egypt's Military Leaders

Former President Hosni Mubarak of Egypt was escorted Thursday into an ambulance at the Maadi Military Hospital. Reuters

Aug. 20, 2013

### An Egypt Arrest, and a Brotherhood on the Run

The Egyptian police arrest Mohamed Badie, the spiritual leader of the Muslim Brotherhood, a red line the police had never crossed during Mr. Mubarak's own crackdowns on the group.

As Europeans and the United States consider cutting cash aid to Egypt, Saudi Arabia says that it and its allies will make up any reduction — effectively neutralizing the West's main leverage over Cairo.

- Related Article
- Saudi Arabia Promises to Aid Egypt's Regime
- Attacks Rise Against Egypt's Christians
- Cairo Military Firmly Hooked to U.S. Lifeline



A Coptic Christian walked out of the destroyed Church of the Virgin Mary in the village of Nazla, about 70 miles south of the capital, Cairo. After the military invaded two encampments in Cairo last week, killing hundreds of supporters of the deposed president, Mohamed Morsi, the call for revenge raced through the village and echoed from the loudspeakers of mosques. Tara Todras-Whitehill for The New York Times

Aug. 16, 2013

### Blood and Chaos Prevail in Egypt, Testing Control

Thousands of followers of the embattled Muslim Brotherhood march in Cairo to denounce a crushing assault by Egyptian forces on Wednesday, facing police officers authorized to use lethal force if threatened.

The country seems to descend into anarchy as more tha 1,000 people are killed in street battles.

- Related Article
- Working-Class Cairo Neighborhood Tries to Make Sense of a Brutal Day
- Islamists Debate Their Next Move in Tense Cairo
- Attacks on Protesters in Cairo Were Calculated to Provoke, Some Say
- Soldiers Storm a Mosque in Cairo, as Egyptian Leaders Struggle for Order



Mona El-Naggar and Reem Makhoul

5

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                                         Feb. 11, 2011



Courtesy of NBC

President Obama announces that the United States has canceled longstanding joint military exercises with the Egyptian Army set for next month, using one of his few obvious forms of leverage to rebuke Egypt's military-backed government for its brutal crackdown on pro-Morsi supporters.

He expresses outrage at the harrowing scenes this week in Egypt, while taking pains to preserve the American relationship with the Egyptian armed forces, which are underwritten by the vast bulk of the $1.5 billion a year in military and economic aid.

- Related Article
- How American Hopes for a Deal in Egypt Were Undercut
- Ties With Egypt Army Constrain Washington
- Thrust Into Nonstop Turmoil, an Obama Adviser Counsels Pragmatism
- Israel Keeps a Wary Eye on Turmoil in Egypt

Aug. 14, 2013

**Egyptian Forces Storm Pro-Morsi Sit-Ins**

Security forces launch a bloody crackdown on two sit-ins by supporters of Mr. Morsi, setting off waves of violence in the capital and across the country. More than 600 are killed and 3,700 people injured in the the bloodiest day since Mr. Mubarak's ouster. Muslim Brotherhood supporters urge followers to take to the streets the next day.

Mohamed ElBaradei, the interim vice president and a Nobel Prize-winning former diplomat, resigns in protest, as General Sisi declares a one-month state emergency.



Supporters of the ousted president, Mohamed Morsi, tended to the wounded near the Rabaa al-Adawiya mosque in the Nasr City district of Cairo.  Narciso Contreras for The New York Times

- Hundreds Die as Egyptian Forces Attack Islamist Protesters
- Arab Spring Countries Find Peace Is Harder Than Revolution
- U.S. Condemns Crackdown but Announces No Policy Shift
- Assault on Morsi Supporters in Egypt
- Fierce and Swift Raids on Islamists Bring Sirens, Gunfire, Then Screams
- Cameraman for British Network Is Killed in Cairo
- Two Sit-Ins Test New Egyptian Leadership

July 27, 2013

**Crackdown in Egypt Kills Islamists as They Protest**

The Egyptian authorities unleash a ferocious attack on Islamist protesters, killing at least 72 people in the second mass killing of demonstrators in three weeks and the deadliest attack by the

6

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                                                    Feb. 11, 2011

or the chest — suggest that Egypt's security services felt no need to show any restraint.

