EXHIBIT E









