# EXHIBIT F

***English-Language Transcript of Video Interview with Samia Gammal, Mother of Ahmed "Jimmy" el-Gammal, Exhibit F to Dec. 7, 2018 Defense Sentencing Submission, 15-cr-588 (S.D.N.Y.) (ER)***

*Samia Gammal*: In the name of God, the most compassionate, the most merciful.

My dear son, Ahmed, he was born on 12/06/1972, he is my sweetheart and I don't have any other sons just him and his sister, may God protect him. He went to an English school, (Al-Aurouba) Language School. He was always a good example for respect, good heartedness and affection. He's my one and only affectionate son.

Ahmed's father and I took good care of Ahmed and he was a sweet boy, he used to throw parties and invite his friends and his friends were always at our home. Even when he went to college, he threw many parties and liked to enjoy his time with his friends, he had very nice friends who liked him a lot and used to get together either at our home, a club or any other nice place. He was a member of many clubs in Cairo. He's a joyful person full of life and his friends love him because he's lovely, always smiling and a joke-teller. He used to invite his friends over and throw parties for his friends where they ate breakfast, dinner and went to the club. I still see Ahmed as one of the nicest young people I've ever seen. I'm not saying that because he's my son, I swear to God he truly is.

I gave birth to Ahmed in Dokki, Giza. He went to school at the age of 4, he went to (el Auroba) Language School. His grandmother used to live with us and she used to wait for him to come back from school by the school-bus stop. She used to take care of him because I had to go to work. He was such a smart boy and his grandmother was with us and she used to call me at work to let me know he came home safe.

Hamada (Ahmed's nickname) used to spend his time watching soccer games on TV, talking to his friends and his friends were always over. His hobbies were TV, soccer games, games and inviting friends over and going to the club with them but he neither helped me in the kitchen nor kept his room tidy. He used to play with his toys, his room was full of toys and he had a TV. Even when his friends came over, they played games and played with his toys. He never helped me though. I used to entertain them and bring them food, he was a very nice child. Hamada, as I sometimes called him while I called him Ahmed at other times, was very good at school, he never failed at school and had to repeat the year. He was smart, lovely, funny and he loved his friends. His friends used to gather at our home in his room, he used to go out with them to the club, he liked sports, I liked his friends because they were the same as Ahmed was. He was very generous, nice and affectionate.

*Interviewer*: Was he into sports?

*Samia Gammal*: To some extent he was. He used to go to clubs and used to practice children sports. When he grew up, he got into more sports, thank God.

1

*Interviewer*: Did he like books and reading?

*Samia Gammal*: He was not really into books, when he sat in the class listening to his teachers, he grasped all the teacher's explanation. He was ambitious and always wanted to become a businessman as a child and he indeed became a successful businessman. He's a very nice person and has very good ties with his friends and the people he dealt with at work. He indeed became a successful businessman.

Ahmed loved his father and me as well as his sister. I have Ahmed and his sister and both are very nice and sweet. He loved his uncles and aunts, he has 8 uncles and 3 aunts, it's a big family and they all loved Ahmed and pampered him. All his aunts loved him and still love him, they're asking about him and are worried for him. He took good care of me and he was a friend of his father, God rest his soul. I consider him the only one who takes care of me besides his sister, my sweetheart. He only has one sister, thank God he has a big, respectful and well known family, El Gammal family.

His father contracted cancer and Ahmed supported him, we stayed with him in the hospital for a long time until he was done with treatment and recovered, thank God. After his father recovered, Ahmed travelled. After Ahmed travelled, sadly his father got sick again for some time and he passed away, Ahmed didn't know that his father passed away until I told him and he was profoundly sad and we had been through those difficult times. God predetermined it and he did what He wants.

He had a job at a good bank but he insisted on moving to the United States. I was against his decision to quit his job but he insisted to travel and to plan his life accordingly. I couldn't stop him from fulfilling his desire to travel to America, live, work and make a future in it, may God help him.

On one occasion, he threw a nice party for his friends and he hired a singer. He organized it very well and all his friends came to the party as he was in charge of everything including the entertainers.

Ahmed made me travel and he paid for the tickets. I flew 3 times and stayed with him. He helped me get my Social Security Number, my Green Card, my Identification Card and he took me out many times. We went to Las Vegas and Los Angeles and showed me around some beautiful places in the United States. He always paid for my tickets and supported me financially. Glorify the Lord, my son is a splendid son and never let me down and he always wanted me to stay with him. I visited him 3 times and he always wanted me to stay with him but I had to go back to handle some personal matters in Egypt. I intended to visit him and stay with him for 6 months every year. Every time I visited him, I stayed with him for 6 months. Ahmed was in the process of submitting my naturalization application. He really wanted me to become a US citizen but if it wasn't for what happened.

Of course he had friends and he had a girlfriend and he loved her but they broke up a year before he travelled to the United States. He also had friends in the United States, male and female friends and he loves his friends, he's so full of life. His father passed away long time ago, his sister travelled away as well and I became lonely. He was worried about me for being alone especially after retirement. He had me come to live with him in Arizona. I travelled to Ahmed in Phoenix, AZ and I stayed in total more than a year and half over three visits.

Ahmed is very nice, generous, respectful, polite and very kind to the poor, a very good person. He's the one who took care of me and cared for me. I never saw him do anything indecent nor say a bad word. He's very generous. He supported Celeste when she was sick until she recovered. He helped her with her medications, found a job for her and supported her. However, after what happened she had a relapse due to the sadness she felt over what happened to him. Not just Celeste, he would help any person in need of help, he has all the good qualities by which he gets close to God.

Ahmed took me many places. We went to Las Vegas and Los Angeles. He wanted to take me to Canada and we went to New York. We spent lovely days and he fulfilled all my needs and he really took care of me. We took Celeste with us to New York and we went to many nice places in New York.

*(Translator Certification will be provided forthwith).*

3