EXHIBIT G

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | Reg #: | 47198-408 |
| Date of Birth: | ▮▮▮▮▮ | Sex: M    Race:  WHITE | Facility: | NYM |
| Encounter Date: | 11/28/2018 15:38 | Provider:  Singh, Mandeep PA-C | Unit: | E04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT  1**        **Provider:**  Singh, Mandeep PA-C

**Chief Complaint:** Pain

**Subjective:** 45 y/o M presents with c/o pain over his nose ongoing for x4 months. Pt states he has no base at baseline but when something touches the nose such as water when washing his face, blanket, or blowing his nose he has 4/10 pain. Pt sustain nasal bone fracture during an altercation on 06/25/2018. He has had a follow up x-rays which showed non displaced non healed fracture. He was scheduled with plastics on 11/19/2018 which was canceled during to shortage of correctional staff.

**Pain:** Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 11/28/2018 | 15:45 | 77 | Via Machine | | Singh, Mandeep PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 11/28/2018 | 15:45 NYM | 159/96 | Left Arm | Sitting | Adult-regular | Singh, Mandeep PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 11/28/2018 | 15:45 NYM | 99 | Room Air | Singh, Mandeep PA-C |

**Exam Comments**

Gen: A and O x3, NAD
Vitals: Elevated BP noted on multiple visits, will start on BP med.
Nose: + tenderness over the nasal bridge, No visible gross deformities noted, Both nares are patent. neg d/c neg bleed.

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Fracture, Facial Bones, S0292XS - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | amLODIPine Tablet | 11/28/2018 15:38 | 5mg Orally  -   daily x 30 day(s) |
| | **Indication:**  Essential (primary) hypertension | | |

**Disposition:**

Return Immediately if Condition Worsens

**Other:**

Will inform supervisors via email to schedule pt for another day to see the plastics.
HTN: Started Norvasc 5mg qd.

| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
|---|---|---|---|---|---|
| Date of Birth: | ██████ | Sex: | M   Race:   WHITE | Facility: | NYM |
| Encounter Date: | 11/28/2018 15:38 | Provider: | Singh, Mandeep PA-C | Unit: | E04 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 11/28/2018 | Counseling | Access to Care | Singh, Mandeep | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Beaudouin, Robert MD

**Telephone or Verbal order read back and verified.**


Completed by Singh, Mandeep PA-C on 11/28/2018 15:49

Requested to be cosigned by Beaudouin, Robert MD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
| Date of Birth: | ███████ | Sex: | M      Race: WHITE | Facility: | NYM |
| Note Date: | 09/12/2018 08:17 | Provider: | Beaudouin, Robert MD | Unit: | E04 |

Admin Note - Canceled Appt/Trip encounter performed at Health Services.

**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** Beaudouin, Robert MD
>
> PATIENT WAS SCHEDULED FOR  EVAL OF NASAL FRACTURE WITH DR KAUFMAN, ORAL/PLASTIC SURGEON ON 9/11/18.
> HE WAS NOT TAKEN TO HIS APPOINTMENT.   HE WAS PREVIOUSLY  RESCHEDULED FROM 8/28/18 TO 9/11/18.
> I WILL INFORM  NAPHCARE SCHEDULER TO RESCHEDULE THE INMATE.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Beaudouin, Robert MD on 09/12/2018 08:33

3

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
| Date of Birth: | ███████ | Sex: | M   Race: WHITE | Facility: | NYM |
| Note Date: | 08/29/2018 08:24 | Provider: | Beaudouin, Robert MD | Unit: | E04 |

Admin Note - Canceled Appt/Trip encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1          Provider:** Beaudouin, Robert MD

PATIENT HAD AN APPOINTMENT ON 8/28/18 WITH  DR. KAUFMAN FOR EVALUATION AND
TREATMENT OF NASAL FRACTURE. THE TRIP WAS CANCELED BY THE CUSTODY DEPT.
I WILL INFORM NAPHCARE SCHEDULER VIA EMAIL  TO RESCHEDULE THIS APPOINTMENT.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Beaudouin, Robert MD on 08/29/2018 08:28

