# Exhibit I

Jimmy Gammal
Metropolitan Correctional Center
150 Park Row
New York, NY 10007

Hon. Edgardo Ramos
United States District Court
  for the Southern District of New York
40 Foley Square
New York, NY 10007

December 17, 208

     After waiting for over three years, I am finally able to write to you to let you know about myself and who I am.

     I am 46 years old, am a very hard working person, a workaholic, a very kind person, and a very proud American.  I feel blessed for being an American; I love the people and the beautiful nature of my country – the mountains, canyons, lakes and the beautiful landscape.  I am also proud of our freedoms, rights and democracy.  That's why I always participated in every election by casting my vote, and even volunteered in the last presidential election before being arrested.  I did work 3 days at the polling station – two days to prepare the place with signs and booths, etc., and worked the whole election day.  I was so happy to be part of that day.  I wanted to experience this privilege and right first hand.  I also hoped that this type of liberty and democracy be adopted in Egypt after the 2011 Revolution.  But, sadly, it was a short lived period of democracy that ended with a brutal military coup and the suppressing of news outlets and reporters, and only promoting mass media propaganda in favor of the coup.  I hated to see my own mom fall victim for such propaganda and I did everything I could to bring my mom to join me in America; to show her the difference between Egypt and our true liberties and rights, qualities and the ethics of America, I wanted to impress her.  I managed to finalize her immigration papers and planned several trips for her once she arrived on October 2014; trips to Niagara Falls, New York City, Las Vegas, and California.  I felt so happy that I will be finally reunited with my mom and that she will live with me permanently in America.  I even had plans to get her help/work with me in my small business.

     Judge Ramos, I am also a hard working person with 15 years plus experience in sales, automotive and mortgage loans.  I excelled in both fields and was always one of the top producers achieving so many rewards like watches, etc.  Shortly after relocating to Phoenix in 2005, I started my own business and was running two successful businesses right before my arrest.  I utilized my experience in the automotive field and started Cars R Us Company, which had 4 to 6 employees, and in 2013 I expanded my business by importing evaporative cooling machines, automotive equipment and other products from China.

     Judge Ramos, I love my family so much.  My mom (Samia), my mother-in-law (Cherie), my wife (Celeste) and my sister (Aliaa).  I am always worried about them and the sadness and the stress I inflicted on them which affected their health dramatically.

     I met my lovely wife Celeste in 1998 in California; a young beautiful Cali girl full of life and happiness.  I fell in love with her but like lots of young people at the time she had a

problem with drug dependency.  I tried my best to assist her end the dependency and get the treatment she needed.  We then got married in 2000 in Las Vegas.  We travelled to Hawaii for our first honeymoon.  We then travelled again in 2004.  At our early years of our marriage, I was working so hard to provide a good quality of life for us, which at times made Celeste depressed due to me spending so much time working, and that's maybe kept her on and off of her dependency until finally we defeated the habit in 2003 for good.  I also helped my wife Celeste go back to school in 2003 so she can finish and earn her bachelor degree in psychology.

In 2005 my wife Celeste suggested that we should relocate to Phoenix, Arizona, where her mother Cherie had moved in 2004.  I was working in the mortgage field at the time after several of my managers in the automotive field shifted careers to the mortgage banking field. They convinced me that I will be very successful in that field, which I did.  I was facing a tough choice – to to leave my life in California, my friends, my very good job and the city of Pasadena, or to move for my family.  I chose my family, and to leave all of that behind and relocate to Phoenix in 2005. I started working for Ameriquest, a prestigious (and the largest) mortgage lender in the nation at the time.  But sadly the mortgage/real estate crash was beginning by late 2006 and Ameriquest branches nationwide were shut down.  I then with the help of my loving family decided to start my own business.  My supportive mother in law helped me with monetary funds to start my business and on and off she helped me by working in my business.  I owe my kind wife Celeste also, as she provided me with the emotional support that helped me be successful at my business.  I will never forget how she helped me greatly when I had a very limited mobility due to a car accident in 2013.  She helped me with all my daily activity like assisting me getting in and out of her car to drive me around to oversee my business.

Celeste and I loved to travel and have road trips. We traveled to Las Vegas several times every year.  We also traveled to Oregon, Seattle, California, Flagstaff, Sedona, Prescott and the Grand Canyon.  We also liked to volunteer for different causes like Habitat for Humanity.

My mom supported and provided for me all her life and paid for my private education, and helped me financially in my early years in the U.S.  She worked hard from the time she was 20 years to provide for me and my sister and from her I learned to work hard and be dedicated to what I do.  My mom Samia was our new member of my U.S. family after her arrival on October 21, 2014 to Phoenix.  I love my family and owe lots to them, I feel deeply sorry for what I caused them, this nightmare experience has affected everyone so much on every level: health, financially, physically and mentally.

Judge Ramos, I learned very important lessons from all of this.  My attorneys tell me that because they are filing an appeal I should not discuss the facts about the case.  But what I can say is that I am sorry to anyone who was hurt by this case – my family, the court, the people of the United States and the family of Samy el Goarany.  I know how important and strong is the love between a mother and her son and I am pained when I think of what Samy's mother has suffered.

Judge Ramos, I have spent 40 long and harsh months in the MCC around people who are very different from me, mostly gang members who are dangerous and violent.  I ended up with a broken nose when a gang member assaulted me.  Although I tried to avoid the trouble on a daily basis, but still the trouble can come to you even when you try to avoid it here in

MCC.  This is a very crowded place, tiny space, and it is almost a miracle not getting in drama daily, and you have to ignore different types of abuse while trying to do the normal daily things like getting on the phone, computer, or trying to get some hot water.  All of this took a significant toll on me.  I turned inward to suppress my sadness and grief and I stay in my cell as much as possible to avoid trouble here.  As a result, my health has deteriorated severely in MCC from high blood pressure to dental problems and weight gain – I have put on 80 pounds – which has contributed to my hip and joint problems.

For over three years I have had the time to reflect on how I have gotten to this place, on the pain that Samy's family has suffered, on the sadness my mother and sister, Celeste and her mother have experienced.  I owe my family a lot and I have lots of work ahead to try to compensate them on what I caused them.  Though it has been hard, I have tried to focus on helping those around me, and to plan on how I will continue to emphasize the positive in my life – how I can reenter the work force, return to charity efforts like Habitat for Humanity and how I can repair the damage caused by this case.  If I am returned to my family, who have carried me through this case and who will carry me upon my release, I am committed to being a positive citizen, neighbor, friend, son, brother and partner.  I ask you to show me generosity, mercy and forgiveness and I promise that when I am released I will not let you down, Judge Ramos.

Jimmy Gammal