# EXHIBIT K

August 1, 2018

The Honorable Edgardo Ramos

United States District Judge

40 Foley Square

New York, New York 10011

Dear Your Honor Ramos;

My name is Cherie Dubrow. I am a cashier at a local casino here in Glendale, Arizona. I have known Ahmed "Jimmy" el Gammal since 1998. He and my daughter, Celeste began dating, eventually marrying in 2000. Though they divorced in 2015, Jimmy and I still have a very close relationship. I feel that I know him very well, as he lived in my home for about 4 years, at various times and locations.

When I first met him, he was an attendant at a convenience store. Within about a year he had moved up to a very successful salesman at a large Ford dealership in Pasadena, California. He won several awards while there for his sales and service abilities.

When he relocated to Arizona he again worked at a large Ford dealership in Peoria, AZ, where again he won several awards. In 2005 he started his own business, CarsRUs. Buying, fixing, and selling vehicles. In addition, he bought and sold evaporative coolers.

Jimmy and I had several business dealings over the years. When he started his own business, I loaned him money. He repaid me well before the agreed upon time, and a higher than agreed upon amount. At times I needed his help and he loaned me money. I can always count on Jim.

Please don't misunderstand, Jim and I could and did get into some "lively" discussions over the years. Not all ended amicably. But all ended with respect and appreciation for the other opinion. Since English is not his first language, I would often have to explain how something he said to someone was incorrect due to his grammar. He would often get frustrated with our language due to the numerous meanings and definitions.

Jim is also very interested in our political system and how it all works. He would get into lively discussions with anyone to try to understand their views and opinions. He was very excited the first time he got to vote, and in fact worked at the polling places of a couple of elections.

In 2009 the company that I worked for went out of business. Jim never skipped a beat, having me come to work with him at his business, CarRUs. He taught me where to go for his parts and supplies, and had me run errands. He would always find an excuse to give me money at the end of the day. He also taught me about his cooler business and I would often be the point of contact for buyers when he could not be there.

I believe Jim to be honest, caring, passionate, trustworthy, dependable, and sometimes cheap. He would often only put $10.00 worth of gas to go run errands and would have to refill as he went instead of starting with a full tank.

Through all of the years, Jim has always been supportive of Celeste, myself, and our family. Both financially, emotionally and personally. Especially with Celeste. She has gone through some very difficult times for a very long time and Jim has remained by her side even though their relationship as husband and wife was long over, and in the face of harsh criticism. For several years Jim has continued to look out for and support Celeste. She has had some very challenging times with mental illness, which can be difficult at best  I am not proud to admit that I did not offer the support, to the extent that Jim did, to Celeste during her rough times. She frequently chose to take out her issues on me and I would refuse to deal with her. Jim always came to her defense and would intervene on her behalf. Often settling the issue. He would support her when she lost jobs due to her mental health issues, before they were properly diagnosed. I cannot stress how significant the effort and time he put into Celeste's well-being has been. He is her strongest champion.

My opinion has not changed with this conviction.


Sincerely,

Cherie Dubrow