# EXHIBIT L





























