Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

Southern _____ District of New York _____

Caption:

United States _____
v.

El Gammal _____

Docket No.: 1:15-cr-00588-ER _____

Hon. Edgardo Ramos _____
(District Court Judge)

Notice is hereby given that Defendant Ahmed Mohammed El Gammal appeals to the United States Court of

Appeals for the Second Circuit from the judgment [✓], other | _____
(specify)

entered in this action on 02/07/2019 _____.
(date)

This appeal concerns: Conviction only |___| Sentence only |___| Conviction & Sentence |✓| Other |___|

Defendant found guilty by plea |  | trial |✓| N/A |  .

Offense occurred after November 1, 1987?  Yes |✓| No |  N/A |

Date of sentence: 12/18/2018 _____  N/A |___|

Bail/Jail Disposition: Committed |___| Not committed |  | N/A |

Appellant is represented by counsel?  Yes ✓ | No |  If yes, provide the following information:

Defendant's Counsel:  Megan W. Benett _____

Counsel's Address:  750 Third Avenue, 32nd Floor _____

New York, NY 10017 _____

Counsel's Phone:  (212) 973-3406 _____

Assistant U.S. Attorney:  AUSA Andrew J. DeFilippis _____

AUSA's Address:  One St. Andrew's Plaza _____

New York, NY 10007 _____

AUSA's Phone:  (212) 637-2231 _____

Signature