Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

RECEIVED
19 FEB 20 PM 7:29
US DISTRICT COURT
S.D.N.Y.

United States District Court

Southern District of New York

Caption:

United States v.

El Gammal

Docket No.: 1:15-cr-00588-ER

Hon. Edgardo Ramos
(District Court Judge)

Notice is hereby given that _Defendant Ahmed Mohammed El Gammal_ appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other ☐ _____ (specify)
entered in this action on 02/07/2019
(date)

This appeal concerns: Conviction only ☐   Sentence only ☐   Conviction & Sentence ✓   Other ☐

Defendant found guilty by plea ☐   | trial | ✓   | N/A |

Offense occurred after November 1, 1987? Yes ✓   No ☐   N/A ☐

Date of sentence: 12/18/2018   N/A ☐

Bail/Jail Disposition: Committed ✓   Not committed ☐   N/A ☐

Appellant is represented by counsel? Yes ✓   No ☐   If yes, provide the following information:

Defendant's Counsel: Megan W. Benett

Counsel's Address: 750 Third Avenue, 32nd Floor
New York, NY 10017

Counsel's Phone: (212) 973-3406

Assistant U.S. Attorney: AUSA Andrew J. DeFilippis

AUSA's Address: One St. Andrew's Plaza
New York, NY 10007

AUSA's Phone: (212) 637-2231

_[signature]_
Signature



**KREINDLER & KREINDLER** LLP

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

RECEIVED
19 FEB 20 PM 7:29
U.S. DISTRICT COURT
S.D.N.Y.

February 20, 2019

<u>Via Hand Delivery</u>
Ms. Ruby J. Krajick
Clerk of the Court
United States District Court
 for the Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *United States v. El Gammal*, 15-cr-588 (S.D.N.Y.) (ER)

Dear Ms. Krajick:

Enclosed is a Notice of Appeal in the above-captioned criminal case. On the basis of a previously submitted financial affidavit, the defendant, Ahmed el-Gammal was determined to qualify for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and therefore should qualify for *in forma pauperis* status for purposes of the appeal filing fee. Please let us know if you have any questions.

Respectfully submitted,

/s/ Megan W. Benett
MEGAN WOLFE BENETT, Esq.
750 Third Avenue, 32nd Floor
New York, New York 10017
Tel.:   (212) 973-3406
Fax:   (212) 972-9432
Email: mbenett@kreindler.com

cc: Ahmed el-Gammal

---

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
855 Boylston Street, Boston, MA 02116-2688
Tel: (617) 424-9100  Fax: (617) 424-9120

Bennett
50 Thank Ae
apartment 25L
Bronx
NY NY 10017

USM SDNY

RECEIVED
2019 FEB 21 AM 9:55
CLERK'S OFFICE
S.D.N.Y.

Ms. Ruby Krajick
Clerk of the Court
S.D.N.Y.
40 Foley Square
NY NY 10007

Appeals
Mr. Speedy