USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5/23/19

# JEREMY GUTMAN
ATTORNEY AT LAW
40 FULTON STREET, 23RD FLOOR
NEW YORK, NEW YORK 10038

(212) 644-5200

E-MAIL: JGUTMAN@JEREMYGUTMAN.COM

May 3, 2019

The application is ✓ granted.
___ denied.

*[signature]*
Edgardo Ramos, U.S.D.J.
Dated: 5/17/19
New York, New York 10007

Hon. Edgardo Ramos
United States District Court
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   United States v. El Gammal, 15 Cr. 588 (ER)

Dear Judge Ramos:

I was appointed by the Second Circuit to represent defendant Mohammed El Gammal on appeal. In my review of the files, I have discovered a number of sealed transcripts that have not been provided to me. I am writing to request that the defense be authorized to receive copies of this sealed material from the court reporters, and to review it for purposes of determining its relevance to issues that may be presented on appeal.

Counsel for the government, Brendan Quigley, has informed me that the government takes no position on the unsealing of this material. At this time, however, we are not asking that any transcript be unsealed other than for purposes of the review referred to above. Prior to including or referring to any of this material in an unsealed submission or otherwise making it public, we would seek a further order of the Court.

The transcripts to which seek access are as follows:

1/18/17 sealed matter referenced (but apparently separately transcribed) at p. 1050.
1/19/17 sealed matter redacted at pp. 1116-1117 and p. 1144
1/23/17 sealed matter redacted at pp. 1458-1469
1/24/17 sealed matter redacted at p. 1717
1/26/17 sealed matter redacted at p. 1925 and pp. 1949-1950

Thank you for your consideration of this request.

Hon. Edgardo Ramos
May 3, 2019
Page 2

                                    Very truly yours,

                                    Jeremy Gutman

cc: Brendan Quigley, Esq. (by email)