AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 15 Cr. 588 (ER) |
| Ahmed Mohammed El Gammal | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ahmed Mohammed El Gammal (solely for purposes of an application for compassionate release).

Date: 12/20/2020

/s/
*Attorney's signature*

Jeremy Gutman JG0186
*Printed name and bar number*

40 Fulton Street, 23rd Floor
New York, New York 10038

*Address*

jgutman@jeremygutman.com
*E-mail address*

(212) 644-5200
*Telephone number*

*FAX number*