**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

UNITED STATES OF AMERICA,       :

        -against-             :        **15 Cr. 588 (ER)**

**AHMED MOHAMMED EL GAMMAL**  :        **NOTICE OF MOTION**

                  **Defendant.**    :
-----------------------------------------------------------x

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law and exhibits, defendant AHMED MOHAMMED EL GAMMAL moves this Court before the Honorable Edgardo Ramos, United States District Judge for the Southern District of New York, for an Order:

(1)    Granting compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) and modifying El Gammal's sentence so that his remaining term of imprisonment is replaced by an equal period of home incarceration, to be followed by the term of supervised release previously imposed by the Court; and

(2)    granting such other and further relief as the Court may deem just and proper.

                        Yours, etc.

                         /s/_____
                        Jeremy Gutman
                        40 Fulton Street, 23rd Floor
                        New York, New York 10038
                        (212) 644-5200
                        *Attorney for Defendant*
                        *Ahmed Mohammed El Gammal*

Dated:      New York, New York
              December 20, 2020