```
BP-A0148                INMATE REQUEST TO STAFF CDFRM
JUNE 10
U.S. DEPARTMENT OF JUSTICE              FEDERAL BUREAU OF PRISONS
```

| TO: (Name and Title of Staff Member) WARDEN | DATE: 12/03/20 |
|---|---|
| FROM: Ahmed EL GAMMAL | REGISTER NO.: 47198408 |
| WORK ASSIGNMENT: Recycle | UNIT: Yuma |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Hello, due to my health conditions, Like my High Blood Pressure and obeseity, and due to the on going COVID-19 Pandamic. I would Like to be Considered for Compassionate Release. I am 48 years, with several medical issues, I Also served 52% of my projected time, I have zero Incident Reports, I have Low Custody with 7 points only. I maintained Good work ethics in Pshycolgy and with The Recycle Crew. I hope I be Granted C.R. due to my health issues, considirg going into a very Rough time of the Pandamic.

(Do not write below this line) Thank You

---

DISPOSITION:

---

Signature Staff Member | Date

Record Copy - File; Copy - Inmate
PDF                    Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER        **SECTION 6**