



# Individualized Needs Plan - Program Review  (Inmate Copy)

SEQUENCE: 01968933
Team Date: 08-25-2020

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: EL GAMMAL, AHMED MOHAMMED  47198-408

| | |
|---|---|
| Facility: | PHX PHOENIX FCI |
| Name: | EL GAMMAL, AHMED MOHAMMED |
| Register No.: | **47198-408** |
| Age: | 47 |
| Date of Birth: | 12-06-1972 |

| | |
|---|---|
| Proj. Rel. Date: | 11-13-2025 |
| Proj. Rel. Mthd: | GCT REL |
| DNA Status: | OKL03343 / 09-11-2015 |

*(handwritten: → CORRECT / But extra / 8 days)*

## Detainers

| Detaining Agency | Remarks |
|---|---|

*NO DETAINER*

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | RECYCLE | RECYCLING CREW | 08-15-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | ESL HAS | ENGLISH PROFICIENT | 03-13-2019 |
| PHX | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-04-2019 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

*NO COURSES*

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-09-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-14-2019 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| C19-T NEG | COVID-19 TEST-RESULTS NEGATIVE | 04-17-2020 |
| LOWER BUNK | LOWER BUNK REQUIRED | 03-09-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-23-2015 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-23-2015 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP DIAG | DRUG ABUSE DIAGNOSIS PENDING | 08-13-2020 |
| ED COMP | DRUG EDUCATION COMPLETE | 08-29-2019 |

## FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:**    **PART**    **FINANC RESP-PARTICIPATES**    **Start: 03-13-2019**

Inmate Decision: **AGREED**    **$25.00**      Frequency: **QUARTERLY**

Payments past 6 months:    **$50.00**      Obligation Balance: **$300.00**

### Financial Obligations

| No. | Type | Amount | | Balance | Payable | Status | |
|---|---|---|---|---|---|---|---|
| 1 | ASSMT | $400.00 | | $300.00 | IMMEDIATE | AGREED | |
| | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
| | | 06-10-2020 | PHX | PAYMENT | INSIDE PMT | | $25.00 |
| | | 03-12-2020 | PHX | PAYMENT | INSIDE PMT | | $25.00 |

### Payment Details

Trust Fund Deposits - Past 6 months:   $1,108.29      Payments commensurate ?   Y

| New Payment Plan: | ** No data ** |
|---|---|



## Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: EL GAMMAL, AHMED MOHAMMED  47198-408

SEQUENCE: 01968933

Team Date: 08-25-2020

**Most Recent Payment Plan**

### Progress since last review

Maintained work detail with Recycling Crew.  Paid $50 towards FRP obligation. Maintained clear conduct since last review.

### Next Program Review Goals

Maintain work detail with Recycling Crew through next review. Enroll in Anger Management class via Psychology by next review. Pay towards FRP obligation through next review. Maintain clear conduct since last review.

### Long Term Goals

Complete 500-hour Residential Drug Abuse Program by 03/2022.

### RRC/HC Placement

### Comments

** No notes entered **



# Individualized Needs Plan - Program Review    (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: EL GAMMAL, AHMED MOHAMMED  47198-408

|  |  |  |  |
|---|---|---|---|
| Name: | EL GAMMAL, AHMED | DNA Status: | OKL03343 / 09-11-2015 |
| Register No.: | 47198-408 | | |
| Age: | 47 | | |
| Date of Birth: | 12-06-1972 | | |

Inmate   (EL GAMMAL, AHMED MOHAMMED. Register No.: 47198-408)

_____

Date

_____

_____

Unit Manager / Chairperson                Case Manager

_____

_____

Date                                        Date