

# Individualized Reentry Plan - Program Review  (Inmate Copy)

SEQUENCE: 01968933

Dept. of Justice / Federal Bureau of Prisons

Team Date: 03-09-2020

Plan is for inmate: EL GAMMAL, AHMED MOHAMMED  47198-408

| | | | |
|---|---|---|---|
| Facility: | PHX  PHOENIX FCI | Proj. Rel. Date: | 02-05-2026 —→WRONG DATE |
| Name: | EL GAMMAL, AHMED MOHAMMED | Proj. Rel. Mthd: | GCT REL |
| Register No.: | 47198-408 | DNA Status: | OKL03343 / 09-11-2015 |
| Age: | 47 | | |
| Date of Birth: | 12-06-1972 | | |

## Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

## Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | RECYCLE | RECYCLING CREW | 08-15-2019 |

## Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| PHX | ESL HAS | ENGLISH PROFICIENT | 03-13-2019 |
| PHX | GED HAS | COMPLETED GED OR HS DIPLOMA | 04-04-2019 |

## Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|

NO COURSES

## Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|---|---|

** NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS **

## Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1 | HEALTHY OR SIMPLE CHRONIC CARE | 03-09-2019 |
| CARE1-MH | CARE1-MENTAL HEALTH | 03-14-2019 |

## Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 03-09-2019 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 09-23-2015 |
| YES F/S | CLEARED FOR FOOD SERVICE | 09-23-2015 |

## Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP REFER | DRUG ABUSE PROGRAM REFER | 03-28-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 08-29-2019 |

## FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:** PART  FINANC RESP-PARTICIPATES  **Start: 03-13-2019**

Inmate Decision: **AGREED**  **$25.00**  Frequency: **QUARTERLY**

Payments past 6 months: **$25.00**  Obligation Balance: **$350.00**

### Financial Obligations

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $400.00 | $350.00 | IMMEDIATE | AGREED |

| | Adjustments: | Date Added | Facl | Adjust Type | Reason | | Amount |
|---|---|---|---|---|---|---|---|
| | | 12-11-2019 | PHX | PAYMENT | INSIDE PMT | | $25.00 |

### Payment Details

Trust Fund Deposits - Past 6 months:  $0.00  Payments commensurate ?  N/A

New Payment Plan:  ** No data **

## Progress since last review

Sentry Data as of 03-09-2020  Individualized Reentry Plan - Program Review  (Inmate Copy)  Page 1 of 3

# Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: EL GAMMAL, AHMED MOHAMMED  47198-408

SEQUENCE: 01968933

Team Date: 03-09-2020

Maintained work detail with Recycling Crew.  Referred for 500-hour Residential Drug Abuse Program and submitted for transfer to participate in program.  Paid $25 towards FRP obligation.  Maintained clear conduct since last review.

## Next Program Review Goals

Maintain work detail with Recycling Crew through next review.  Begin 500-hour Residential Drug Abuse Program and submitted for transfer to participate in program.  Enroll in Anger Management class via Psychology by next review.  Pay towards FRP obligation through next review.  Maintain clear conduct since last review.

## Long Term Goals

Complete 500-hour Residential Drug Abuse Program by 03/2022.

## RRC/HC Placement

## Comments

Within 17 to 19 months of release, the Unit Team will complete an individualized review of your case according to the guidelines set forth in 18:3621(b) Second Chance Act and determine how many days in RRC placement will result in the greatest likelihood of your successful reintegration into the community.



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons

Plan is for inmate: EL GAMMAL, AHMED MOHAMMED  47198-408

Name:  EL GAMMAL, AHMED

Register No.:  **47198-408**

Age:  47

Date of Birth:  12-06-1972

DNA Status:   OKL03343 / 09-11-2015

Inmate    (EL GAMMAL, AHMED MOHAMMED. Register No.: 47198-408)

Date

Unit Manager / Chairperson

Case Manager

Date

Date