BP-A324.052  
OCT 98

U.S. DEPARTMENT OF JUSTICE  
FEDERAL BUREAU OF PRISONS

## WORK PERFORMANCE RATING - INMATE

| Inmate's Name | Register No. | Unit |
|---|---|---|
| El Gammal, Ahmed Mohammed | 47198-408 | Navajo B |

| Evaluation Period | Work Assignment |
|---|---|
| 04/01/2020 - 06/30/2020 | Inmate Suicide Watch Companion |

Bonus Justification

In order to serve as an Inmate Suicide Watch Companion, Mr. El Gammal participates in extensive, ongoing training. Additionally, he agrees to begin working immediately upon initiation of a suicide watch. The quarterly bonus has been requested to compensate Mr. El Gammal for his constant readiness to begin a shift.

Signature and Date of Dept. Head Approval

C. Math__, Ph.D.   8-19-2020

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area. Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
- ___ 1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
- ___ 2. Fair. Careless; makes mistakes and does not check work. Should do better work.
- ___ 3. Satisfactory. Makes some mistakes but no more than expected at this level.
- ___ 4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
- ✓ 5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
- ___ 1. Unsatisfactory. Lazy, wastes time, goofs off.
- ___ 2. Fair. Does just enough to get by. Has to be prodded occasionally.
- ___ 3. Satisfactory. Works steadily but does not push self.
- ___ 4. Good. Willing Worker. Does a full day's work and wastes little time.
- ✓ 5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
- ___ 1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
- ___ 2. Fair. Usually relies on others to say what needs to be done.
- ___ 3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
- ___ 4. Good. Can plan own work well. Acts on own in most things. Doesn't wait to be told what to do.
- ✓ 5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
- ___ 1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
- ___ 2. Fair. Shows minimal interest but not very eager to learn.
- ___ 3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
- ___ 4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
- ✓ 5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
- ___ 1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
- ___ 2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
- ___ 3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
- ___ 4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
- ✓ 5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
- ___ 1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
- ___ 2. Needs closer supervision than most. Not very dependable.
- ___ 3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
- ___ 4. Needs little supervision. Good record of dependability an promptness.
- ✓ 5. No supervision required. Completely dependable in all things.

(This form may be replicated via WP)

Replaces BP-S324, OCT 94

G. **RESPONSE TO SUPERVISION AND INSTRUCTION**
   ___ 1. Poor. Resentful and hostile. May argue with supervisor.
   ___ 2. Fair. Resists or ignores suggestions.
   ___ 3. Satisfactory. Generally does what is told without any fuss.
   ___ 4. Good. No hostility or resentment. Tries to improve.
   _✓_ 5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

H. **ABILITY TO WORK WITH OTHERS**
   ___ 1. Poor. Negativistic, hostile, annoying to others.
   ___ 2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
   ___ 3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
   ___ 4. Good. Friendly, congenial, helpful; others like to work with.
   _✓_ 5. Outstanding. Gets along well with everyone. Very popular.

I. **OVERALL JOB PROFICIENCY**
   Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

   ___ 1. Fire or lay off that individual?
   ___ 2. Transfer the person to a less demanding job at a lower pay scale?
   ___ 3. Continue to employ the person but without a raise or promotion this time?
   ___ 4. Raise the person's pay but keep the person at the same job?
   _✓_ 5. Promote the person to a more demanding job at a higher pay rate?

J. **GRADES AND PAY**
   1. Performance Pay - Grade Class (Check one)  _✓_ 1   ___ 2   ___ 3   ___ 4   ___ M.
   2. Hours of Satisfactory work  N/A due to COVID-19 lockdown
   3. Regular Pay  N/A due to COVID-19 lockdown
   4. Bonus Recommended:  _✓_ yes;  ___ no
   5. Total Pay  N/A due to COVID-19 lockdown

Supervisor's Signature: L. Favec                Date: 08/18/2020
Inmate's Signature: [signature]                 Date: 9/16/2020
Inmate _____ was requested to sign this rating, but refused, citing the following reason:

Staff Witness' Signature: J. Favec              Date: 09/16/2020

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 4**