# Certificate of Completion

This certifies that

**Ahmed El Gammal**

has successfully completed all training and duties to date as a

**Suicide Watch Companion**
since March 2019

This certificate is hereby issued this 1st day of April 2019

FCI Phoenix, Arizona

*L. Lares*
L. Lares, Psy.D.
Staff Psychologist

*C. Mathieu*
C. Mathieu, Ph.D.
Chief Psychologist