# Certificate of Completion

This certifies that

## Ahmed El Gammal

has successfully completed 20 hours of training to date as an

**Inmate Suicide Watch Companion**
since March 2019

This certificate is hereby issued this 24th day of March 2020

FCI Phoenix, Arizona

_L. Lares_
L. Lares, Psy.D.
**Staff Psychologist**