**JEREMY GUTMAN**
ATTORNEY AT LAW
40 FULTON STREET, 23RD FLOOR
NEW YORK, NEW YORK 10038

(212) 644-5200                                                                                                E-MAIL: JGUTMAN@JEREMYGUTMAN.COM

December 21, 2020

**By ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    United States v. El Gammal
                 15 Cr. 588 (ER)

Dear Judge Ramos:

      On behalf of my client, Ahmed Mohammed El Gammal, I request permission to file Exhibit A in support of our application for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) under seal. This request is necessary because the exhibit consists of excerpts from confidential medical records of the defendant.

                                                  Respectfully,

                                                  /s/
                                                  Jeremy Gutman
                                                  *Attorney for Defendant*
                                                  *Ahmed Mohammed El Gammal*