UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

AHMED MOHAMMED EL GAMMAL,

Defendant.

**ORDER**

15 Cr. 588 (ER)

---

RAMOS, D.J.:

On December 21, 2020, Ahmed Mohammed El Gammal filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).  Doc. 236.  Gammal also filed a motion requesting permission to file an exhibit in support of that motion under seal.  Doc. 238.  The Court grants Gammal leave to file that exhibit under seal, and directs the Government to respond by December 29, 2020.  The Clerk of Court is respectfully directed to terminate the motion.  Doc. 238.

SO ORDERED.

Dated:   December 22, 2020
         New York, New York

_____
Edgardo Ramos, U.S.D.J.