

**U.S. Department of Justice**
**Federal Bureau of Prisons**

---

**FOR IMMEDIATE RELEASE**                                         Contact: Office of Public Affairs
December 28, 2020                                                               202-514-6551

### Inmate Death at FCI Phoenix

WASHINGTON, D.C.:  On Thursday, December 17, 2020, inmate Robert Levine tested positive for COVID-19 and was immediately placed in medical isolation at the Federal Correctional Institution (FCI) Phoenix in Phoenix, Arizona.  Institution staff provided treatment and monitored his condition.  On Tuesday, December 22, 2020, he was transferred to the local hospital due to respiratory distress and low oxygen levels.  On Saturday, December 26, 2020, Mr. Levine, who had long-term, pre-existing medical conditions which the CDC lists as risk factors for developing more severe COVID-19 disease, was pronounced deceased by hospital staff.

Mr. Levine was a 79-year-old male who was sentenced in the Northern District of Indiana to a Life sentence for Use of Interstate Commerce to Effect Murder for Hire.  He had been in custody at FCI Phoenix since March 26, 2020.

FCI Phoenix is a medium security facility that currently houses 893 male offenders.

The Bureau of Prisons will continue to provide daily updates and information on actions related to COVID-19 at www.bop.gov/coronavirus/index.jsp.

Additional information about the Bureau of Prisons can be found at www.bop.gov.

###