TRULINCS 47198408 - EL GAMMAL, AHMED MOHAMMED - Unit: PHX-N-B

--------------------------------------------------------------------------------

FROM: 47198408
TO:
SUBJECT:
DATE: 04/18/2021 05:19:39 PM

April 16, 2021

Hon. Edgardo Ramos
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

    Re: United States V. El Gammal
       15 Cr.588(ER)
    -------------------------------------

Dear Judge Ramos :

   I wrote to the court on March 24, 2021, I hereby respectfully re-write to the court, Requesting to kindly appoint counsel pursuant to 18 U.S.C. S 3006A(a)(2)(b) to represent me in the filing of a Habeas petition under 28 U.S.C. S 2255 so that a court could meaningfully evaluate the issues.
   I am indigent and don't have the ability to review or prepare for my petition especially with the current Pandemic, and the lack of law library time & severe movement restrictions. Also, I will not be able to review the classified or the SCAF material regarding my case.

Sincerely,

Ahmed El Gammal    4/18/21



24 APR 2021 PM 5 L

Hon. Edgardo Ramos
United States District Court S.D.N.Y
500 Pearl Street
New York, New York 10007

10007-131699

FCI Phx. 37910 N. 45th Ave.
Phoenix, AZ 85086

Legal