TRULINCS 47198408 - EL GAMMAL, AHMED MOHAMMED - Unit: PHX-N-B

--------------------------------------------------------------------------------

FROM: 47198408
TO:
SUBJECT:
DATE: 04/18/2021 05:19:39 PM

**MEMO ENDORSED**

April 16, 2021

Hon. Edgardo Ramos
United States District Court
Southern District Of New York
500 Pearl Street
New York, New York 10007

    Re: United States V. El Gammal
       15 Cr.588(ER)

----------------------------------

> Defendant's request is granted. The Clerk of Court is respectfully directed to a mail a copy of this Order to Defendant.
>
> So ordered.
>
> Edgardo Ramos, U.S.D.J
> Dated: 4/29/2021
> New York, New York

Dear Judge Ramos :

   I wrote to the court on March 24, 2021, I hereby respectfully re-write to the court, Requesting to kindly appoint counsel pursuant to 18 U.S.C. S 3006A(a)(2)(b) to represent me in the filing of a Habeas petition under 28 U.S.C. S 2255 so that a court could meaningfully evaluate the issues.
   I am indigent and don't have the ability to review or prepare for my petition especially with the current Pandemic, and the lack of law library time & severe movement restrictions. Also, I will not be able to review the classified or the SCAF material regarding my case.

Sincerely,

Ahmed El Gammal    4/18/21



RECEIVED APR 27 2021
EDGARDO RAMOS
U.S. DISTRICT JUDGE
S.D.N.Y.

FCI Phx. 37910 N. 45th Ave.
Phoenix, AZ 85086

Legal

Hon. Edgardo Ramos
United States District Court S.D.N.Y
500 Pearl Street
New York, New York 10007