UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

-against-

15 cr. 588 (ER)

AHMED MOHAMMED EL GAMMAL,

             Defendant.
-------------------------------------------------------------X

## NOTICE OF APPEARANCE AND REQUEST FOR ECF NOTIFICATION

**PLEASE TAKE NOTICE** that Jeffrey G. Pittell, an attorney admitted to practice before this Court, hereby appears on behalf of AHMED MOHAMMED EL GAMMAL, the Defendant in the above-captioned matter, for purposes of representing Defendant and requests he be added as an ECF Filing/User, and requests all ECF filings be electronically transmitted to him, at the email address listed below, and requests all non-ECF filings be delivered to him at the office address listed below.

Dated:  Bayside, New York
     July 1, 2021

                    /s/
                    Jeffrey G. Pittell
                    *Maher & Pittell, LLP*
                    42-40 Bell Blvd
                    Ste 302
                    Bayside, NY 11361
                    (516) 829-2299 office
                    (516) 977-3003 fax
                    jp@jpittell.com