**JEREMY GUTMAN**
ATTORNEY AT LAW
521 FIFTH AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10175

(212) 644-5200												E-MAIL: JGUTMAN@JEREMYGUTMAN.COM

July 3, 2021

**By ECF**

Hon. Edgardo Ramos
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:    United States v. El Gammal
                 15 Cr. 588 (ER)

Dear Judge Ramos:

     By an Order issued on January 14, 2021 (ECF Doc. 246), I was temporarily appointed to the CJA Panel of this Court for purposes of representing defendant Mohammed Ahmed El Gammal in connection with an application for compassionate release. Because my work on that application commenced on November 23, 2020, I request that the Court order that my appointment to represent Mr. El Gammal be made effective *nunc pro tunc* as of that date. This letter is accompanied by a Proposed Order granting that relief.

     Thank you for your consideration of this request.
                              Respectfully,

                              /s/
                             Jeremy Gutman
                             *Attorney for Defendant*
                             *Ahmed Mohammed El Gammal*