UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,         :

      -against-                          :         15 Cr. 588 (ER)

**AHMED MOHAMMED EL GAMMAL**   :

               Defendant.          :

-------------------------------------------------------x

Upon the application of JEREMY GUTMAN, and all proceedings heretofore had in this matter, it is hereby

ORDERED, that the appointment of Jeremy Gutman to represent defendant Ahmed Mohammed El Gammal in this Court pursuant to the Criminal Justice Act shall be effective *nunc pro tunc* as of November 23, 2020.

Dated: New York, New York
       July    , 2021

                                                    _____
                                                    Hon. Edgar Ramos
                                                    United States District Court