UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **APPEARANCE** |
| -v- | Case No.: 15 Cr. 588 (ER) |
| AHMED MOHAMMED EL GAMMAL | |
| Defendant | |

To the Clerk of this court and all parties of record:

Please enter my appearance as counsel in this case for

AHMED MOHAMMED EL GAMMAL

I was appointed as Mr. El Gammal's CJA counsel on September 21, 2021

I certify that I am admitted to practice in this court.

Date: September 22, 2021

*Sarah Kunstler* (signature)
Signature

Sarah Kunstler                    4287199
Name                              Atty Reg #

315 Flatbush Avenue #103
Address

Brooklyn, New York 11217
City and State

718-783-3682        347-402-2014
Telephone Number    Fax Number

sarah@kunstlerlaw.net