

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2022

**By ECF**

The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>**United States** v. **Ahmed Mohammed El Gammal**,</u>
            15 Cr. 588 (ER)

Dear Judge Ramos:

    The Government writes respectfully to request an additional one-week adjournment of the current July 1, 2022 deadline to file its opposition to the defendant's motion filed pursuant to Title 28, United States Code, Section 2255. The Government's research, analysis, and review of the trial record are taking slightly longer than expected. Accordingly, the Government respectfully requests permission to file its opposition by no later than July 8, 2022. The defense consents to this request. Thank you for your consideration of this matter.

                        Respectfully submitted,

                        DAMIAN WILLIAMS
                        United States Attorney

                by:     /S/
                      Andrew DeFilippis
                      Negar Tekeei
                      Assistant United States Attorneys
                      (212) 637-2231/2482

cc: Counsel of record (via ECF)