# LAW OFFICE OF SARAH KUNSTLER

315 FLATBUSH AVENUE #103 • BROOKLYN, NEW YORK 11217
(718) 783-3682 • FAX (347) 402-2014 • KUNSTLERLAW.NET

July 13, 2022

Hon. Edgardo Ramos
United States District Judge
Thurgood Marshall
United States Courthouse                U.S. v. Ahmed Mohammed El Gammal
40 Foley Square                         15. Cr. 588 (ER)
New York, NY 10007

Dear Judge Ramos:

    On Friday, July 8, the government submitted its response to Mr. El Gammal's petition pursuant to 28 U.S.C. § 2255. I am writing to respectfully request 90 days to prepare our response. The government has no objection to this request.

    I make this request based on my current workload. In addition, as Mr. El Gammal has been working closely with counsel on this petition, this request accounts for the time needed to send drafts back and forth to California, where he is incarcerated, and to review them with my client in legal telephone calls.

    90 days from July 8, 2022 would make our reply deadline October 6, 2022.

    Thank you for your kind consideration of this request.

    Respectfully submitted,

    *[signature]*

    Sarah Kunstler
    Attorney for Ahmed Mohammed El Gammal