| Ahmed Mohamed El Gammal | 5 | 1848291 - Michael P. Nicholson |
|---|---|---|

Docket Number: 0208 1:15CR00588



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑  The Modification of the Conditions of Probation, to include;
   **Drug testing and outpatient drug treatment**

☐  Modification of Conditions Denied

☐  Other:

_____
Signature of Judicial Officer

4/1/2025
_____
Date