Ahmed Mohamed El Gammal　　　　5　　　　1848291 - Michael P. Nicholson
Docket Number: 0208 1:15CR00588



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

## *JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑　The Modification of the Conditions of Probation, to include;
- **No Gambling**
- **Up to 180 Days RRC Placement**

☐　Modification of Conditions Denied

☐　Other:

_____
Signature of Judicial Officer

5/8/2025
_____
Date

PROB 12B
(4/15)