UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES,

           Plaintiff,

– *against* –

AHMED MOHAMMED EL GAMMAL,

           Defendant.

**ORDER**

15-cr-588 (ER)

RAMOS, D.J.:

        On April 11, April 15, and May 14, 2025, El Gammal filed requests for the Court to permit him to travel to Phoenix, Arizona to visit and stay with family, for a period of three weeks. Docs. 281, 282, 284.

        Because the U.S. Probation Office for the District of Arizona is still in the process of determining whether it will agree to courtesy supervision of El Gammal in Arizona, the Court denies the request for travel.

It is SO ORDERED.

Dated:    May 30, 2025
            New York, New York

                                                  EDGARDO RAMOS, U.S.D.J.