- Related Article
- A Familiar Role for Muslim Brotherhood: Opposition
- U.S. Balancing Act With Egypt Grows Trickier
- Morsi's Visitors Leave a Mystery on Where He Is



This was the second mass killing of demonstrators in three weeks.  Mohamed Abd El Ghany/Reuters

**July 25, 2013**

**Morsi's Friends and Foes Stage Mass Rallies Across Egypt**

Supporters and opponents of Mr. Morsi turn out in vast dueling demonstrations across Egypt, raising tensions further after a week of violence that left more than a dozen people dead.

Early in the day, a judge orders the deposed president detained for an investigation into accusations that he had conspired with the Palestinian militant group Hamas to escape from prison in 2011.

A day earlier, the Obama administration concludes it is not legally required to determine



Supporters of Egypt's defense minister, Gen. Abdel-Fattah el-Sisi, demonstrated on Friday during a rally in Tahrir Square in Cairo.  Narciso Contreras for The New York Times

whether the Egyptian military engineered a coup d'état in ousting Mr. Morsi, a senior administration official says, a finding that will allow it to continue to funnel $1.5 billion in American aid to Egypt each year.

- Related Article
- Aid to Egypt Can Keep Flowing, Despite Overthrow, White House Decides

**July 16, 2013**

**Egypt's New Government Doesn't Include Muslim Brotherhood**

Adli Mansour, Egypt's interim president, swears in a new cabinet that is dominated by liberal and leftist politicians. Not one of the 34 cabinet members belongs to the Muslim Brotherhood or to any other Islamist party. The cabinet does include three women and three Coptic Christians, making it slightly more diverse, in some respects, than Mr. Morsi's cabinet.

- Related Article
- Images of Latest Deadly Clashes in Cairo



Muslim Brotherhood supporters tried to block the Six October Bridge in Cairo during demonstrations Monday into Tuesday morning.  Mahmoud Khaled/Agence France-Presse — Getty Images

7

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                                           Feb. 11, 2011

**Doubts**

A hypernationalist euphoria unleashed in Egypt by the toppling of Mr. Morsi sweeps up even liberals and leftists who slam any dissenters.

In the turbulent period of military rule after Mr. Mubarak was ousted, many liberals and leftists stood shoulder to shoulder with Islamists to demand that the generals relinquish power to elected civilians. Now the liberals appear to have joined in a public amnesia about the abuses and scandals of that period — the forced virginity tests of female protesters; Coptic Christian demonstrators shot by soldiers or run over with armored vehicles; the videotaped stripping and kicking of a female demonstrator who became known as the Blue Bra Woman.



An image of the military commander who executed the takeover, Gen. Abdel-Fattah el-Sisi, hangs inside a shop in Cairo.  Narciso Contreras for The New York Times

- Related Article
- U.S. Steps Up Public Diplomacy in Egypt Crisis
- Egyptian Leaders Freeze Assets of Morsi Backers

July 10, 2013

**Sudden Improvements in Egypt Suggest a Campaign to Undermine Morsi**

The sudden end of crippling energy shortages and the re-emergence of the police suggest that those opposed to Mr. Morsi had tried to undermine his administration.

The new military-led government accuses Mr. Morsi and his allies in the Muslim Brotherhood of a campaign to incite violence before and after his ouster as president.



Relatives of Christians killed near Luxor, where Muslim mobs invaded Christian homes and set them alight while besieging other Christians in their homes.  Ibrahim Zayed/Associated Press

- Campaign to Hobble Morsi Seen as Life in Egypt Improves
- Egyptian Journalist Was Killed by Army Sniper He Filmed, Family Says
- Egypt's Government Broadens Its Accusations Against Islamists
- Christians Targeted for Retribution in Egypt

July 9, 2013

**Interim Government Seeks Quick Elections**

The military-led interim government enlists internationally recognized figures to serve as its public face and promises swift elections, but introduces a transitional plan that is widely criticized as muddled, authoritarian and rushed.



# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014    Feb. 11, 2011

- Egypt Leaders' Transition Plan Meets With Swift Criticism
- Egypt Is Arena for Influence of Arab Rivals

**July 8, 2013**

### Dozens of Morsi Supporters Are Killed in Cairo Protest

Soldiers and police officers open fire on hundreds of supporters of Mr. Morsi outside the facility where he is believed to be detained, killing at least 54 people and wounding more than 300.

A military spokesman, contradicting dozens of witnesses who say the attack had been unprovoked, says the violence had started when Brotherhood members attacked the officers' club of the Republican Guard.

It is the single deadliest episode of violence since the final days before Mr. Mubarak's ouster.



Supporters of Mohamed Morsi, Egypt's ousted Islamist president, demonstrated outside the Rabaa al-Adawiya mosque in Cairo on Monday.  Yusuf Sayman for The New York Times

- Bloody Day in Unrest Widens the Rupture Among Ordinary Egyptians
- Morsi Spurned Deals, Seeing Military as Tamed
- Islamist Party Backs Out of Negotiations
- U.S. Won't Suspend Aid to Egypt Yet
- New Video Appears to Show How Predawn Raid Unfolded in Cairo

**July 4, 2013**

### Interim President Is Sworn In

Adli Mansour, the chief justice of the Supreme Constitutional Court, is sworn in as acting head of state. The little-known judge says he looks forward to parliamentary and presidential elections that will express the "true will of the people."

At the same time, security forces hold Mr. Morsi incommunicado in an undisclosed location, Islamist broadcast outlets are closed and prosecutors seek the arrest of hundreds of Mr. Morsi's Brotherhood colleagues, in a sign that they have the most to lose in Egypt's latest political convulsion.



Violence and political clashes on the streets of Egypt are rooted in the country's history. Former leaders have had little success creating consensus among disparate groups.  Channon Hodge and Mona El-Naggar

- Related Article
- For Islamists, Dire Lessons on Politics and Power
- Even as Army Seizes Power, Egyptians Claim Revolt as Their Own
- Videos and Twitter Posts on Egypt's Transition
- A Coup? Or Something Else? $1.5 Billion in U.S. Aid Is on the Line

**July 3, 2013**

### Army Ousts Egypt's President; Morsi

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014 — Feb. 11, 2011

Fattah el-Sisi, the Egyptian defense minister, ousts Mr. Morsi, the nation's first freely elected president, suspending the Constitution, installing an interim government and insisting it was responding to the millions of Egyptians who had opposed the Islamist agenda of Mr. Morsi and his allies in the Muslim Brotherhood.



A timeline of four critical days in Egypt as massive street protests on Sunday kicked off a chain of events culminating in the army ousting Egypt's president. *Alyssa Kim and Shayla Harris*

The military intervention, which Mr. Morsi rejects, raises questions about whether the 2011 revolution will fulfill its promise to build a new democracy at the heart of the Arab world.

- Related Article
- Video and Tweets of Updates
- 📹 The Scene in Cairo After Morsi's Ouster
- Military Reasserts Its Allegiance to Its Privileges
- Egyptian Jurist Is Sworn In as Acting Head of State

---

**July 1, 2013**

### Army Issues Ultimatum to Morsi

In a statement read on state television, the head of the Egyptian military, Gen. Abdel Fattah el-Sisi, threatens to intervene in the country's political crisis, warning Mr. Morsi and other politicians that they have 48 hours to respond to an outpouring of popular protests that have included demands for his resignation.

The general says if Mr. Morsi does not take steps to address demands for a more inclusive government, the armed forces will move to impose their "own road map for the future."



People celebrated on Monday after Egypt's top generals gave President Mohamed Morsi 48 hours to respond to a wave of mass protests demanding his ouster. If he did not, they said, the military would impose a "road map" to resolve the political crisis. *Tara Todras-Whitehill for The New York Times*

- Related Article
- Morsi Increasingly Isolated as Supporters Come Under Attack
- Young Activists Rouse Egypt Protests but Leave Next Steps to Public

---

**June 30, 2013**

### By the Millions, Egyptians Seek Morsi's Ouster

Millions of Egyptians stream into the streets of cities across the country to demand the ouster of Mr. Morsi, in an outpouring of anger at the political dominance of his Islamist backers in the Muslim Brotherhood.