4

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
| Date of Birth: | ▮▮▮▮▮▮▮ | Sex: | M     Race: WHITE | Facility: | NYM |
| Note Date: | 08/02/2018 10:46 | Provider: | Beaudouin, Robert MD | Unit: | E02 |

Admin Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:**  Beaudouin, Robert MD

8/2/18  FACIAL BONE XRAY: NON-HEALED, NON-DISPLACED RIGHT NASAL BONE FRACTURE.
CONTINUED FOLLOW-UP RECOMMENDED IF THERE IS CONTINUED CLINICAL CONCERN.
WILL REFER PATIENT TO PLASTIC SURGEON FOR EVAL.

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Plastic Surgery | 08/09/2018 | 08/09/2018 | Routine | No | |

**Subtype:**

OFFSITE

**Reason for Request:**

EVALUATION AND TREATMENT.
45 YR OLD MALE  WITH A "NON-HEALED, NON-DISPLACED RIGHT NASAL BONE FRACTURE" ON
7/5/18 AND 8/2/18 XRAY  OF  FACIAL  BONES FROM INJURY SUSTAINED DURING ALTERCATION
WITH ANOTHER INMATE ON 6/25/18.
PLEASE EVALUATE AND TREAT.

**Provisional Diagnosis:**

RIGHT NASAL BONE  FRACTURE.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Beaudouin, Robert MD on 08/02/2018 10:54

5

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | |
|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | Reg #: | 47198-408 |
| Date of Birth: | ███████ | Sex: M    Race: WHITE | Facility: NYM |
| Note Date: | 07/20/2018 09:22 | Provider: Beaudouin, Robert MD | Unit: E05 |

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

> **ADMINISTRATIVE NOTE   1**          **Provider:** Beaudouin, Robert MD
>
> 7/5/18  XRAY OF FACIAL BONES: NON-DISPLACED FRACTURE OF RT NASAL BONE.
> FOLLOW-UP XRAY REQUESTED.

**ASSESSMENTS:**

Fracture, Facial Bones, S0292XS - Current

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Beaudouin, Robert MD on 07/20/2018 09:25

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
| Date of Birth: | | Sex: | M    Race: WHITE | Facility: | NYM |
| Note Date: | 07/15/2018 10:14 | Provider: | Singh, Mandeep PA-C | Unit: | Z05 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

    **ADMINISTRATIVE NOTE   1**      **Provider:** Singh, Mandeep PA-C

    record shows inmate has non displaced nasal fracture. Inmate requested pain medication during this morning round. Inmate was previously recommended to purchase from the commissary but continues to ask for pain medication. He was provided with pain medication at the time of injury and will be provided again this time. Inmate notified to purchase from the commissary in future.

**Renew Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 112805-NYM | Naproxen 500 MG Tab | 07/15/2018 10:14 | Take one tablet (500 MG) by mouth twice daily for 14 days x 7 day(s) |

        **Indication:** Injury, face (unspecified)

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Nasal Bones-3 Views | One Time | | 08/15/2018 | Routine |

    **Specific reason(s) for request (Complaints and findings):**

    f/u for previously noted non displaced nasal bone fracture.

**Other:**

    f/u nasal bone x-rays ordered
    pain medication ordered.

**Disposition:**

    Follow-up at Sick Call as Needed
    Return Immediately if Condition Worsens

**Copay Required:** No        **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes    **By:** Beaudouin, Robert MD
**Telephone or Verbal order read back and verified.**

Completed by Singh, Mandeep PA-C on 07/15/2018 10:17
Requested to be cosigned by Beaudouin, Robert MD.
Cosign documentation will be displayed on the following page.

7

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
| Date of Birth: | ██████ | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/15/2018 10:14 | Provider: | Singh, Mandeep PA-C | Facility: | NYM |

**Cosigned by Beaudouin, Robert MD on 07/16/2018 08:46.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
| Date of Birth: | ■■■■■■■ | Sex: | M      Race: WHITE | Facility: | NYM |
| Note Date: | 06/25/2018 21:42 | Provider: | Singh, Mandeep PA-C | Unit: | Z01 |

Admin Note - General Administrative Note encounter performed at Health Services.