Protesters set fire to the headquarters of Mr. Morsi's Muslim Brotherhood movement in Cairo, as clashes break out between Mr. Morsi's opponents



Video shot by Simon Hanna for Ahram Online, an English-language offshoot of a state-owned Cairo newspaper, showed protesters outside the presidential palace in Cairo on Sunday. *Ahram Online*

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                                                    Feb. 11, 2011

- Egypt, Its Streets a Tinderbox, Braces for a Spark
- Video and Images of Anti-Morsi Protests
- Egyptian General Warns Against Violence as Anniversary Approaches

---

**May 2013**

### Egypt's Birthrate Rises as Population Control Policies Vanish

President Mohamed Morsi remains silent about the future of the family planning programs put in place by the government of former President Hosni Mubarak, as the country's birthrate surges to a 20-year high.

Officials have dropped the awareness campaigns of the past, in an early indication of how the Islamist leadership is approaching social policy in the most populous Arab state.

- Related Article



Egyptian men looked down at a massive traffic jam in Attaba, a neighborhood of Cairo. In the two years since Egypt's uprising, the birthrate has risen to the highest levels in two decades, expanding a population that long ago overwhelmed the country's resources, according to preliminary government figures.  Tara Todras-Whitehill for The New York Times

---

**March 2013**

### Egypt Struggles to Revive Ailing Economy

A fuel shortage has helped send food prices soaring. Electricity is blacking out even before the summer. And Egypt is struggling to pay the billions of dollars it owes foreign oil companies.

For months, the government has been negotiating a $4.8 billion loan on fairly easy terms from the International Monetary Fund. The thinking is that if the I.M.F. approved a loan, it could give the government the credibility it needs to unlock billions more dollars in aid and loans. But if a deal is reached, it will probably mean reducing subsidies for energy — a step many fear will incite the public.



Egyptians in a gas line in the city of Luxor.  Tara Todras-Whitehill for The New York Times

In April, Egypt presses to increase the loan size, but discussions are pending and won't start again until October.

- To Back Democracy, U.S. Prepares to Cut $1 Billion From Egypt's Debt
- Egypt Requests $4.8 Billion From I.M.F.
- Short of Money, Egypt Sees Crisis on Fuel and Food
- Egypt's Long-Term Economic Recovery Plan Stalls

---

**Jan. 26, 2013**

### A City in Egypt Erupts in Chaos Over Sentences

A court in Cairo hands down death sentences for 21 of those

11

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                                      Feb. 11, 2011

supporters of both teams, the Egyptian team Al Masry, of Port Said, and players and fans from Al Ahly, of Cairo, kills at least 28 and wounds at least 300.

The rioting is the sharpest challenge yet to the efforts of Egypt's new Islamist rulers to re-establish order after the two years of turmoil.

- Related Article
- Egypt's Leader Declares State of Emergency in Three Cities



A soccer fan in Cairo celebrated after a court on Saturday sentenced 21 people to death for their role in a deadly soccer riot in Port Said last year. Prosecutors had charged the Port Said fans with attacking their Cairo rivals.  Tara Todras-Whitehill for The New York Times

Nov. 29, 2012

**Egyptian Islamists Approve Draft Constitution Despite Objections**

The Islamists drafting Egypt's new constitution vote to approve a charter that human rights groups and international experts say is full of holes and ambiguities. The result will fulfill some of the central demands of the revolution. But it will also give the generals much of the power and privilege they had during the Mubarak era and will reject the demands of ultraconservative Salafis.



The Times's David D. Kirkpatrick discusses the mounting anger in Egypt despite signs that President Mohamed Morsi is retreating from an attempt to vastly expand his power.  Mac William Bishop, Vijai Singh and Channon Hodge

Meanwhile, tens of thousands fill Tahrir Square to protest Mr. Morsi's expansive new powers.

- Related Article

Nov. 22, 2012

**Morsi Seizes New Power**

With a constitutional assembly on the brink of collapse and protesters battling the police in the streets over the slow pace of change, President Mohamed Morsi issues a decree granting himself broad powers above any court as the guardian of Egypt's revolution and uses his new authority to order the retrial of Hosni Mubarak.