**Administrative Notes:**

   **ADMINISTRATIVE NOTE   1**          **Provider:**  Singh, Mandeep PA-C

   Inmate was followed up at 9:35pm. He was not noted to have active bleeding. He took out the nasal packing from the right nares. He was noted to have ecchymosis in the infraorbital area with focal subconjuctiva hemorrhage on the medial side of the left eye.

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Singh, Mandeep PA-C on 06/25/2018 21:45

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | Reg #: | 47198-408 |
| Date of Birth: | ▆▆▆▆▆ | Sex: M   Race: WHITE | Facility: NYM |
| Encounter Date: | 06/25/2018 20:58 | Provider: Singh, Mandeep PA-C | Unit: Z01 |

Injury Assessment - Non-work related encounter performed at Health Services.

**SUBJECTIVE:**

**INJURY   1       Provider:**  Singh, Mandeep PA-C

> **Date of Injury:**        06/25/2018 19:20           **Date Reported for Treatment:**     06/25/2018 20:57
>
> **Work Related:**     No              **Work Assignment:**     UNASSG
>
> **Pain Location:**     Face
>
> **Pain Scale:**     6
>
> **Pain Qualities:**
>
> **Where Did Injury Happen (Be specific as to location):**
>
> On the tier in front of my cell
>
> **Cause of Injury (Inmate's Statement of how injury occurred):**
>
> I was punched continuously on my face and head. I did not punch back. I blocked by placing my arm
>
> **Symptoms (as reported by inmate):**
>
> Bleeding through the nose.

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/25/2018 | 20:57 | 77 | Via Machine | | Singh, Mandeep PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/25/2018 | 20:57 NYM | 133/97 | Left Arm | Sitting | Adult-large | Singh, Mandeep PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 06/25/2018 | 20:57 NYM | 98 | Room Air | Singh, Mandeep PA-C |

**Exam Comments**

Face: + mild ecchymosis over the left eyebrow 2x0.5cm in size with no swelling or abrasion, laceration.

Left eye: upper eyelid mild swelling, conjunctivitis but no subconjuctiva hemorrhage or anterior chamber bleeding noted. PEERLA, EOMI. Visual acuity 20/50 OD  and OS, 20/40 OU. NO abrasion, laceration noted on the eyelid

Nose: + tenderness, + swelling on the left side of the nasal bone. + bleed from the anterior septum on the left side, scant on the right side with no identifiable source of bleeding. No No septal deviation, abrasion or laceration noted.

Ears: TM normal, no d/c

Pharynx: no active bleeding noted.

**ASSESSMENT:**

Injury, face (unspecified), S0993XS - Current

| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
|---|---|---|---|---|---|
| Date of Birth: | ███████ | Sex: | M   Race:   WHITE | Facility: | NYM |
| Encounter Date: | 06/25/2018 20:58 | Provider: | Singh, Mandeep PA-C | Unit: | Z01 |

## PLAN:

### Renew Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| 111761-NYM | Naproxen 500 MG Tab | 06/25/2018 20:58 | Take one tablet (500 MG) by mouth twice daily for 14 days x 14 day(s) |

**Indication:** Injury, face (unspecified)

### New Radiology Request Orders:

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Facial Bones-Nasal Bones | One Time | | 06/26/2018 | Routine |

**Specific reason(s) for request (Complaints and findings):**

s/p altercation, nasal bleeding and swelling on the left side of the nose. R/o fracture.

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Affected area including face cleaned irrigated
Nasal packing done.
x-rays and NSAID ordered.

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/25/2018 | Counseling | Access to Care | Singh, Mandeep | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes     **By:** Beaudouin, Robert MD

**Telephone or Verbal order read back and verified.**

Completed by Singh, Mandeep PA-C on 06/25/2018 21:11
Requested to be cosigned by Beaudouin, Robert MD.
Cosign documentation will be displayed on the following page.