The unexpected breadth of the powers he seizes raises immediate fears that he might become a new strongman.

- Related Article



Supporters hail President Mohamed Morsi's move to take new power and retry his predecessor.  Mohamed Abd El Ghany/Reuters

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                                                Feb. 11, 2011

of his powerful defense minister, the army chief of staff and other senior generals.

Mr. Morsi also nullifies a constitutional declaration, issued by the military before he took office, that had gutted the authority of his office. He replaces it with his own declaration, one that gives him broad legislative and executive powers and, potentially, a decisive role in the drafting of Egypt's still-unfinished new constitution.



President Mohamed Morsi, right, accepted the oath of office from his new defense minister, Gen. Abdel Fattah el-Sisi.   Egyptian Presidency, via Associated Press

For his new defense minister, Mr. Morsi chooses the head of military intelligence, Gen. Abdel Fattah el-Sisi, whose name surfaced last year when he acknowledged to Amnesty International that the military had subjected female protesters to "virginity tests." The general defended the policy by saying it was imposed to "protect" soldiers from allegations of rape but said the tests would be stopped.

📊 Changes in Egypt's Top Military Command
• Related Article

**July 2012**

### Military and President Escalate Their Power Struggle

The battle between the Muslim Brotherhood and the military intensifies when Mr. Morsi summons back into session the democratically elected Parliament that the generals had dissolved after a hurried court ruling. Egypt's highest court and generals dismiss the order, but Parliament meets in defiance and votes to appeal the court's decision, creating a chaotic mess of conflicting legal authorities and jurisdictions.

The power struggle reflects dueling claims to Egypt's emerging politics, with each side trying to frame the debate as a contest for ideals, legitimacy and democracy.



Graffiti in Tahrir Square in downtown Cairo, the epicenter of antigovernment protests that led to the ouster of President Hosni Mubarak, depicts members of the former government. From right are Mr. Mubarak; Field Marshal Mohamed Hussein Tantawi, the chairman of the Supreme Council of the Armed Forces who had acted as head of state until last week and will maintain the title of defense minister; Amr Moussa, a former foreign minister and presidential candidate; and the former general and presidential candidate Ahmed Shafik.   Tomas Munita for The New York Times

• Related Article
📊 The Leaders of the Egyptian Military Council
• Judge Helped Egypt's Military to Cement Power

**June 30, 2012**

### Mohamed Morsi of Brotherhood Sworn In as President

Mr. Morsi, of the Muslim Brotherhood, is the winner of Egypt's first competitive presidential election, handing the Islamists both a symbolic triumph and a potent weapon in

13

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                                                      Feb. 11, 2011

lawmaker, is the first Islamist elected as head of an Arab state. He becomes Egypt's fifth president and the first from outside the military. But his victory is an ambiguous milestone in Egypt's promised transition to democracy.

- Related Article
- Egypt's New Leader Spells Out Terms for U.S.-Arab Ties
- Egypt's Islamists Tread Lightly, but Skeptics Squirm



President-elect Mohamed Morsi of the Muslim Brotherhood spoke to hundreds of thousands of supporters in Tahrir Square.   Tomas Munita for The New York Times

**June 15, 2012**

### Egypt's Military Extends Its Power

Egypt's military rulers move to consolidate power on the eve of the presidential runoff election between Mohamed Morsi of the Muslim Brotherhood and Ahmed Shafik, a former prime minister to Mr. Mubarak. They shut down the Islamist-led Parliament, predicated on a court ruling a day before, and seize the sole right to issue laws even after a new head of state takes office. Their charter gives them control of all laws and the national budget, immunity from any oversight and the power to veto a declaration of war.

The military counsel also issues an interim constitution, all but eliminating the president's authority in an apparent effort to guard against a victory by the Muslim Brotherhood.



Protesters gathered in Tahrir Square in Cairo as Egypt's military rulers moved to consolidate power on Friday, the eve of the Egyptian presidential runoff election. The day before, the Supreme Constitutional Court moved to shut down the Islamist-led Parliament, locking out lawmakers and seizing the sole right to issue laws.   Adam Ferguson for The New York Times

- The Leaders of the Egyptian Military Council
- Judge Helped Egypt's Military to Cement Power

**2011**

### Rise in Sexual Assaults in Egypt Sets Off Clash Over Blame

The increase in sexual assaults over the last two years sets off a new battle over who is to blame, and the debate has become a stark and painful illustration of the convulsions racking Egypt as it tries to reinvent itself.