11

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
| Date of Birth: | ███████ | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/25/2018 20:58 | Provider: | Singh, Mandeep PA-C | Facility: | NYM |

**Cosigned by Beaudouin, Robert MD on 06/29/2018 12:40.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: EL GAMMAL, AHMED MOHAMED | | Reg #: 47198-408 |
| Date of Birth: ███████ | Sex: M   Race: WHITE | Facility: NYM |
| Encounter Date: 05/07/2018 09:51 | Provider: Beaudouin, Robert MD | Unit: E01 |

Physician - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

**COMPLAINT 1**       **Provider:** Beaudouin, Robert MD

**Chief Complaint:** ORTHOPEDIC/RHEUMATOLOGY

**Subjective:** 45 YR OLD MALE WITH COMPLAINT OF  BILATERAL KNEE PAIN FOR PAST 4-5
MONTHS.  STATES THE PAIN STARTS WHILE HE IS IN BED AT NIGHT ,THEN
IMPROVES DURING THE DAY.
DENIES ANTECEDENT TRAUMA OR INJURY TO THE KNEES.
ADMITS HE HAS GAINED 50 LBS OVER THE PAST  3 YEARS.
STATES HE WANTS TO BE CLEARED TO WORK, SO HE CAN  HAVE SOMETHING TO
DO AND INCREASE HIS EXERCISE LEVEL.
 HE DENIES TO BE SUICIDAL.

**Pain:** Not Applicable

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 05/07/2018 | 09:50 | 76 | Via Machine | | Beaudouin, Robert MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 05/07/2018 | 09:50 NYM | 12 | Beaudouin, Robert MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 05/07/2018 | 09:50 NYM | 129/83 | Left Arm | | | Beaudouin, Robert MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 05/07/2018 | 09:50 NYM | 99 | Room Air | Beaudouin, Robert MD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 05/07/2018 | 09:50 NYM | 273.5 | 124.1 | | Beaudouin, Robert MD |

**Exam:**

**General**

**Affect**
Yes: Cooperative

**Appearance**
Yes: Appears Well, Alert and Oriented x 3

No: Appears Distressed, Appears in Pain, Writhing in Pain, Pale, Pallor, Cyanotic, Diaphoretic, Disheveled,
Unkempt, Acutely Ill

**Nutrition**
Yes: Appears Obese

**Pulmonary**

| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
|---|---|---|---|---|---|
| Date of Birth: | ▓▓▓▓▓▓ | Sex: M | Race: WHITE | Facility: | NYM |
| Encounter Date: | 05/07/2018 09:51 | Provider: | Beaudouin, Robert MD | Unit: | E01 |

**Exam:**

**Auscultation**
Yes: Clear to Auscultation

**Cardiovascular**
**Auscultation**
Yes: Regular Rate and Rhythm (RRR), Normal S1 and S2
No: M/R/G

**Musculoskeletal**
**Knee**
Yes: Full Range of Motion, Non-tender on Palpation, Normal Bony Landmarks, Crepitus
No: Swelling, Inflammation, Ecchymosis, Erythema, Effusion, Warm to Touch, Tenderness, Popping, Locking, Trauma

**Neurologic**
**Cranial Nerves (CN)**
Yes: Within Normal Limits

**Motor System-General**
Yes: Normal Exam

**ASSESSMENT:**

Body mass index (BMI) 36.0-36.9, adult, Z6836 - Current

Obesity, E669 - Current

Osteoarthritis of knee, unspecified, M179 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Naproxen Tablet | 05/07/2018 09:51 | TAKE ONE 500 MG TAB Orally - Two Times a Day x 14 day(s) |

**Indication:** Osteoarthritis of knee, unspecified

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC w/diff | One Time | 05/14/2018 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Knee-General [Bi] | One Time | | 05/08/2018 | Routine |