Under Hosni Mubarak, the omnipresent police kept sexual assault out of the public squares and the public eye. But since Mr. Mubarak's exit in 2011, the withdrawal of the security forces has allowed sexual assault to explode into the open, terrorizing Egyptian women.



Women in Cairo's Tahrir Square protested on the second anniversary of the revolution on Jan. 25, 2013.   Mohamed Abd El Ghany/Reuters

14

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous     Next ▶

June 23, 2014                                                                                                  Feb. 11, 2011

**Mandate in Egypt Voting**

After days of clashes between the military and protesters, the first parliamentary elections since the ouster of Mr. Mubarak take place.

The party formed by the Muslim Brotherhood, Egypt's mainstream Islamist group, appears to have taken about 40 percent of the vote, as expected. But a big surprise was the strong showing of ultraconservative Islamists, called Salafis, many of whom see most popular entertainment as sinful and reject women's participation in voting or public life.



As early Egyptian election results reveal a strong showing for Islamists, the country's secular voters react.  Emily B. Hager and Ben Solomon

• Related Article
▶ A New Tune for Egypt's Radical Muslims
• Egypt's Vote Puts Emphasis on Split Over Religious Rule

Feb. 25, 2011

**Military Cracks Down on New Protest**

Tens of thousands of protesters return to Tahrir Square, the site of demonstrations that led to the ouster of Mr. Mubarak, to keep up the pressure on Egypt's military-led transitional government.

But the military leaders, who were seen as popular heroes, made it clear there would be limits to further dissent as soldiers and plainclothes security officers moved into the square, beating protesters and tearing down their tents, witnesses said.



Soldiers prayed on top of a tank during antigovernment protests and Friday Prayer in Tahrir Square.  Carsten Koall/Getty Images

• Related Article

2011

**Egyptians Struggle as Wary Tourists Stay Away**

Tourism begins to plunge. Over the next two years, some tourists start to return, but officials say they are mostly beachgoers rather than the more lucrative cultural tourists.

Tourism provides direct jobs for nearly three million people, critical income to more than 70 industries and 20 percent of the state's foreign currency — now desperately needed to prop up the plummeting Egyptian pound.



Few visitors were at the Temple of Queen Hatshepsut near Luxor.  Tara Todras-Whitehill for The New York Times

• Related Article

15

# Timeline of Turmoil in Egypt From Mubarak and Morsi to Sisi

◀ Previous    Next ▶

June 23, 2014                                                                                                      Feb. 11, 2011



The governing military officers lay out a six-month timetable in which to draft constitutional amendments, submit them to a referendum and elect a new government.

The move comes a day after the military consolidates its power, dissolving the feeble Parliament and suspending the Constitution, and stirring debate about the military's long-term intentions.

- Related Article

The Egyptian military has met with protest organizers to discuss a brisk timetable for electing the country's new leadership.  Rob Harris

---

**Feb. 11, 2011**

**Mubarak Steps Down**

Vice President Omar Suleiman announces that President Hosni Mubarak, 82, has turned over all power to the military, passed all authority to a council of military leaders and named his prime minister, Ahmed Shafiq, to lead the cabinet.

The announcement, which comes after an 18-day revolt led by the young people of Egypt, shatters three decades of political stasis and overturns the established order of the Arab world.

- Related Article
- Photos From the Protests in Egypt
- Mapping the Protests in Cairo, Day by Day
- After Mubarak, What Next?
- Leading Figures in the Transition
- Uncharted Ground After End of Egypt's Regime

David Kirkpatrick and Anthony Shadid report from Cairo on the aftermath of President Mubarak's resignation.  Zena Barakat

Shreeya Sinha and Erin Banco

© 2014 The New York Times Company  |  Site Map  |  Privacy  |  Your Ad Choices  |  Advertise  |  Terms of Sale  |  Terms of Service  |  Work With Us  |  RSS  |  Help  |  Contact Us  |  Site Feedback