Specific reason(s) for request (Complaints and findings):
45 YR OLD MALE WITH COMPLAINT OF B/L KNEE PAIN, RIGHT > LEFT, X 5 MONTHS. PLEASE PERFORM XRAY OF BOTH KNEES

**Disposition:**

Follow-up at Sick Call as Needed

**Other:**

Patient is 85 lbs overweight. Wt loss urged.

| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
| Date of Birth: | ███████ | Sex: | M   Race:   WHITE | Facility: | NYM |
| Encounter Date: | 05/07/2018 09:51 | Provider: | Beaudouin, Robert MD | Unit: | E01 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 05/07/2018 | Counseling | Diagnosis | Beaudouin, Robert | Verbalizes Understanding |
| 05/07/2018 | Counseling | Weight Loss | Beaudouin, Robert | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Beaudouin, Robert MD on 05/07/2018 10:08

**SENSITIVE BUT UNCLASSIFIED**

# Bureau of Prisons
# Psychology Services
# Referral - self

| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | | Reg #: | 47198-408 |
|---|---|---|---|---|---|---|
| Date of Birth: | | Sex: | M | Facility: NYM | Unit Team: | 5 |
| Date: | 11/09/2017 14:21 | Provider: | Schlessinger, K. PsyD/PhD | | | |

## Comments

Inmate was seen today by psychology extern, Nicole Graham.

Inmate self-referred to psychology due to feelings of sadness regarding incarceration and distance from his support system.  He explained when he was initially incarcerated he had close contact with his family and was keeping busy in the law library doing research for his case.  However, he indicated his wife and mother-in-law have been less emotionally available as they are busy working to uphold financial responsibilities.  Inmate also indicated his mother's cognitive decline due to dementia has become more pervasive and it is difficult for him to speak with her.  He explained he was convicted at trial but his case is going to appeal.  However, he has no knowledge as to when he will go to trial next and therefore has nothing to look forward to.  Inmate noted experiencing feelings of sadness, ruminating thoughts, and difficulty sleeping.

Writer problem-solved with inmate about ways to remain active during the day and discussed cognitive-behavioral and mindfulness techniques to address insomnia.  Inmate was receptive to these ideas and brought a sleep self-help book back to his cell.  Inmate inquired about potential jobs he could get involved with.  This writer informed inmate she would place him on self-help call out and inquire about work-related responsibilities for him.  Inmate was in agreement with this plan.

Current Mental Status: Inmate was alert and oriented. He was polite, calm, and cooperative in demeanor. He exhibited a dysphoric mood with appropriate range of affect. Eye contact and hygiene were appropriate. He spoke with normal rate, tone, and volume. His thoughts were organized and coherent, with no loosening of associations or tangential, circumstantial, or irrelevant content. There was no evidence of perceptual disturbance, delusional ideation, or a formal thought disorder. He did not engage in any bizarre or inappropriate behavior. He expressed having difficulty sleeping and over-eating. Inmate denied recent and current suicidal ideation, planning, and intent. He was future-oriented and expressed a commitment to life and safety, agreeing to contact staff immediately should he experience suicidal ideation or psychological distress. He also denied thoughts of harming others.

Inmate EL GAMMAL was educated about both routine and emergency procedures for contacting Psychology staff. He does not appear to be in  distress at this time. He agreed to contact psychology if he feels he needs psychology services in the future.  He meets criteria for CC1 and does not require scheduled follow up at this time.

Completed by Schlessinger, K. PsyD/PhD on 11/09/2017 15:06

16

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | Reg #: | 47198-408 |
| Date of Birth: | ▇▇▇▇▇▇ | Sex: M   Race: WHITE | Facility: | NYM |
| Encounter Date: | 03/10/2016 13:09 | Provider: Evangelista, C. MLP | Unit: | G07 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

   **COMPLAINT  1**     **Provider:** Evangelista, C. MLP

     **Chief Complaint:** Back Pain
     **Subjective:**     "I have back pains since 2 weeks, could be due to the weather or the mattress after I carry a bucket of water in the unit. Motrin does not work.".
     **Pain:**     Yes
     **Pain Assessment**
       **Date:**     03/10/2016 13:11
       **Location:**     Back-Lower
       **Quality of Pain:**     Aching
       **Pain Scale:**     10
       **Intervention:**     medication
       **Trauma Date/Year:**
       **Injury:**
       **Mechanism:**
       **Onset:**     1-2 Weeks
       **Duration:**     1-2 Weeks
       **Exacerbating Factors:**  carrying load
       **Relieving Factors:**  medication
       **Comments:**

**OBJECTIVE:**

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 03/10/2016 | 13:12 | 83 | | | Evangelista, C. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 03/10/2016 | 13:12 NYM | 119/78 | | | | Evangelista, C. MLP |

**Exam Comments**
   Alert, ambulatory coherent walking in pain, no deformity.

**ASSESSMENT:**

  Backache, unspecified, 724.5 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|

17

| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
| Date of Birth: | ████████ | Sex: | M   Race:   WHITE | Facility: | NYM |
| Encounter Date: | 03/10/2016 13:09 | Provider: | Evangelista, C. MLP | Unit: | G07 |

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Naproxen Tablet | 03/10/2016 13:09 | 500mg Orally  -  Two Times a Day x 5 day(s) |

        **Indication:** Backache, unspecified

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Spine / Lumbar-2 view AP/Lat | One Time | | 03/11/2016 | Routine |

        **Specific reason(s) for request (Complaints and findings):**
            backache

**Disposition:**

    Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 03/10/2016 | Counseling | Access to Care | Evangelista, C. | Verbalizes Understanding |

**Copay Required:** Yes      **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Evangelista, C. MLP on 03/10/2016 13:22

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
|---|---|---|---|---|---|
| Date of Birth: | ████████ | Sex: M | Race: WHITE | Facility: | NYM |
| Encounter Date: | 02/16/2016 10:32 | Provider: Joaquin, Y. MLP | | Unit: | G07 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

  **COMPLAINT  1**      **Provider:** Joaquin, Y. MLP

   **Chief Complaint:** Back Pain
   **Subjective:**   I am getting lower back pain. Before I had pain in my left knee when extending it.
   **Pain:**      Yes
   **Pain Assessment**
    **Date:**              02/16/2016 10:35
    **Location:**          Back-Lower
    **Quality of Pain:**   Aching
    **Pain Scale:**        9
    **Intervention:**      None
    **Trauma Date/Year:**

    **Injury:**
    **Mechanism:**
    **Onset:**             1-2 Days
    **Duration:**          1-2 Days
    **Exacerbating Factors:** Movements.
    **Relieving Factors:**   Do not know.
    **Comments:**

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/16/2016 | 10:37 NYM | 98.3 | 36.8 | Oral | Joaquin, Y. MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/16/2016 | 10:37 | 69 | Via Machine | Regular | Joaquin, Y. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/16/2016 | 10:37 NYM | 133/78 | Right Arm | Sitting | Adult-regular | Joaquin, Y. MLP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/16/2016 | 10:37 NYM | 236.0 | 107.0 | | Joaquin, Y. MLP |

**Exam:**
  **General**
    **Affect**
      Yes: Cooperative
    **Appearance**
      Yes: Appears Well, Alert and Oriented x 3
      No: Appears Distressed, Appears in Pain

| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | Reg #: | 47198-408 |
| Date of Birth: | | Sex: M   Race: WHITE | Facility: | NYM |
| Encounter Date: | 02/16/2016 10:32 | Provider: Joaquin, Y. MLP | Unit: | G07 |

## Exam:

### Exam Comments

Inmate complaining of left lower back pain.

He is able to flex and extend his lower back with some pain.

No tenderness to the palpation. Refers that four years ago had a similar episode on his lower back. His wife used heat pads and felt better with it.

### ASSESSMENT:

Backache, unspecified, 724.5 - Current, Temporary/Acute, Initial

### PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date | Prescriber Order |
|-----|-----------|-----------|-----------------|
| | Ibuprofen Tablet | 02/16/2016 10:32 | 600 mg Orally  every 6 hours PRN x 5 day(s) -- As needed for lower back pain. Take with food. |

**Indication:** Backache, unspecified

**One Time Dose Given:** No

### Disposition:

Follow-up at Sick Call as Needed

### Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|
| 02/16/2016 | Counseling | Access to Care | Joaquin, Y. | Verbalizes Understanding |
| 02/16/2016 | Counseling | Preventive Health | Joaquin, Y. | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** Yes

**Telephone/Verbal Order:**  No

Completed by Joaquin, Y. MLP on 02/16/2016 10:45

Requested to be cosigned by  Beaudouin, Robert MD.

Cosign documentation will be displayed on the following page.

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
| Date of Birth: | ███████ | Sex: | M | Race: | WHITE |
| Encounter Date: | 02/16/2016 10:32 | Provider: | Joaquin, Y. MLP | Facility: | NYM |

**Cosigned by Beaudouin, Robert MD on 02/16/2016 14:28.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

---

| | | | |
|---|---|---|---|
| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | Reg #: 47198-408 |
| Date of Birth: | ▆▆▆▆▆ | Sex: M   Race: WHITE | Facility: NYM |
| Encounter Date: | 10/13/2015 13:18 | Provider: Joaquin, Y. MLP | Unit: G04 |

---

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

    **COMPLAINT  1**    **Provider:** Joaquin, Y. MLP

        **Chief Complaint:** Other Problem
        **Subjective:**  I am getting nasal congestion at night.
        **Pain:**      No

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/13/2015 | 13:20 NYM | 98.4 | 36.9 | Oral | Joaquin, Y. MLP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/13/2015 | 13:20 | 67 | Via Machine | Regular | Joaquin, Y. MLP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/13/2015 | 13:20 NYM | 108/64 | Right Arm | Sitting | Adult-regular | Joaquin, Y. MLP |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 10/13/2015 | 13:20 NYM | 98 | Room Air | Joaquin, Y. MLP |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 10/13/2015 | 13:20 NYM | 230.0 | 104.3 | | Joaquin, Y. MLP |

**Exam:**

    **General**
        **Affect**
            Yes: Cooperative
        **Appearance**
            Yes: Appears Well, Alert and Oriented x 3
            No: Appears Distressed, Appears in Pain
    **Nose**
        **General**
            Yes: Nares Patent, Turbinates Normal, Septum Intact
            No: Anterior Epistaxis, Posterior Epistaxis, Inflamed Turbinates, Mucoid Discharge, Purulent Discharge, Foreign Body, Nasal Polyps

**Exam Comments**

    Patient comes to sick call with history of getting nasal congestion at night when he goes to bed. Refers no nasal congestion if he is walking around. This problem started like 10 days ago.
    Patient refers that he was living in Arizona, and in New York for only 3 weeks.
    Denies fever, nasal discharge or any bleeding from the nose.

---

| Inmate Name: | EL GAMMAL, AHMED MOHAMED | | | Reg #: | 47198-408 |
|---|---|---|---|---|---|
| Date of Birth: | ██████ | Sex: | M   Race:   WHITE | Facility: | NYM |
| Encounter Date: | 10/13/2015 13:18 | Provider: | Joaquin, Y. MLP | Unit: | G04 |

## ASSESSMENT:

Sinus, other disease of nasal cavity and sinuses, 478.19 - Resolved, History/Resolved, Initial

## PLAN:

**OTC REPORTED**

**New OTC:**

| Medication | OTC Source | Start Date | Stop Date |
|---|---|---|---|
| Chlorpheniramine 4 MG Tab | Commissary-Recommended | 10/13/2015 | |

**Order Detail:** 4 mg PO every 6 hours as needed for nasal congestion. PRN

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/13/2015 | Counseling | Access to Care | Joaquin, Y. | Verbalizes Understanding |
| 10/13/2015 | Counseling | Exercise | Joaquin, Y. | Verbalizes Understanding |
| 10/13/2015 | Counseling | Weight Loss | Joaquin, Y. | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:**  Yes
**Telephone/Verbal Order:**  No

Completed by Joaquin, Y. MLP on 10/13/2015 13:33
Requested to be cosigned by  Beaudoin, Robert MD.
Cosign documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Medication Summary
## Historical

| | | | | | |
|---|---|---|---|---|---|
| **Complex:** | NYM--NEW YORK MCC | **Begin Date:** 09/09/2015 | | **End Date:** 09/09/2016 |
| **Inmate:** | EL GAMMAL, AHMED MOHAMED | **Reg #:** 47198-408 | **Quarter:** | E04-530L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                             Denied

## Active Prescriptions

Ibuprofen 600 MG Tab

Take one tablet by mouth every six hours AS NEEDED for lower back pain --take with food

**Rx#:**  91477-NYM      **Doctor:**  Joaquin, Y. MLP

**Start:**  02/16/16      **Exp:** 02/21/16                    **Pharmacy Dispensings:** 20 TAB in 941 days

Naproxen 500 MG Tab

Take one tablet by mouth twice daily as needed for pain with food

**Rx#:**  92098-NYM      **Doctor:**  Evangelista, C. MLP

**Start:**  03/10/16      **Exp:** 03/15/16                    **Pharmacy Dispensings:** 10 TAB in 918 days

Naproxen 500 MG Tab

Take one tablet (500 MG) by mouth twice daily with food

**Rx#:**  93230-NYM      **Doctor:**  Beaudouin, Robert MD

**Start:**  04/25/16      **Exp:** 05/02/16                    **Pharmacy Dispensings:** 14 TAB in 872 days

## Active OTC

| **Medication** | **OTC Source** | **Start Date** | **Stop Date** |
|---|---|---|---|
| Chlorpheniramine 4 MG Tab | Commissary-Recommended | 10/13/2015 | |

    **Order Details:** 4 mg PO every 6 hours as needed for nasal congestion. PRN

```
NYMD8              *      INMATE DISCIPLINE DATA         *      09-13-2018
PAGE 001 OF 001 *    CHRONOLOGICAL DISCIPLINARY RECORD   *      14:42:50


REGISTER NO: 47198-408 NAME..: EL GAMMAL, AHMED MOHAMED
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 09-13-2018


-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2835306 - SANCTIONED INCIDENT DATE/TIME: 04-05-2016 0655
UDC HEARING DATE/TIME: 04-08-2016 1235
FACL/UDC/CHAIRPERSON.: NYM/7/OLIV/HILL
REPORT REMARKS.......: I/M FOUND GUILTY ON THE REPORTING OFFICER REPORT AND I/M
                       OWN ADMISSION.
   397  PHONE ABUSE - NO CIRCUMVENTION - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:    LOSS OF PHONES FOR 30 DAYS
                        START DATE :03-08-16  END DATE:04-08-16
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2774651 - SANCTIONED INCIDENT DATE/TIME: 10-21-2015 1546
UDC HEARING DATE/TIME: 10-27-2015 1715
FACL/UDC/CHAIRPERSON.: NYM/7/OLIV/HILL
REPORT REMARKS.......: FOUND GUILTY OF REFUSING ORDER #307 & INTERFERE W/STAFF
                       DUTIES #299 (MORE LIKE #399)-LP COMM & EMAIL 60 DAYS.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP COMM   / 60 DAYS / CC
        COMP:    LAW:    FOUND GUILTY OF REFUSING ORDER # 307. SANCTIONED
                        60 DAYS LP COMMISSARY 10/27/15 TO 12/25/15.
   399  DISRUPTIVE CONDUCT-MODERATE - FREQ: 1
        LP EMAIL   / 60 DAYS / CC
        COMP:    LAW:    FOUND GUILTY OF INTERFERING W/STAFF DUTIES.SANCTIO
                        NED 30 DAYS LP EMAIL.  10/27/15 TO 12/25/15.
```

```
G0005       TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```